FILED TIME AM10:56
2025 JUL 10 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David | Choate | Hughes II |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of Illinois

Case number
(If known) _____

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders            12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**

Credit One Bank
Creditor's Name
PO Box 98873
Number    Street

Las Vegas    NV    89193
City    State    ZIP Code

Contact
(877) 825-3242
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 2,837.73

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $ 2,837.73
         Value of security:              - $ 0.00
         Unsecured claim                $ 2,837.73

**2**

Ally
Creditor's Name
PO Box 9222
Number    Street

Old Bethpage    NY    11804
City    State    ZIP Code

Contact
(888) 366-2559
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 5,100.85

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $ 5,100.85
         Value of security:              - $ 0.00
         Unsecured claim                $ 5,100.85

Debtor 1  David Choate Hughes II
          First Name   Middle Name   Last Name

Case number (if known) _____

**Unsecured claim**

### 3 Navy Federal
Creditor's Name
PO Box 3000
Number   Street

Merrifield   VA   22119
City         State  ZIP Code

Contact
(188) 884-2632
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 478.80

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 478.80
         Value of security:                − $   0.00
         Unsecured claim                    $ 478.80

### 4 Wells Fargo
Creditor's Name
PO Box 9187
Number   Street

Minneapolis   MN   55480
City          State  ZIP Code

Contact
(866) 229-6633
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 4,057.80

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 4,057.80
         Value of security:                − $     0.00
         Unsecured claim                    $ 4,057.80

### 5 Mercury
Creditor's Name
PO Box 84064
Number   Street

Columbus   GA   31908
City       State  ZIP Code

Contact
(866) 686-2158
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 4,884.15

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 4,884.15
         Value of security:                − $     0.00
         Unsecured claim                    $ 4,884.15

### 6 Goldman Sachs Bank Lockbox 6112
Creditor's Name
POBox 7247
Number   Street

Philadelphia   PA   19170
City           State  ZIP Code

Contact
(877) 255-5923
Contact phone

What is the nature of the claim? revolving unsecured debt    $ 613.65

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 613.65
         Value of security:                − $   0.00
         Unsecured claim                    $ 613.65

### 7
Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
         Value of security:                − $ _____
         Unsecured claim                    $ _____

Debtor 1 __David Choate Hughes II_____  Case number (*if known*)_____
         First Name   Middle Name   Last Name

**Unsecured claim**

**8**

Creditor's Name _____

Number    Street _____

_____

City        State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                  − $_____
         Unsecured claim                       $_____

**9**

Creditor's Name _____

Number    Street _____

_____

City        State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                  − $_____
         Unsecured claim                       $_____

**10**

Creditor's Name _____

Number    Street _____

_____

City        State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                  − $_____
         Unsecured claim                       $_____

**11**

Creditor's Name _____

Number    Street _____

_____

City        State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                  − $_____
         Unsecured claim                       $_____

**12**

Creditor's Name _____

Number    Street _____

_____

City        State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
         Value of security:                  − $_____
         Unsecured claim                       $_____

Debtor 1  David Choate Hughes II
_____First Name____Middle Name____Last Name_____

Case number (if known)_____

**Unsecured claim**

**13**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**14**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**15**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**16**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

**17**
Creditor's Name
Number  Street
City  State  ZIP Code
Contact
Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

Debtor 1  **David Choate Hughes II**
        First Name    Middle Name    Last Name

Case number (if known) _____

**Unsecured claim**

**18**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**19**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**20**

Creditor's Name _____

Number    Street _____

_____

City    State    ZIP Code

Contact _____

Contact phone _____

What is the nature of the claim? _____  $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:    − $ _____
    Unsecured claim    $ _____

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

x /s/ David C. Hughes II    x _____
   Signature of Debtor 1       Signature of Debtor 2

Date  **07/10/2025**    Date _____
   MM / DD / YYYY       MM / DD / YYYY