| | |
|---|---|
| MEMORANDUM | U.S. DEPARTMENT OF JUSTICE<br>Office of the United States Trustee<br>Northern and Southern Districts of Indiana<br>Central and Southern Districts of Illinois |
| SUBJECT:<br><br>Chapter 11 § 341 Meeting<br>Date, Time and Location | DATE:<br><br>July 10, 2025 |
| TO:<br><br>ADRIENNE ATKINS<br>Clerk of Court<br>Springfield, IL | FROM:<br><br>JAMES A. SALINAS<br>Attorney for U.S. Trustee<br>Peoria, IL |

Please send notice of the following Chapter 11 § 341 Meeting:

| | |
|---|---|
| Case Name: | David Choate Hughes II |
| Case Number: | 25-70566 |
| Date: | August 15, 2025 |
| Time: | 11:00 A.M. |
| Location: | **TELEPHONIC**<br><br>Conference Line: 1-888-330-1716<br>Participant Access Code: 5685201 |

Thank you for your assistance with this matter.