FILED TIME PM3:09
2025 JUL 24 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

**Fill in this information to identify your case:**

Debtor 1    David Choate Hughes II
First Name          Middle Name                Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name                Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number    25-70566
(If known)

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
|---|---|---|---|---|
| | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
| | From _____ | | | From _____ |
| Number    Street | To _____ | Number    Street | | To _____ |
| | | | | |
| City    State  ZIP Code | | City    State  ZIP Code | | |
| | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
| | From _____ | | | From _____ |
| Number    Street | To _____ | Number    Street | | To _____ |
| | | | | |
| City    State  ZIP Code | | City    State  ZIP Code | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

| Debtor 1 | David Choate Hughes II | | Case number (*if known*) 25-70566 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, _____) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, _____) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Self Employed DE _____ _____ | $ 50,000.00 $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For last calendar year:** (January 1 to December 31, _____) YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| **For the calendar year before that:** (January 1 to December 31, _____) YYYY | _____ _____ _____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |

| Debtor 1 | David Choate Hughes II | | | Case number *(if known)* 25-70566 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Lendsure** <br> Creditor's Name | 05/05/2025 | $ 6,462.00 | $ 31,907.14 | ☑ Mortgage |
| **12230 World Trade Drive Suite** <br> Number   Street | 06/05/2025 | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment |
| | 04/05/2025 | | | ☐ Suppliers or vendors |
| **San Diego**   CA   92128 <br> City   State   ZIP Code | | | | ☐ Other _____ |
| Creditor's Name | ___ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car |
| Number   Street | ___ | | | ☐ Credit card <br> ☐ Loan repayment |
| | ___ | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |
| Creditor's Name | ___ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car |
| Number   Street | ___ | | | ☐ Credit card <br> ☐ Loan repayment |
| | ___ | | | ☐ Suppliers or vendors |
| City   State   ZIP Code | | | | ☐ Other _____ |

| Debtor 1 | David Choate Hughes II | | | Case number *(if known)* 25-70566 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | _____ | | | |
| _____ | _____ | | | |
| _____<br>City          State    ZIP Code | | | | |
| _____<br>Insider's Name | | $_____ | $_____ | |
| _____<br>Number    Street | | | | |
| _____ | | | | |
| _____<br>City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | $_____ | $_____ | |
| _____<br>Number    Street | | | | |
| _____ | | | | |
| _____<br>City          State    ZIP Code | | | | |
| _____<br>Insider's Name | | $_____ | $_____ | |
| _____<br>Number    Street | | | | |
| _____ | | | | |
| _____<br>City          State    ZIP Code | | | | |

Debtor 1    David Choate Hughes II
    First Name     Middle Name     Last Name

Case number (*if known*) 25-70566

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number   Street _____ <br><br> City        State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title _____ <br><br> _____ <br><br> Case number _____ | | Court Name _____ <br><br> Number   Street _____ <br><br> City        State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No.  Go to line 11.
- ☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| Creditor's Name _____ <br><br> Number   Street _____ <br><br> City        State     ZIP Code | _____ | $_____ |

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

| Describe the property | Date | Value of the property |
|---|---|---|
| Creditor's Name _____ <br><br> Number   Street _____ <br><br> City        State     ZIP Code | _____ | $_____ |

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

Debtor 1    David Choate Hughes II

First Name    Middle Name    Last Name

Case number (if known) 25-70566

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

|  | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Debtor 1 | David Choate Hughes II | | | Case number *(if known)* | 25-70566 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $ _____ |
| | | _____ | $ _____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |

---

<h3 style="background:black;color:white;display:inline-block;padding:2px 8px;">Part 6:</h3> **List Certain Losses**

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $ _____ |

---

<h3 style="background:black;color:white;display:inline-block;padding:2px 8px;">Part 7:</h3> **List Certain Payments or Transfers**

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____ Person Who Was Paid | | | |
| _____ Number    Street | | _____ | $ _____ |
| _____ | | _____ | $ _____ |
| _____ City    State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

Debtor 1    David Choate Hughes II
First Name        Middle Name                Last Name

Case number (if known) 25-70566

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City                State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you | | | |

| Debtor 1 | David Choate Hughes II | | | Case number *(if known)* 25-70566 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City      State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City      State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ <br> Number   Street _____ <br> _____ <br> City      State   ZIP Code | Name _____ <br> Number   Street _____ <br> _____ <br> City   State   ZIP Code | | ☐ No <br> ☐ Yes |

Debtor 1    David Choate Hughes II
_____          Case number (if known) 25-70566
First Name     Middle Name     Last Name

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  | ☐ No |
|  |  |  | ☐ Yes |
| Name of Storage Facility | Name |  |  |
| Number   Street | Number   Street |  |  |
|  | City State  ZIP Code |  |  |
| City          State     ZIP Code |  |  |  |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name |  |  | $_____ |
| Number   Street | Number   Street |  |  |
|  |  |  |  |
| City          State     ZIP Code | City          State     ZIP Code |  |  |

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  | _____ |
| Name of site | Governmental unit |  |  |
| Number   Street | Number   Street |  |  |
|  | City          State    ZIP Code |  |  |
| City          State     ZIP Code |  |  |  |

| Debtor 1 | David Choate Hughes II | Case number (*if known*) 25-70566 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | _____ | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |
| | Number    Street | | |
| _____ | _____ | | |
| Case number | City          State    ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

|  | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| _____ | | |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ | | |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| City    State    ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| _____ | | |
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____ | | |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| City    State    ZIP Code | | From _____ To _____ |

Debtor 1  David Choate Hughes II
　　　　　First Name　　Middle Name　　　Last Name

Case number (*if known*) 25-70566

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| _____<br>Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | | |
| _____<br>City          State    ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

Date issued

_____
Name

_____
MM / DD / YYYY

_____
Number   Street

_____

_____
City          State    ZIP Code

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _David C. Hughes II_ ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date _07/24/2025_                             Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

## (SOFA) Supplemental Statement Regarding Redacted Information and Anticipated Motion to Seal

Debtor respectfully states that certain portions of this Statement of Financial Affairs (Form 107) will be supplemented as necessary, but reserves the right to file a **Motion to Seal** specific responses and attachments for cause, pursuant to 11 U.S.C. § 107(b) and applicable Local Rules. This request is made in good faith to protect the privacy and safety of the Debtor, the Debtor's minor child, and family members. The Debtor has experienced prior efforts by third parties to harass or harm them using publicly filed information and seeks to prevent further misuse of sensitive or personally identifying information. A Motion to Seal will be submitted promptly to ensure the Court retains access to complete disclosures while limiting access by the general public to sensitive information.

