# Office of the United States Trustee
401 Main Street, Suite 1100  
Peoria, IL  61620  
Phone: (309) 671-7854

---

**In Re:** DAVID CHOATE HUGHES II  *Case No.:* 25-70566

*Debtor.*  *Chapter:* 11

---

## SECOND DEFICIENCY NOTICE

*FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME MAY RESULT IN THE U.S. TRUSTEE SEEKING DISMISSAL OF THIS CASE*

A petition was filed in the above-named case on __7/10/2025__. The documents and/or information listed below were not filed with the petition as required- or contain multiple unanswered portions such that the document needs to be refiled with the missing responses entered to be considered complete.

The following documents **must be filed on the most current Official form(s) within 10 (ten) calendar days, on or before the date of August 8, 2025, or the United States Trustee may file a Motion with the Court seeking to dismiss the case.**

**Missing Documents and/or Information:**

- [✔] Statement of Financial Affairs
- [ ] Schedule D
- [ ] Schedule J
- [✔] Summary of Assets and Liabilities and Certain Statistical Information (individuals)
- [ ] Schedule E/F
- [ ] Schedules A/B−J
- [ ] Summary of Assets and Liabilities (non−individuals)
- [ ] Schedule G
- [✔] Declaration About Individual Debtor's Schedules
- [ ] Schedule A/B
- [ ] Schedule H
- [ ] Declaration Under Penalty of Perjury for Non−Individual Debtors
- [✔] Schedule C
- [ ] Schedule I
- [ ] Attorney's Disclosure of Compensation
- [ ] Ch 11 Statement of Your Current Monthly Income (Official Form 122B)
- [ ] Certificate of Compliance with Pre-petition Credit Counseling Requirement (11 U.S.C. secs 109(h) & 111)
- [ ] Equity Security Holder List
- [ ] List of 20 Largest Unsecured Creditors
- [✔] Statement of Operations (Ch 11 SB only)
- [✔] Federal Income Tax Return (Ch 11 SB only)
- [ ] Schedule of Income and Expenditures (Corporate Debtor)
- [✔] Balance Sheet (Ch 11 SB only)
- [✔] Cash Flow Statement (Ch 11 SB only)
- [ ] Disclosure of Corporate Ownership Statement pursuant to B.R.1007(1)

**Dated:** 7/29/2025

Nancy J. Gargula,  
United States Trustee

*/s/  James A. Salinas*

Trial Attorney

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID CHOATE HUGHES II | ) | Case No. 25-70566 |
| | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached **SECOND DEFICIENCY NOTICE** and this **Certificate of Service** were served electronically through CM/ECF upon all parties receiving electronic notifications, and upon the following persons by first-class U.S. Mail, postage fully prepaid, addressed to:

**David Choate Hughes II**
2812 Pat Tillman Drive
Springfield, IL 62711

and via email to davidchoatehughes@gmail.com,

on July 29, 2025.

> /s/ James A. Salinas
> James A. Salinas, Florida Bar No. 0125878
> United States Department of Justice
> Office of the United States Trustee
> 401 Main Street, Suite 1100
> Peoria, IL 61602
> Phone: (309) 671-7182
> Email: James.Salinas@usdoj.gov