| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | Central District of Illinois |
| Case number (If known) | 25-70566 |

FILED TIME AM11:40
2025 AUG 12 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

☑ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street | From _____ To _____ | Number  Street | From _____ To _____ |
| City     State  ZIP Code | | City     State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number  Street | From _____ To _____ | Number  Street | From _____ To _____ |
| City     State  ZIP Code | | City     State  ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

Debtor 1   David Choate Hughes II   Case number (if known) 25-70566

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | Sources of Income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of Income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For last calendar year:<br>(January 1 to December 31, 2024) | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For the calendar year before that:<br>(January 1 to December 31, 2023) | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of Income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Self Employed DE | $ 50,000.00<br>$<br>$ | | $<br>$<br>$ |
| For last calendar year:<br>(January 1 to December 31, 2024) | Zoomeral, Inc. | $ 52,850.00<br>$<br>$ | | $<br>$<br>$ |
| For the calendar year before that:<br>(January 1 to December 31, 2023) | Zoomeral, Inc. | $ 58,275.00<br>$<br>$ | | $<br>$<br>$ |

Debtor 1  **David Choate Hughes II**
           First Name    Middle Name    Last Name                                    Case number (if known) 25-70566

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Lendsure**<br>Creditor's Name<br>**12230 World Trade Drive Suite**<br>Number  Street<br><br>**San Diego   CA   92128**<br>City   State   ZIP Code | 05/05/2025<br>06/05/2025<br>04/05/2025 | $ 6,462.00 | $ 31,907.14 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number  Street<br><br>City   State   ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number  Street<br><br>City   State   ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | David Choate Hughes II | | Case number *(if known)* 25-70566 |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | City        State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | City        State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | City        State    ZIP Code | | | | |
   | Insider's Name | | $ | $ | |
   | Number    Street | | | | |
   | City        State    ZIP Code | | | | |

Debtor 1  David Choate Hughes II                                        Case number (if known) 25-70566
          First Name   Middle Name   Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title **Dowd vs. Hughes** | Family Custody | Court Name **Sangamon County Courthouse / Co** | ☑ Pending |
   | | | Number Street **200 South 9th Street** | ☐ On appeal |
   | Case number **2016D09** | | City **Springfield** State **IL** ZIP Code **62701** | ☐ Concluded |
   | Case title _____ | | Court Name _____ | ☐ Pending |
   | | | Number Street _____ | ☐ On appeal |
   | Case number _____ | | City _____ State _____ ZIP Code _____ | ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name _____ | | | $ _____ |
    | Number Street _____ | Explain what happened | | |
    | | ☐ Property was repossessed. | | |
    | | ☐ Property was foreclosed. | | |
    | | ☐ Property was garnished. | | |
    | City _____ State _____ ZIP Code _____ | ☐ Property was attached, seized, or levied. | | |
    | | Describe the property | Date | Value of the property |
    | Creditor's Name _____ | | | $ _____ |
    | Number Street _____ | Explain what happened | | |
    | | ☐ Property was repossessed. | | |
    | | ☐ Property was foreclosed. | | |
    | | ☐ Property was garnished. | | |
    | City _____ State _____ ZIP Code _____ | ☐ Property was attached, seized, or levied. | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 5

Debtor 1  David Choate Hughes II  Case number (if known) 25-70566
         First Name  Middle Name  Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor's Name / Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number  Street<br>City  State  ZIP Code | Last 4 digits of account number: XXXX–____ ____ ____ ____ | | $ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number  Street<br>City  State  ZIP Code<br>Person's relationship to you | | | $<br>$ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number  Street<br>City  State  ZIP Code<br>Person's relationship to you | | | $<br>$ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 6

Debtor 1   David Choate Hughes II
           First Name   Middle Name   Last Name

Case number (if known) 25-70566

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | $ |
| Charity's Name | | | $ |
| | | | |
| Number   Street | | | |
| | | | |
| City   State   ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | $ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | | $ |
| | | | $ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 7

Debtor 1  David Choate Hughes II                           Case number (if known) 25-70566
          First Name   Middle Name   Last Name

          Description and value of any property transferred    Date payment or    Amount of
                                                                transfer was made  payment

Person Who Was Paid
                                                                                   $ _____

Number   Street
                                                                                   $ _____

City            State    ZIP Code

Email or website address

Person Who Made the Payment, if Not You

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

          Description and value of any property transferred    Date payment or    Amount of payment
                                                                transfer was
                                                                made

