**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID CHOATE HUGHES II | ) | Case No.: 25-70566 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S
OBJECTION TO DEBTOR'S SCHEDULE C**

NANCY J. GARGULA, the United States Trustee for Region 10, by Attorney James A. Salinas, and for her Objection to Debtor's Schedule C, (Doc. 15), states as follows:

1. David Choate Hughes II, ("Debtor") filed a Chapter 11 Voluntary Petition on July 10, 2025, (Doc. 1) which did not include the Official Form 106A/B & Official Form 106C ("Schedule A/B" and "Schedule C").

2. Debtor filed his original Schedule A/B & Schedule C on July 24, 2025, (Doc. 15).

3. The United States Trustee objects to the exemptions claimed on Debtor's Schedule C, pp. 32-39 in the estimated total value of $10,880.00 for personal property under 11 U.S.C. § 522(d)(3).

4. The Debtor is an Illinois resident and is required to use the Illinois exemptions in his bankruptcy case. *See* 735 ILCS 5/12-1201; 11 U.S.C. § 522(b).

WHEREFORE, the United States Trustee requests that the Court enter an order denying the exemptions claimed on Debtor's Schedule C, pp.32-39 (Doc. 15) and for any further relief as this Court deems appropriate.

Dated: August 18, 2025

Respectfully submitted,

NANCY J. GARGULA,
United States Trustee

*/s/ James A. Salinas*

James A. Salinas
Trial Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S SCHEDULE C** was served upon those parties in interest having entered their appearance electronically via the Clerk of the Court's CM/ECF system and by mailing a copy to the parties set forth below via placing a copy in a postage prepaid envelope and depositing same in a U.S. Mail depository on the 18th day of August, 2025:

David Choate Hughes II
2812 Pat Tillman Dr.
Springfield, IL 62711

*/s/ James A. Salinas*

James A. Salinas
Trial Attorney

James A. Salinas,
Trial Attorney, FL Bar No. 012587
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602
Phone: (309) 671-7182
Email: james.salinas@usdoj.gov