**IT IS SO ORDERED.**

**SIGNED THIS: September 9, 2025**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:     David Choate Hughes II                                              Case No.   25-70566

Debtor.

## ORDER

A hearing having been held September 9, 2025, on the following matters:

1) Amended Application to Employ Melissa Vorreyer as Realtor filed by David Choate Hughes II (Doc #48)

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1 | Debtor is given to September 23, 2025 to file a further corrected Verification for Ms. Vorreyer that includes a certificate of service on all parties. If not filed, amended application to employ will be denied without further notice or hearing |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###