**IT IS SO ORDERED.**

**SIGNED THIS: September 9, 2025**

*[Signature: Mary P. Gorman]*

**Mary P. Gorman**
**United States Bankruptcy Judge**

___

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | |
|---|---|---|
| In re: | David Choate Hughes II | Case No. 25-70566 |
| Debtor. | | |

### ORDER

A hearing having been held September 9, 2025, on the following matters:

1) Amended Application to Employ Melissa Vorreyer as Realtor filed by David Choate Hughes II (Doc #48)

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1 | Debtor is given to September 23, 2025 to file a further corrected Verification for Ms. Vorreyer that includes a certificate of service on all parties. If not filed, amended application to employ will be denied without further notice or hearing |

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###

United States Bankruptcy Court
Central District of Illinois

| | |
|---|---|
| In re: | Case No. 25-70566-mpg |
| David Choate Hughes II | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: davidchoatehughes@gmail.com | Sep 09 2025 19:16:00 | David Choate Hughes II, 2812 Pat Tillman Drive, Springfield, IL 62711-6410 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmet A Fairfield | on behalf of Defendant Jackson Neal efairfield@bhslaw.com arutledge@bhslaw.com |
| Emmet A Fairfield | on behalf of Defendant Blake Milner efairfield@bhslaw.com arutledge@bhslaw.com |
| Emmet A Fairfield | on behalf of Defendant Emily Grace Erwin efairfield@bhslaw.com arutledge@bhslaw.com |
| Emmet A Fairfield | on behalf of Defendant Curtis H Seal efairfield@bhslaw.com arutledge@bhslaw.com |
| James Anthony Salinas | on behalf of U.S. Trustee U.S. Trustee james.salinas@usdoj.gov |

| District/off: 0753-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Natalia Galica
    on behalf of Defendant Jackson Neal ngalica@bhslaw.com

Natalia Galica
    on behalf of Defendant Curtis H Seal ngalica@bhslaw.com

Natalia Galica
    on behalf of Defendant Blake Milner ngalica@bhslaw.com

Natalia Galica
    on behalf of Defendant Emily Grace Erwin ngalica@bhslaw.com

Thomas H Wilson
    on behalf of Creditor MIMS-IPR  LLC thw@heplerbroom.com, js7@heplerbroom.com;js9@heplerbroom.com

Thomas H Wilson
    on behalf of Defendant Mitchell Mims thw@heplerbroom.com  js7@heplerbroom.com;js9@heplerbroom.com

Thomas H Wilson
    on behalf of Creditor Mitchell Mims thw@heplerbroom.com  js7@heplerbroom.com;js9@heplerbroom.com

Thomas H Wilson
    on behalf of Defendant MIMS-IPR LLC thw@heplerbroom.com  js7@heplerbroom.com;js9@heplerbroom.com

U.S. Trustee
    USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 14