**Fill in this information to identify your case:**

Debtor 1   David Choate Hughes II
           First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number   25-70566
(If known)

**FILED**

**U.S. Bankruptcy Court**
**Central District of Illinois**

9/25/2025  3:15 PM

**Adrienne D. Atkins, Clerk**

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2812 Pat Tillman Driv  Line from *Schedule A/B*: 1 | $ 440,000.00 | ☐ $ 15,000.00  ☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 (Illinois Homestead Exemption). 11 U.S.C. § 522(b)(3) |
| Brief description: _____  Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: ____ | $_____ | ☐ $ _____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1   David Choate Hughes II
           _____
           First Name    Middle Name    Last Name

Case number (*if known*) 25-70566

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Vehicle<br>Line from *Schedule A/B*: 2 | $ 53,189.00 | ☐ $ 2,400.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c), |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**AMENDED SCHEDULE C: STATUTORY EXEMPTIONS UNDER ILLINOIS LAW**

**In re: David Choate Hughes II, Case No. 25-70566**

**DECLARATION:** The Debtor hereby elects the exemptions provided under Illinois law pursuant to 735 ILCS 5/12-1201. The total wildcard exemption available is **$4,000**. This schedule summarizes property claimed as exempt, with a detailed itemization available upon request.

### SUMMARY OF EXEMPT ASSETS

| Category of Property | Total Value | Exemption Statute | Exemption Amount Claimed | Non-Exempt Value |
|---|---|---|---|---|
| **A. Necessary Wearing Apparel** | $205.00 | 735 ILCS 5/12-1001(a) | $205.00 | $0.00 |
| **B. Household Goods** | ~$7,800.00 | 735 ILCS 5/12-1001(b) | $7,800.00 | $0.00 |
| **C. Tools of the Trade** | $440.00 | 735 ILCS 5/12-1001(d) ($1,500 cap) | $440.00 | $0.00 |
| **D. Other Property (Wildcard Assets)** | $1,610.00 | 735 ILCS 5/12-1001(b) ($4,000 cap) | $1,610.00 | $0.00 |
| **TOTALS:** | **~$10,055.00** | | **$10,055.00** | **$0.00** |

**Wildcard Exemption Application:**

- Total Wildcard Available: $4,000.00
- Value of Assets Requiring Wildcard: -$1,610.00
- **Remaining Wildcard Exemption: $2,390.00**

**DETAILED BREAKDOWN BY CATEGORY**

**A. Necessary Wearing Apparel (Fully Exempt)**

- Personal Clothing: $100.00
- Jackets & Cold Weather Gear: $50.00
- Winter Clothing: $30.00

- Old Clothing & Childhood Storage: $25.00
- **Total Value: $205.00**

**B. Household Goods (Fully Exempt)**

*This category includes all furniture, appliances, linens, basic electronics, and decor used for personal, family, or household purposes. A full itemized list has been prepared and is available for review.*

- **Total Estimated Value: ~$7,800.00**

**C. Tools of the Trade (Exempt up to $1,500)**

- Fold-out Ladder: $40.00
- Misc. Tools on Shelves: $75.00
- Toolboxes w/ Ratchets: $60.00
- Bosch Air Compressor: $60.00
- Blower, Weed Eater, Chainsaw: $75.00
- Misc. Yard Tools: $30.00
- Husqvarna Lawn Mower: $100.00
- **Total Value: $440.00** *(Fully exempt as total is below the $1,500 statutory cap)*

**D. Other Property - Covered by Wildcard Exemption**

- TaylorMade Golf Clubs: $175.00
- Glock 9mm Pistol: $250.00
- 9mm Ammo: $30.00
- Remington 30-06 Rifle w/ Scope: $350.00
- Sears .410 Shotgun: $100.00
- Remington 20ga Semi-Auto Shotgun: $250.00
- Remington 20ga Pump Shotgun: $150.00
- 20ga Ammo: $30.00
- Fake Christmas Tree: $125.00
- Bicycles (x2): $100.00

- **Total Value of Wildcard Assets: $1,610.00** *(Fully exempt as total is below the $4,000 statutory wildcard cap)*

## CONCLUSION

Based on the application of the Illinois exemption statutes to the Debtor's personal property, and using the good-faith estimated values provided, **there is $0.00 in non-exempt equity**. All listed assets are fully protected under 735 ILCS 5/12-1001.

Respectfully submitted,

**David Choate Hughes II**
Debtor, Pro Se

Date: 9/25/2025