Dated: 07/24/2025

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Central District of Illinois |
| Case number | 25-70566 |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

---

**1.1.**

**2812 Pat Tillman Drive**
Street address, if available, or other description

**Springfield**         **IL**      **62711**
City                          State     ZIP Code

**US**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 750,000.00

**Current value of the portion you own?**
$ 438,093.00

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property
(see instructions)

---

If you own or have more than one, list here:

**1.2.**

_____
Street address, if available, or other description

_____

_____
City                          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

Official Form 106A/B          Schedule A/B: Property          page 1

Debtor 1    David Choate Hughes II
     First Name    Middle Name    Last Name    Case number *(if known)* 25-70566

---

1.3. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................➔   $ **2,705,632.00**

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: **Jeep**
Model: **Cherokee**
Year: **2024**
Approximate mileage: **14914**
Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ **53,189.00**

**Current value of the portion you own?**
$ **53,189.00**

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

---

Debtor 1    David Choate Hughes II
_____     Case number (if known) 25-70566
First Name    Middle Name    Last Name

3.3.  Make:      _____

Model:      _____

Year:      _____

Approximate mileage:   _____

Other information:

☐ Debtor 1 only

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

3.4.  Make:      _____

Model:      _____

Year:      _____

Approximate mileage:   _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1.  Make:      _____

Model:      _____

Year:      _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

4.2.  Make:      _____

Model:      _____

Year:      _____

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................➔ $ 53,189.00

Debtor 1  David Choate Hughes II
          First Name    Middle Name    Last Name

Case number (if known) 25-70566

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe.........                                          $_____

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe.........                                          $_____

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe.........                                          $_____

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☐ Yes. Describe.........                                          $_____

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe.........                                         $_____

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☐ Yes. Describe..........                                        $_____

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☐ Yes. Describe..........                                        $_____

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☐ No
    ☐ Yes. Describe.........                                         $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☐ Yes. Give specific information. ..............  All Listed And Attached Hereto    $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................➔   $   10,880.00

---

| Debtor 1 | David Choate Hughes II | | | Case number (if known) | 25-70566 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................    Cash: ................  $_____3,250.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................                                  Institution name:

| | |
|---|---|
| 17.1. Checking account: | Axos DIP (GO) Account Currently In Process Of Opei   $_____0.00 |
| 17.2. Checking account: | Axos DIP Tax Account Currently In Process Of Openi   $_____0.00 |
| 17.3. Savings account: | _____   $_____ |
| 17.4. Savings account: | _____   $_____ |
| 17.5. Certificates of deposit: | _____   $_____ |
| 17.6. Other financial account: | _____   $_____ |
| 17.7. Other financial account: | _____   $_____ |
| 17.8. Other financial account: | _____   $_____ |
| 17.9. Other financial account: | _____   $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ................                Institution or issuer name:

_____   $_____
_____   $_____
_____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0%____% | $_____ |
| _____ | 0%____% | $_____ |
| _____ | 0%____% | $_____ |

---

Debtor 1    David Choate Hughes II
            First Name    Middle Name    Last Name    Case number *(if known)*    25-70566

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific     Issuer name:
     information about
     them.......................     _____    $_____
                                     _____    $_____
                                     _____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each     Type of account:     Institution name:
     account separately.

                     401(k) or similar plan:    _____    $_____

                     Pension plan:              _____    $_____

                     IRA:                       _____    $_____

                     Retirement account:        _____    $_____

                     Keogh:                     _____    $_____

                     Additional account:        _____    $_____

                     Additional account:        _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes ..........................     Institution name or individual:

                     Electric:                  _____    $_____

                     Gas:                       _____    $_____

                     Heating oil:               _____    $_____

                     Security deposit on rental unit: _____    $_____

                     Prepaid rent:              _____    $_____

                     Telephone:                 _____    $_____

                     Water:                     _____    $_____

                     Rented furniture:          _____    $_____

                     Other:                     _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes ..........................     Issuer name and description:

                     _____    $_____
                     _____    $_____
                     _____    $_____

Debtor 1    David Choate Hughes II
_____    Case number *(if known)* 25-70566
First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them.... | $_____ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... | $_____ 0.00

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... | $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............  | $_____

Debtor 1  David Choate Hughes II
_____
First Name   Middle Name   Last Name

Case number *(if known)* 25-70566

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value. ..

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information.............          $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☒ Yes. Describe each claim. ....................  Will supply under a sealed request          $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes. Describe each claim. ....................          $_____

**35. Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information.............          $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................................................➔   $_____

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☐ No

☐ Yes. Describe.......          $_____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No

☐ Yes. Describe.......          $_____

Debtor 1   David Choate Hughes II
First Name   Middle Name   Last Name    Case number (if known)  25-70566

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe....... _____   $_____

41. **Inventory**

☐ No
☐ Yes. Describe....... _____   $_____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe.......   Name of entity:                    % of ownership:
_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe........ _____   $_____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
   information .........   _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____
                          _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...............................................   →   $_____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

47. **Farm animals**
*Examples*: Livestock, poultry, farm-raised fish

☐ No
☐ Yes .......................   $_____

Official Form 106A/B                **Schedule A/B: Property**                page 9

Debtor 1    David Choate Hughes I
            First Name    Middle Name    Last Name

Case number (if known)   25-70566

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific
       information. ............                                                    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes..........................                                                 $_____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes..........................                                                 $_____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific
       information. ............                                                    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**     →    $_____
    **for Part 6. Write that number here** ...................................

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific
       information. ............                                                    $_____
                                                                                    $_____
                                                                                    $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............     →    $_____0.00

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ................................................................     →    $  2,705,632.00

56. Part 2: Total vehicles, line 5                               $     53,189.00

57. Part 3: Total personal and household items, line 15         $     53,189.00

58. Part 4: Total financial assets, line 36                     $          0.00

59. Part 5: Total business-related property, line 45            $          0.00

60. Part 6: Total farm- and fishing-related property, line 52   $          0.00

61. Part 7: Total other property not listed, line 54          + $          0.00

62. Total personal property. Add lines 56 through 61. ...........     $     53,189.00    Copy personal property total  →  + $     53,189.00

63. Total of all property on Schedule A/B. Add line 55 + line 62..........................................     $  2,758,821.00

David Choate Hughes II

Case Number: 25-70566

Central District of Illinois

Schedule A/B: Property Continued

| All Rental Properties Are Owned Fee Simple | | | | | |
|---|---|---|---|---|---|
| All Are Free & Clear, After An Article 9 UCC Foreclosure | | | | | |
| My Business Partner & I Are Liquidating All With Real Estate Agent | | | | | |
| **Property Address** | **Total Value** | | **Value/50%/Owned** | | **Rent Est.** |
| 801 15th Ave N Clanton, AL 35046 | $ | 122,000 | $ | 61,000 | $ | 1,164 |
| 1602 Mount Pleasant Rd Clanton, AL 35046 | $ | 80,177 | $ | 40,089 | $ | 917 |
| 1603 Mount Pleasant Rd Clanton, AL 35046 | $ | 197,295 | $ | 98,648 | $ | 1,338 |
| 1505 8th St NO Clanton, AL 35046 | $ | 159,625 | $ | 79,813 | $ | 1,287 |
| 201 14th St NClanton, AL 35046 | $ | 138,131 | $ | 69,066 | $ | 1,288 |
| 201 3RD Ave SClanton, AL 35046 | $ | 151,280 | $ | 75,640 | $ | 1,300 |
| 405 2nd St S Clanton, AL 35046 | $ | 102,035 | $ | 51,018 | $ | 1,167 |
| 0 3RD AVE S & 2ND ST Clanton, AL 35046 | $ | 79,500 | $ | 39,750 | $ | 1,128 |
| 105 3rd Ave S Clanton, AL 35046 | $ | 143,948 | $ | 71,974 | $ | 1,441 |
| 3985 US Hwy 31 Clanton, AL 35046 | $ | 695,000 | $ | 347,500 | $ | 1,226 |
| 6800 US Hwy 31 Clanton, AL 35046 | $ | 214,209 | $ | 107,105 | $ | 1,386 |

| Address | | | | | |
|---|---|---|---|---|---|
| 0 4TH AVENUE NORTH Clanton, AL 35046 | $ | 172,100 | $ | 86,050 | $ | 1,264 |
| 405 1st Ave Clanton, AL 35046 | $ | 208,100 | $ | 104,050 | $ | 1,179 |
| 1400 Taylor Ave Clanton, AL 35046 | $ | 238,579 | $ | 119,290 | $ | 932 |
| 802 15th Ave N Clanton, AL 35046 | $ | 85,000 | $ | 42,500 | $ | 935 |
| 1604 Lee Ave Clanton, AL 35046 | $ | 175,784 | $ | 87,892 | $ | 1,499 |
| 60 Nancy St, Thorsby AL 35045 | $ | 373,000 | $ | 186,500 | $ | 1,199 |
| 105 4th Ave S Clanton, AL 35045 | $ | 130,400 | $ | 65,200 | $ | 8,394 |
| 407 2nd Street S Clanton, AL 35045 | $ | 146,000 | $ | 73,000 | $ | 2,099 |
| 503 2nd Street S Clanton, AL 35045 | $ | 140,500 | $ | 70,250 | $ | 1,639 |
| 1501 8th Street N Clanton, AL 35045 | $ | 110,300 | $ | 55,150 | $ | 2,053 |
| 308 2ND Street S Clanton, AL 35045 | $ | 156,400 | $ | 78,200 | $ | 1,659 |
| 407 2nd Street S Clanton, AL 35045 | $ | 122,100 | $ | 61,050 | $ | 1,922 |
| 1404 Taylor Ave Clanton, AL 35045 | $ | 120,400 | $ | 60,200 | $ | 1,834 |
| 1810 4th Ave N Clanton, AL 35045 | $ | 102,000 | $ | 51,000 | $ | 1,786 |
| 135 Shaw Street Jemison, AL 35046 | $ | 167,400 | $ | 83,700 | $ | 1,681 |
| Total | $ | 4,531,263 | $ | 2,265,632 | $ | 7,336 |

| Item Description | Location | Estimated Value (USD) | Age |
|---|---|---|---|
| Wall Clock (battery-powered) | Upstairs Office | $ 5.00 | 10 yrs |
| Stuffed Salmon Wall Decoration | Upstairs Office | $ 10.00 | 15 yrs |
| Floor Lamp | Upstairs Office | $ 15.00 | 20 yrs |
| Leather Chair | Upstairs Office | $ 50.00 | 20 yrs |
| 55-inch Smart TV | Upstairs Office | $ 125.00 | 6 yrs |
| TV Stand (Wooden) | Upstairs Office | $ 30.00 | 10 yrs |
| Epson Printer-Scanner | Upstairs Office | $ 100.00 | 4 yrs |
| Printer Table | Upstairs Office | $ 20.00 | 4 yrs |
| Desk (OfficeMax/Depot) | Upstairs Office | $ 75.00 | 10 yrs |
| Desk Chair | Upstairs Office | $ 40.00 | 10 yrs |
| Bookcases (x2) | Upstairs Office | $ 60.00 | 10 yrs |
| End Table w/ 3 Shelves | Upstairs Office | $ 20.00 | 10 yrs |
| Office Supplies & Linens | Upstairs Office Closet | $ 25.00 | Various |
| Comforters (x2) | Hallway Closet | $ 20.00 | Used |
| Artwork (x3) | Upstairs Bathroom | $ 20.00 | 5 yrs |
| Towels (x2) | Upstairs Bathroom | $ 10.00 | 10 yrs |
| Headboard, Box Frame & Mattress | Spare Bedroom Upstairs | $ 100.00 | 15 yrs |
| End Tables (x2) | Spare Bedroom Upstairs | $ 40.00 | 15 yrs |
| Lamps (x2) | Spare Bedroom Upstairs | $ 30.00 | 15 yrs |
| Chest of Drawers (needs refinishing) | Spare Bedroom Upstairs | $ 40.00 | 15 yrs |
| Leather Chair | Spare Bedroom Upstairs | $ 50.00 | 10 yrs |
| 55-inch Smart TV | Spare Bedroom Upstairs | $ 100.00 | 8 yrs |
| Bissell Carpet Cleaner | Spare Bedroom Upstairs | $ 90.00 | 2 yrs |
| TaylorMade Golf Clubs (Left-Handed) | Spare Bedroom Upstairs | $ 175.00 | 2 yrs |
| Leather Sectional Sofa | Family Room | $ 300.00 | 6 yrs |
| Glass-Top Coffee Table | Family Room | $ 50.00 | 20 yrs |
| Decorative Picture (Mantel) | Family Room | $ 15.00 | 15 yrs |
| Conch Seashell | Family Room | $ 10.00 | 15 yrs |
| 70-inch TV (Sam's) | Family Room | $ 300.00 | 6 yrs |
| Entertainment Center | Family Room | $ 50.00 | 6 yrs |
| Wireless TV Speaker | Family Room | $ 80.00 | 6 yrs |
| Chest of Drawers | Foyer | $ 40.00 | 15 yrs |
| Fake Floor Plants (x2) | Foyer | $ 30.00 | 10 yrs |
| Cracked Mirror | Foyer | $ 40.00 | 15 yrs |
| Dining Table w/ 6 Chairs (Sam's) | Foyer | $ 150.00 | 8 yrs |
| Metal Umbrella Stand | Foyer | $ 10.00 | 20 yrs |
| Breakfast Table w/ 4 Chairs | Kitchen | $ 75.00 | 20 yrs |
| Frigidaire Dual Oven | Kitchen | $ 300.00 | 5 yrs |
| Frigidaire Dishwasher | Kitchen | $ 200.00 | 5 yrs |
| Samsung Refrigerator | Kitchen | $ 250.00 | 15 yrs |
| Whirlpool Built-in Microwave | Kitchen | $ 150.00 | 10 yrs |
| Wooden Island Chairs (x3) | Kitchen | $ 45.00 | 15 yrs |

| Item | Location | | Value | Age |
|---|---|---|---|---|
| Plug-in Electric Fryers (x2) | Pantry | $ | 30.00 | 12 yrs |
| Rice Cooker | Pantry | $ | 15.00 | 12 yrs |
| Ninja Blender | Pantry | $ | 30.00 | 12 yrs |
| Crockpots (x2) | Pantry | $ | 25.00 | 12 yrs |
| Decorative Pictures (x4) | Mudroom | $ | 20.00 | 5 yrs |
| Jackets & Cold Weather Gear | Mudroom Closet | $ | 50.00 | Various |
| Framed Artwork (x3) | Hallway | $ | 25.00 | 15 yrs |
| GE Washer | Laundry Room | $ | 150.00 | 6 yrs |
| GE Dryer | Laundry Room | $ | 150.00 | 6 yrs |
| Clothing Stand | Master Bedroom | $ | 15.00 | 20 yrs |
| Electric Fireplace (Sam's) | Master Bedroom | $ | 100.00 | 5 yrs |
| 55-inch TV (Wall Mounted) | Master Bedroom | $ | 50.00 | 20 yrs |
| Shark Vacuum Cleaner | Master Bedroom Closet | $ | 75.00 | 2 yrs |
| Personal Clothing | Master Bedroom Closet | $ | 100.00 | Various |
| Mirror | Master Bedroom | $ | 20.00 | 5 yrs |
| Canvas Artwork | Master Bedroom | $ | 20.00 | 8 yrs |
| Sleigh Bed (Wood) | Master Bedroom | $ | 100.00 | 20 yrs |
| End Tables (x2) | Master Bedroom | $ | 50.00 | 20 yrs |
| Lamps (x2) | Master Bedroom | $ | 40.00 | 20 yrs |
| Framed Photos (x2) | Master Bathroom | $ | 20.00 | 16 yrs |
| Metal Magazine Rack | Master Bathroom | $ | 10.00 | 15 yrs |
| Canvas Artwork | Master Bathroom | $ | 15.00 | 8 yrs |
| Framed Pictures (x2) | Master Bathroom | $ | 20.00 | 18 yrs |
| Towels & Bedding | Master Bathroom Linen Closet | $ | 30.00 | Used |
| Toiletries (shampoo, soaps, etc.) | Master Bathroom | $ | 20.00 | Various |
| Outdoor Sofa w/ Cushions | Upstairs Porch | $ | 40.00 | 16 yrs |
| Hanging Egg Chair | Upstairs Porch | $ | 75.00 | 4 yrs |
| Barrel Smoker | Upstairs Porch | $ | 50.00 | 10 yrs |
| Electric Smoker | Upstairs Porch | $ | 60.00 | 8 yrs |
| Pool Cleaning Nets | Backyard | $ | 10.00 | Used |
| Pool Cleaning Hoses & Pole | Backyard | $ | 20.00 | Used |
| Pool Vacuum | Backyard | $ | 30.00 | Used |
| Lounge Chairs (x3) | Backyard | $ | 75.00 | 6 yrs |
| Hammock Chair | Backyard | $ | 50.00 | 4 yrs |
| Circular Outdoor Sofa | Backyard | $ | 250.00 | 4 yrs |
| Barrel Smoker | Backyard | $ | 50.00 | 10 yrs |
| Roller Ice Chest Cooler | Backyard | $ | 30.00 | 5 yrs |
| Mini Fridge | Backyard | $ | 50.00 | 20 yrs |
| Rolling Cooler | Basement Family Room | $ | 20.00 | 2 yrs |
| Cornhole Game Set | Basement Family Room | $ | 40.00 | 5 yrs |
| Mini Bar w/ 2 Chairs | Basement Family Room | $ | 150.00 | 20 yrs |
| Mini Fridge (4ft, Lowe's) | Basement Family Room | $ | 100.00 | 4 yrs |

| Item | Location | | Price | Age |
|---|---|---|---|---|
| Outdoor Chair (Shields) | Basement Family Room | $ | 30.00 | 2 yrs |
| Armoire | Basement Family Room | $ | 75.00 | 20 yrs |
| Breakfast Table w/ 4 Chairs | Basement Family Room | $ | 100.00 | 20 yrs |
| Wall Art (x2, HomeGoods) | Basement Family Room | $ | 25.00 | 10 yrs |
| Table w/ 2 Lamps | Basement Family Room | $ | 80.00 | 15 yrs |
| Fake Floor Plants (x3) | Basement Family Room | $ | 30.00 | 15 yrs |
| Electric Fireplace | Basement Family Room | $ | 100.00 | 8 yrs |
| L-Shaped Leather Sofa | Basement Family Room | $ | 150.00 | 20 yrs |
| Area Rug | Basement Family Room | $ | 30.00 | 5 yrs |
| Coffee Table | Basement Family Room | $ | 40.00 | 20 yrs |
| Glass End Table | Basement Family Room | $ | 30.00 | 15 yrs |
| Pots, Pans, Tupperware & Utensils | Downstairs Kitchen | $ | 40.00 | 4 yrs |
| Frigidaire Refrigerator | Downstairs Kitchen | $ | 150.00 | 3 yrs |
| Gas Stove | Downstairs Kitchen | $ | 200.00 | 3 yrs |
| Built-in Microwave | Downstairs Kitchen | $ | 100.00 | 3 yrs |
| Frigidaire Dishwasher | Downstairs Kitchen | $ | 125.00 | 3 yrs |
| Island Chairs (x2) | Downstairs Kitchen | $ | 30.00 | 3 yrs |
| End Table | Downstairs Kitchen | $ | 20.00 | 3 yrs |
| Old Crib | Kitchen Utility Room | $ | 30.00 | 15 yrs |
| Childhood Photos | Kitchen Utility Room | $ | 10.00 | Stored |
| Shark Vacuum Cleaner | Kitchen Utility Room | $ | 75.00 | 2 yrs |
| Dumbbell Rack + Weights | Workout Room | $ | 100.00 | 15 yrs |
| Elliptical Machine | Workout Room | $ | 100.00 | 15 yrs |
| TV (25 yrs old, Used) | Workout Room | $ | 50.00 | 25 yrs |
| Speakers | Workout Room | $ | 30.00 | 20 yrs |
| Wood Entertainment Centers (x2) | Workout Room | $ | 40.00 | 15 yrs |
| Linens & Drapes (in closet) | Workout Room Closet | $ | 30.00 | 20 yrs |
| Gun Safe (5 ft, Combo Lock) | Basement Storage Room | $ | 200.00 | 15 yrs |
| Chest of Drawers | Basement Storage Room | $ | 40.00 | 15 yrs |
| End Tables (x2) | Basement Storage Room | $ | 40.00 | 15 yrs |
| Old Clothing & Childhood Storage | Basement Storage Room | $ | 25.00 | Various |
| Fake Christmas Tree (Sam's) | Basement Storage Room | $ | 125.00 | 2 yrs |
| Holiday Decorations (Easter, Halloween, etc.) | Basement Storage Room | $ | 30.00 | 15 yrs |
| Towels & Linens | Downstairs Bathroom | $ | 20.00 | Used |
| Box Spring, Mattress, Bed Frame | Basement Bedroom | $ | 100.00 | 15 yrs |
| End Table | Basement Bedroom | $ | 20.00 | 15 yrs |
| Teen Desk & Chair | Basement Bedroom | $ | 75.00 | 3 yrs |
| Bookshelves | Basement Bedroom | $ | 40.00 | 3 yrs |
| Chest of Drawers | Basement Bedroom | $ | 40.00 | 3 yrs |
| Standing Mirror | Basement Bedroom | $ | 40.00 | 3 yrs |
| Winter Clothing | Basement Bedroom Closet | $ | 30.00 | Various |
| Lowe's Metal Shelving (x4) | Garage | $ | 60.00 | Used |

| Item | Location | | Price | Age |
|---|---|---|---|---|
| Backup Dry Goods | Garage | $ | 30.00 | Used |
| Chest of Drawers | Garage | $ | 40.00 | 15 yrs |
| Fold-out Ladder | Garage | $ | 40.00 | 4 yrs |
| Frigidaire Garage Fridge | Garage | $ | 50.00 | 15 yrs |
| Misc. Tools on Shelves | Garage | $ | 75.00 | 15 yrs |
| Toolboxes w/ Ratchets | Garage | $ | 60.00 | 15 yrs |
| Bicycles (x2) | Garage | $ | 100.00 | 6 yrs |
| Work Bench | Garage | $ | 50.00 | 8 yrs |
| Toaster Oven | Garage | $ | 15.00 | 10 yrs |
| Glass Top End Table | Garage | $ | 20.00 | 15 yrs |
| Bosch Air Compressor | Garage | $ | 60.00 | 10 yrs |
| Shop Vac | Garage | $ | 40.00 | 10 yrs |
| Blower, Weed Eater, Chainsaw (Electric) | Garage | $ | 75.00 | 10 yrs |
| Chop Saw w/ Table | Garage | $ | 75.00 | 10 yrs |
| Misc. Yard Tools (Clippers, Shovel, etc.) | Garage | $ | 30.00 | Used |
| Husqvarna Lawn Mower | Garage | $ | 100.00 | 10 yrs |
| HP Laptop | Personal Items | $ | 100.00 | 6 yrs |
| Asus Laptop | Personal Items | $ | 120.00 | 5 yrs |
| iPhone 12 | Personal Items | $ | 300.00 | 2.5 yrs |
| Pool Remote | Personal Items | $ | 10.00 | 12 yrs |
| Glock 9mm Pistol | Firearms | $ | 250.00 | 20 yrs |
| 9mm Ammo (x2 boxes) | Firearms | $ | 30.00 | 20 yrs |
| Remington 30-06 Rifle w/ Scope | Firearms | $ | 350.00 | 20 yrs |
| Sears .410 Single Shot Shotgun | Firearms | $ | 100.00 | 45 yrs |
| Remington 20ga Semi-Auto Shotgun | Firearms | $ | 250.00 | 15 yrs |
| Remington 20ga Pump Shotgun | Firearms | $ | 150.00 | 30 yrs |
| 20ga Ammo (x2 boxes) | Firearms | $ | 30.00 | 15 yrs |
| | | $ | 10,880.00 | |

Total:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Central District of Illinois

Case number 25-70566
(if known)

☐ Check if this is an
  amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2812 Pat Tillman Driv<br>Line from *Schedule A/B*: 1 | $440,000.00 | ☐ $ 15,000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 (Illinois Homestead Exemption). 11 U.S.C. § 522(b)(3) |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    David Choate Hughes II
First Name    Middle Name    Last Name

Case number (*if known*) 25-70566

---

**Part 2:** **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Vehicle<br>Line from *Schedule A/B:* 2 | $ 53,189.00 | ☐ $ 2,400.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c), |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

# Schedule C - Property Claimed as Exempt

Debtor: David Hughes
Address: 2812 Pat Tillman Drive, Springfield, IL 62711
Chapter: 11 (Individual Reorganization)
Jurisdiction: Illinois (Federal Exemptions Elected)

## Part 1 – Property Claimed as Exempt

| Description of Property | Location | Current Market Value | Amount of Exemption Claimed | Statute Providing Exemption |
|---|---|---|---|---|
| Wall Clock (battery-powered) | Upstairs Office | $5.00 | $5.00 | 11 U.S.C. § 522(d)(3) |
| Stuffed Salmon Wall Decoration | Upstairs Office | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| Floor Lamp | Upstairs Office | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Leather Chair | Upstairs Office | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| 55-inch Smart TV | Upstairs Office | $125.00 | $125.00 | 11 U.S.C. § 522(d)(3) |
| TV Stand (Wooden) | Upstairs Office | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Epson Printer-Scanner | Upstairs Office | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Printer Table | Upstairs Office | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Desk (OfficeMax/Depot) | Upstairs Office | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Desk Chair | Upstairs Office | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Bookcases (x2) | Upstairs Office | $60.00 | $60.00 | 11 U.S.C. § 522(d)(3) |
| End Table w/ 3 Shelves | Upstairs Office | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Office Supplies & Linens | Upstairs Office Closet | $25.00 | $25.00 | 11 U.S.C. § 522(d)(3) |
| Comforters (x2) | Hallway Closet | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Artwork (x3) | Upstairs Bathroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Towels (x2) | Upstairs Bathroom | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |

| Headboard, Box Frame & Mattress | Spare Bedroom Upstairs | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
|---|---|---|---|---|
| End Tables (x2) | Spare Bedroom Upstairs | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Lamps (x2) | Spare Bedroom Upstairs | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Chest of Drawers (needs refinishing) | Spare Bedroom Upstairs | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Leather Chair | Spare Bedroom Upstairs | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| 55-inch Smart TV | Spare Bedroom Upstairs | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Bissell Carpet Cleaner | Spare Bedroom Upstairs | $90.00 | $90.00 | 11 U.S.C. § 522(d)(3) |
| TaylorMade Golf Clubs (Left-Handed) | Spare Bedroom Upstairs | $175.00 | $175.00 | 11 U.S.C. § 522(d)(3) |
| Leather Sectional Sofa | Family Room | $300.00 | $300.00 | 11 U.S.C. § 522(d)(3) |
| Glass-Top Coffee Table | Family Room | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Decorative Picture (Mantel) | Family Room | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Conch Seashell | Family Room | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| 70-inch TV (Sam's) | Family Room | $300.00 | $300.00 | 11 U.S.C. § 522(d)(3) |
| Entertainment Center | Family Room | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Wireless TV Speaker | Family Room | $80.00 | $80.00 | 11 U.S.C. § 522(d)(3) |
| Chest of Drawers | Foyer | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Fake Floor Plants (x2) | Foyer | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Cracked Mirror | Foyer | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Dining Table w/ 6 Chairs (Sam's) | Foyer | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| Metal Umbrella Stand | Foyer | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |

| Breakfast Table w/ 4 Chairs | Kitchen | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
|---|---|---|---|---|
| Frigidaire Dual Oven | Kitchen | $300.00 | $300.00 | 11 U.S.C. § 522(d)(3) |
| Frigidaire Dishwasher | Kitchen | $200.00 | $200.00 | 11 U.S.C. § 522(d)(3) |
| Samsung Refrigerator | Kitchen | $250.00 | $250.00 | 11 U.S.C. § 522(d)(3) |
| Whirlpool Built-in Microwave | Kitchen | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| Wooden Island Chairs (x3) | Kitchen | $45.00 | $45.00 | 11 U.S.C. § 522(d)(3) |
| Plug-in Electric Fryers (x2) | Pantry | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Rice Cooker | Pantry | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Ninja Blender | Pantry | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Crockpots (x2) | Pantry | $25.00 | $25.00 | 11 U.S.C. § 522(d)(3) |
| Decorative Pictures (x4) | Mudroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Jackets & Cold Weather Gear | Mudroom Closet | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Framed Artwork (x3) | Hallway | $25.00 | $25.00 | 11 U.S.C. § 522(d)(3) |
| GE Washer | Laundry Room | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| GE Dryer | Laundry Room | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| Clothing Stand | Master Bedroom | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Electric Fireplace (Sam's) | Master Bedroom | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| 55-inch TV (Wall Mounted) | Master Bedroom | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Shark Vacuum Cleaner | Master Bedroom Closet | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Personal Clothing | Master Bedroom Closet | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Mirror | Master Bedroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Canvas Artwork | Master Bedroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Sleigh Bed (Wood) | Master Bedroom | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |

| Item | Location | Value | Value | Exemption |
|---|---|---|---|---|
| End Tables (x2) | Master Bedroom | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Lamps (x2) | Master Bedroom | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Framed Photos (x2) | Master Bathroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Metal Magazine Rack | Master Bathroom | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| Canvas Artwork | Master Bathroom | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Framed Pictures (x2) | Master Bathroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Towels & Bedding | Master Bathroom Linen Closet | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Toiletries (shampoo, soaps, etc.) | Master Bathroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Outdoor Sofa w/ Cushions | Upstairs Porch | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Hanging Egg Chair | Upstairs Porch | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Barrel Smoker | Upstairs Porch | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Electric Smoker | Upstairs Porch | $60.00 | $60.00 | 11 U.S.C. § 522(d)(3) |
| Pool Cleaning Nets | Backyard | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| Pool Cleaning Hoses & Pole | Backyard | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Pool Vacuum | Backyard | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Lounge Chairs (x3) | Backyard | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Hammock Chair | Backyard | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Circular Outdoor Sofa | Backyard | $250.00 | $250.00 | 11 U.S.C. § 522(d)(3) |
| Barrel Smoker | Backyard | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Roller Ice Chest Cooler | Backyard | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Mini Fridge | Backyard | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Rolling Cooler | Basement Family Room | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Cornhole Game Set | Basement Family Room | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |

| Mini Bar w/ 2 Chairs | Basement Family Room | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
|---|---|---|---|---|
| Mini Fridge (4ft, Lowe's) | Basement Family Room | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Outdoor Chair (Shields) | Basement Family Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Armoire | Basement Family Room | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Breakfast Table w/ 4 Chairs | Basement Family Room | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Wall Art (x2, HomeGoods) | Basement Family Room | $25.00 | $25.00 | 11 U.S.C. § 522(d)(3) |
| Table w/ 2 Lamps | Basement Family Room | $80.00 | $80.00 | 11 U.S.C. § 522(d)(3) |
| Fake Floor Plants (x3) | Basement Family Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Electric Fireplace | Basement Family Room | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| L-Shaped Leather Sofa | Basement Family Room | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| Area Rug | Basement Family Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Coffee Table | Basement Family Room | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Glass End Table | Basement Family Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Pots, Pans, Tupperware & Utensils | Downstairs Kitchen | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Frigidaire Refrigerator | Downstairs Kitchen | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| Gas Stove | Downstairs Kitchen | $200.00 | $200.00 | 11 U.S.C. § 522(d)(3) |
| Built-in Microwave | Downstairs Kitchen | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Frigidaire Dishwasher | Downstairs Kitchen | $125.00 | $125.00 | 11 U.S.C. § 522(d)(3) |
| Island Chairs (x2) | Downstairs Kitchen | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| End Table | Downstairs Kitchen | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Old Crib | Kitchen Utility Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Childhood Photos | Kitchen Utility Room | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| Shark Vacuum Cleaner | Kitchen Utility Room | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Dumbbell Rack + Weights | Workout Room | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |

| Elliptical Machine | Workout Room | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
|---|---|---|---|---|
| TV (25 yrs old, Used) | Workout Room | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Speakers | Workout Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Wood Entertainment Centers (x2) | Workout Room | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Linens & Drapes (in closet) | Workout Room Closet | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Gun Safe (5 ft, Combo Lock) | Basement Storage Room | $200.00 | $200.00 | 11 U.S.C. § 522(d)(3) |
| Chest of Drawers | Basement Storage Room | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| End Tables (x2) | Basement Storage Room | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Old Clothing & Childhood Storage | Basement Storage Room | $25.00 | $25.00 | 11 U.S.C. § 522(d)(3) |
| Fake Christmas Tree (Sam's) | Basement Storage Room | $125.00 | $125.00 | 11 U.S.C. § 522(d)(3) |
| Holiday Decorations (Easter, Halloween, etc.) | Basement Storage Room | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Towels & Linens | Downstairs Bathroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Box Spring, Mattress, Bed Frame | Basement Bedroom | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| End Table | Basement Bedroom | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Teen Desk & Chair | Basement Bedroom | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Bookshelves | Basement Bedroom | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Chest of Drawers | Basement Bedroom | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Standing Mirror | Basement Bedroom | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Winter Clothing | Basement Bedroom Closet | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Lowe's Metal Shelving (x4) | Garage | $60.00 | $60.00 | 11 U.S.C. § 522(d)(3) |
| Backup Dry Goods | Garage | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Chest of Drawers | Garage | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |

| | | | | |
|---|---|---|---|---|
| Fold-out Ladder | Garage | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Frigidaire Garage Fridge | Garage | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Misc. Tools on Shelves | Garage | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Toolboxes w/ Ratchets | Garage | $60.00 | $60.00 | 11 U.S.C. § 522(d)(3) |
| Bicycles (x2) | Garage | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Work Bench | Garage | $50.00 | $50.00 | 11 U.S.C. § 522(d)(3) |
| Toaster Oven | Garage | $15.00 | $15.00 | 11 U.S.C. § 522(d)(3) |
| Glass Top End Table | Garage | $20.00 | $20.00 | 11 U.S.C. § 522(d)(3) |
| Bosch Air Compressor | Garage | $60.00 | $60.00 | 11 U.S.C. § 522(d)(3) |
| Shop Vac | Garage | $40.00 | $40.00 | 11 U.S.C. § 522(d)(3) |
| Blower, Weed Eater, Chainsaw (Electric) | Garage | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Chop Saw w/ Table | Garage | $75.00 | $75.00 | 11 U.S.C. § 522(d)(3) |
| Misc. Yard Tools (Clippers, Shovel, etc.) | Garage | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Husqvarna Lawn Mower | Garage | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| HP Laptop | Personal Items | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Asus Laptop | Personal Items | $120.00 | $120.00 | 11 U.S.C. § 522(d)(3) |
| iPhone 12 | Personal Items | $300.00 | $300.00 | 11 U.S.C. § 522(d)(3) |
| Pool Remote | Personal Items | $10.00 | $10.00 | 11 U.S.C. § 522(d)(3) |
| Glock 9mm Pistol | Firearms | $250.00 | $250.00 | 11 U.S.C. § 522(d)(3) |
| 9mm Ammo (x2 boxes) | Firearms | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |
| Remington 30-06 Rifle w/ Scope | Firearms | $350.00 | $350.00 | 11 U.S.C. § 522(d)(3) |
| Sears .410 Single Shot Shotgun | Firearms | $100.00 | $100.00 | 11 U.S.C. § 522(d)(3) |
| Remington 20ga Semi-Auto Shotgun | Firearms | $250.00 | $250.00 | 11 U.S.C. § 522(d)(3) |

| | | | | |
|---|---|---|---|---|
| Remington 20ga Pump Shotgun | Firearms | $150.00 | $150.00 | 11 U.S.C. § 522(d)(3) |
| 20ga Ammo (x2 boxes) | Firearms | $30.00 | $30.00 | 11 U.S.C. § 522(d)(3) |

Total Estimated Value of Claimed Exempt Property: $10,880.00

Wildcard Exemption Remaining: $1,375.00

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: Central District of Illinois

Case number: 25-70566
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Lendsure

Creditor's Name
12230 World Trade Drive Suite 2
Number    Street

San Diego          CA    92128
City                State    ZIP Code

$ 311,907.14    $ 750,000.00    $ 0.00

Describe the property that secures the claim:

Primary Residence located at 2812 Pat Tillman Drive Springfield, Illinois 62711

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    10/15/2024

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    6  5  0  4

**2.2** IHMVCU

Creditor's Name
PO BOX 1010
Number    Street

Moline          IL    61266
City            State    ZIP Code

$ 60,280.06    $ 53,189.00    $ 7,091.06

Describe the property that secures the claim:

Vehicle

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number    4  4  6  9

Add the dollar value of your entries in Column A on this page. Write that number here:    $ _____

Debtor 1 __David Choate Hughes II__
First Name   Middle Name   Last Name

Case number *(if known)* __25-70566__

| | Column A | Column B | Column C |
|---|---|---|---|
| **Part 1:** **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

Creditor's Name

Number      Street

City                  State   ZIP Code

**Describe the property that secures the claim:**

$_____     $_____     $_____

**As of the date you file, the claim is:** Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number      Street

City                  State   ZIP Code

**Describe the property that secures the claim:**

$_____     $_____     $_____

**As of the date you file, the claim is:** Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number      Street

City                  State   ZIP Code

**Describe the property that secures the claim:**

$_____     $_____     $_____

**As of the date you file, the claim is:** Check that all apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $_____

Debtor 1    David Choate Hughes II

First Name    Middle Name    Last Name

Case number *(if known)*    25-70566

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number  6   5   0   4

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

_____

Name

Number        Street

_____

_____

City                    State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Fill in this information to identify your case:

| Debtor 1 | David Choate Hughes II | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of Illinois

Case number  25-70566
(If known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number        Street

City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**Part 1:**    **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

Priority Creditor's Name

Number      Street

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number      Street

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number      Street

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    David Choate Hughes II
Case 25-70566   Doc 15   Filed 07/24/25   Entered 07/24/25 15:36:50   Desc Main
     Document     Page 45 of 60

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.1**

**Credit One Bank**
Nonpriority Creditor's Name

**PO Box 98873**
Number    Street

**Las Vegas**      **NV**     **89193**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2   1   7   6

When was the debt incurred?   07/10/2025

Total claim   $   2,837.73

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt (Date of Filing)

---

**4.2**

**Ally**
Nonpriority Creditor's Name

**PO Box 9222**
Number    Street

**Old Bethpage**      **NY**     **11804**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   5   5   8   0

When was the debt incurred?   07/10/2025

Total claim   $   5,100.85

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt (Date of Filing)

---

**4.3**

**Navy Federal**
Nonpriority Creditor's Name

**PO Box 3000**
Number    Street

**Merrifield**      **VA**     **22119**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1   8   5   7

When was the debt incurred?   07/10/2025

  478.80

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt (Date of Filing)

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**Wells Fargo**
Nonpriority Creditor's Name

PO Box 9187
Number   Street

Minneapolis     MN     55480
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  1  4  5  7

When was the debt incurred?  07/10/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt (Date of Filing)

$ 4,057.80

---

**Mercury**
Nonpriority Creditor's Name

PO Box 84064
Number   Street

Columbus     GA
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  9  2  0  3

When was the debt incurred?  07/10/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt (Date of Filing)

$ 4,884.15

---

**Goldman Sachs Bank Lockbox 6112**
Nonpriority Creditor's Name

POBox 7247
Number   Street

Philedelphia     PA     19170
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  N  A  _  _

When was the debt incurred?  07/10/2025

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt (Date of Filing)

$ 613.65

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of   (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ ____ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ ____ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ ____ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ ____ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ ____ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ ____ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ ____ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ ____ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ ____ 17,972.18 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ ____ 17,972.18 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | David Choate Hughes II | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Central District of Illinois

Case number  25-70566
(if known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1

Name

Number      Street

City                            State      ZIP Code

2.2

Name

Number      Street

City                            State      ZIP Code

2.3

Name

Number      Street

City                            State      ZIP Code

2.4

Name

Number      Street

City                            State      ZIP Code

2.5

Name

Number      Street

City                            State      ZIP Code

Debtor 1   David Choate Hughes II
First Name    Middle Name    Last Name

Case number (if known) 25-70566

### Additional Page if You Have More Contracts or Leases

**Person or company with whom you have the contract or lease**    **What the contract or lease is for**

2.2
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

2._
_____
Name
_____
Number    Street
_____
City              State    ZIP Code

**Fill in this information to identify your case:**

Debtor 1    David Choate Hughes II
            First Name        Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name            Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number  25-70566
(If known)

☐ Check if this is an
   amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                State            ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1**
   _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2**
   _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3**
   _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Debtor 1    David Choate Hughes II
First Name    Middle Name    Last Name

Case number (if known) 25-70566

## Additional Page to List More Codebtors

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

3.__

Name

Number    Street

City    State    ZIP Code

❑ Schedule D, line _____
❑ Schedule E/F, line _____
❑ Schedule G, line _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the: District of ~~Idaho~~ *Illinois*

Case number    25-70566
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:
07/24/2025
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Self-Employed Real Estate / Tena | |
| **Employer's name** | | Tenant First Homes (DBA) | |
| **Employer's address** | | 2812 Pat Tillman Drive | |
| | | Number    Street | Number    Street |
| | | Springfield      IL    63722 | |
| | | City        State    ZIP Code | City        State    ZIP Code |
| **How long employed there?** | | April | April |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,500.00 | $_____ |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 4,500.00 | $_____ |

Debtor 1   David Choate Hughes II                         Case number (if known)  25-70566
           First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.......................................................................➔ | 4. | $ 4,500.00 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 942.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| 5e. **Insurance** | 5e. | $ 0.00 | $ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| 5g. **Union dues** | 5g. | $ 0.00 | $ |
| 5h. **Other deductions. Specify:** _____ | 5h. | + $ 0.00 | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ _____   $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 3,558.00   $ _____

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income. Specify:** _____ | 8h. | + $ 0.00 | + $ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00   $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3,558.00  + $ 0.00  =  $ 3,558.00

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 3,558.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:  An increase once rental income and property sales result from quitting title through my adversary complaint.

**Fill in this information to identify your case:**

Debtor 1    David Choate Hughes II
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of Illinois

Case number    25-70566
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   07/24/2025
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**      ☐ No
   Do not list Debtor 1 and        ☑ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................
   Do not state the dependents'
   names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 15 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include**      ☑ No
   **expenses of people other than**  ☐ Yes
   **yourself and your dependents?**

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,200.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 1,050.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 8,00 |

Debtor 1    David Choate Hughes II                                          Case number (if known) 25-70566
            First Name    Middle Name    Last Name

|  |  |  | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** |  |  |
| 6a. | Electricity, heat, natural gas | 6a. | $ 250.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 15.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 450.00 |
| 6d. | Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. | Life insurance | 15a. | $ 0.00 |
| 15b. | Health insurance | 15b. | $ 170.00 |
| 15c. | Vehicle insurance | 15c. | $ 150.00 |
| 15d. | Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** |  |  |
| 17a. | Car payments for Vehicle 1 | 17a. | $ 900.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. | Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. | Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* |  |  |
| 20a. | Mortgages on other property | 20a. | $ 0.00 |
| 20b. | Real estate taxes | 20b. | $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    David Choate Hughes II _____    Case number *(if known)* 25-70566 _____
            First Name   Middle Name   Last Name

| | | | |
|---|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$ | 0.00 |

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                              22a.   $        6,693.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $           0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.           22c.   $        6,693.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a.   $        3,558.00

   23b. Copy your monthly expenses from line 22c above.                      23b.  –$        6,693.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*                            23c.   $        3,135.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.

   ☑ Yes.   Explain here:   All of my debt will be paid in full under the terms of my proposed restructuring plan. Both my
                            mortgage holder and auto lender are currently working with me on refinancing options. However
                            my intention is to satisfy these, and all other unsecured obligations in full, in a single payment,
                            immediately upon funding and confirmation of my plan by this Honorable Court.

Fill in this information to identify your case:

Debtor 1 _David Choate Hughes II_
First Name / Middle Name / Last Name

Debtor 2 _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: _Middle District_ District of _IL_
(State)

Case number _25-70566_
(If known)

FILED TIME PM3:09
2025 JUL 24 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than under Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 4,500.00 | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 6,693.00 | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | − $_____ | − $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

Debtor 1 _____    Case number (if known)_____
First Name       Middle Name       Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|

7. **Interest, dividends, and royalties**      $_____    $_____

8. **Unemployment compensation**      $_____    $_____

   Do not enter the amount if you contend that the amount received was a benefit
   under the Social Security Act. Instead, list it here:............................↓

   For you ......................................................................    $_____

   For your spouse..........................................................    $_____

9. **Pension or retirement income.** Do not include any amount received that was a
   benefit under the Social Security Act. Also, except as stated in the next sentence,
   do not include any compensation, pension, pay, annuity, or allowance paid by the
   United States Government in connection with a disability, combat-related injury or
   disability, or death of a member of the uniformed services. If you received any
   retired pay paid under chapter 61 of title 10, then include that pay only to the
   extent that it does not exceed the amount of retired pay to which you would
   otherwise be entitled if retired under any provision of title 10 other than chapter 61
   of that title.      $_____    $_____

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act; payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by
    the United States Government in connection with a disability, combat-related injury
    or disability, or death of a member of the uniformed services. If necessary, list
    other sources on a separate page and put the total below.

    _____      $_____    $_____

    _____      $_____    $_____

    Total amounts from separate pages, if any.      + $_____    + $_____

11. **Calculate your total current monthly income.**
    Add lines 2 through 10 for each column.
    Then add the total for Column A to the total for Column B.      $ _4,500.00_  +  $_____  =  $ _4,500.00_

    **Total current
    monthly income**

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ _[signature]_                                    ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date _07/24/2025_                                  Date_____
     MM / DD / YYYY                                     MM / DD / YYYY

FILED TIME PM3:09
2025 JUL 24 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of Illinois |
| Case number (If known) | 25-70566 |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____    ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Date 07/24/2025                Date _____
MM / DD / YYYY                MM / DD / YYYY