Person Who Was Paid
                                                                                   $ _____

Number   Street
                                                                                   $ _____

City            State    ZIP Code

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

          Description and value of property      Describe any property or payments received    Date transfer
          transferred                            or debts paid in exchange                     was made

Person Who Received Transfer

Number   Street

City            State    ZIP Code

Person's relationship to you _____

Person Who Received Transfer

Number   Street

City            State    ZIP Code

Person's relationship to you _____

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 8

Debtor 1  David Choate Hughes II
           First Name  Middle Name  Last Name

Case number (if known) 25-70566

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Description and value of the property transferred | Date transfer was made |
|---|---|
| Name of trust _____ | _____ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Charles Schwabb<br>Name of Financial Institution<br>3000 Schwab Way<br>Number  Street<br>Westlake  TX  76262<br>City  State  ZIP Code | XXXX– 0 6 1 3 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☒ Brokerage<br>☐ Other_____ | 08/12/2025 | $ 305.22 |
| Gain Capital Group, LLC<br>Name of Financial Institution<br>1209 Orange Street<br>Number  Street<br>19801<br>Wilmington  DE  76262<br>City  State  ZIP Code | XXXX– 8 0 7 2 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 08/12/2025 | $ 15.95 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number  Street<br>City  State  ZIP Code | Name<br>Number  Street<br>City  State  ZIP Code | | ☐ No<br>☐ Yes |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 9

Debtor 1  **David Choate Hughes II**   Case number (if known) 25-70566
First Name   Middle Name   Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number  Street | Number  Street | | |
| | City State  ZIP Code | | |
| City  State  ZIP Code | | | |

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $ |
| Owner's Name | | | |
| Number  Street | Number  Street | | |
| | City  State  ZIP Code | | |
| City  State  ZIP Code | | | |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?
☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number  Street | Number  Street | | |
| | City  State  ZIP Code | | |
| City  State  ZIP Code | | | |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 10

Debtor 1   David Choate Hughes II
          First Name   Middle Name   Last Name                                    Case number (if known) 25-70566

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

Name of site

Number   Street

Governmental unit

Number   Street

City          State   ZIP Code

City          State   ZIP Code

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

Case title_____

Court Name

Number   Street

City          State   ZIP Code

Case number

☐ Pending
☐ On appeal
☐ Concluded

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☐ An officer, director, or managing executive of a corporation
   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☑ No. None of the above applies. Go to Part 12.
   ☐ Yes. Check all that apply above and fill in the details below for each business.

Business Name

Number   Street

City          State   ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

Business Name

Number   Street

City          State   ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___

Dates business existed

From _____ To _____

Official Form 107       Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 11

Debtor 1   David Choate Hughes II
         First Name   Middle Name   Last Name

Case number (if known) 25-70566

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __ |
|---|---|---|
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name | Date Issued<br>MM / DD / YYYY |
|---|---|
| Number  Street | |
| City   State   ZIP Code | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _[signature]_         ✗ _____
Signature of Debtor 1         Signature of Debtor 2

Date 08/12/2025         Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: David Choate Hughes II

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of Illinois

Case number: 25-70566 (If known)

FILED TIME AM 11:40
2025 AUG 12 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ............................................................  $ 2,705,632.00

   1b. Copy line 62, Total personal property, from Schedule A/B ...................................................  $ 53,189.00

   1c. Copy line 63, Total of all property on Schedule A/B ..............................................................  $ 2,758,821.00

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D ............  $ 372,187.20

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F ............  $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ........  + $ 17,972.18

   Your total liabilities  $ 390,159.38

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I ............................................  $ 5,904.91

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J ...................................................  $ 6,693.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1   David Choate Hughes II
           First Name   Middle Name   Last Name

Case number (if known) 25-70566

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ 8,333.33

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)   $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)   $ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ 0.00

   9d. Student loans. (Copy line 6f.)   $ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ 0.00

   9g. **Total.** Add lines 9a through 9f.   $ 0.00

**Fill in this information to identify your case:**

Debtor 1: David Choate Hughes II

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of Illinois

Case number (if known): 25-70566

☐ Check if this is an amended filing

FILED TIME AM 11:40
2025 AUG 12 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _N/A_. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ David C. Hughes II_    X _____
Signature of Debtor 1              Signature of Debtor 2

Date 08/12/2025                    Date _____
   MM / DD / YYYY                        MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules