**Fill in this information to identify your case:**

Debtor 1: David Choate Hughes II
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): ________
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Central District of Illinois

Case number (If known): 25-70566

**FILED**
**U.S. Bankruptcy Court**
**Central District of Illinois**
9/30/2025 1:34 PM
**Adrienne D. Atkins, Clerk**

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: 2812 Pat Tillman Driv<br>Line from *Schedule A/B*: 1 | $440,000.00 | ☐ $ 15,000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 (Illinois Homestead Exemption). 11 U.S.C. § 522(b)(3) |
| Brief description: Clothes<br>Line from *Schedule A/B*: 11 | $205.00 | ☐ $ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Brief description: Household Goods<br>Line from *Schedule A/B*: 6 | $4,220.00 | ☐ $ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

Debtor 1 David Choate Hughes II (First Name, Middle Name, Last Name) Case number (if known) 25-70566

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Vehicle<br>Line from *Schedule A/B*: 2 | $ 53,189.00 | ☐ $ 2,400.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c), |
| Brief description: Electronics<br>Line from *Schedule A/B*: 7 | $ 1,720.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Collectibles<br>Line from *Schedule A/B*: 8 | $ 270.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)-Wilcard |
| Brief description: Equipment for Sport<br>Line from *Schedule A/B*: 9 | $ 1,035.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b)/(c) Wildcard |
| Brief description: Firearms<br>Line from *Schedule A/B*: 10 | $ 1,160.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)-Wilcard |
| Brief description: Other<br>Line from *Schedule A/B*: 14 | $ 1,070.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)/(d)Wildcard & Tools of Trade |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

## ATTACHMENT TO SCHEDULE A/B & C

## SUMMARY OF PERSONAL PROPERTY AND CLAIMED EXEMPTIONS

Debtor: David Choate Hughes II
Case Number: 25-70566

This summary provides the total values for categories of personal property listed in Schedule A/B, supported by the itemized breakdown in the attached Schedule C. All exemptions are claimed pursuant to the Illinois Code of Civil Procedure, 735 ILCS 5/12-1001.

6. Household goods and furnishings (e.g., furniture, appliances, linens, china, kitchenware)

- Total Value on A/B: $4,220.00
- Exemption Statute: 735 ILCS 5/12-1001(b) - Household Goods
- Total Value Claimed as Exempt: $4,220.00

7. Electronics (e.g., televisions, computers, cell phones, stereo equipment)

- Total Value on A/B: $1,720.00
- Exemption Statute: 735 ILCS 5/12-1001(b) - Household Goods
- Total Value Claimed as Exempt: $1,720.00

8. Collectibles of value (e.g., artwork, collectibles, memorabilia)

- Total Value on A/B: $270.00
- Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard
- Total Value Claimed as Exempt: $270.00

9. Equipment for sports and hobbies (e.g., sports equipment, bicycles, golf clubs, tools, musical instruments)

- Total Value on A/B: $1,035.00
- Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard
- Total Value Claimed as Exempt: $1,035.00

10. Firearms (e.g., pistols, rifles, shotguns, ammunition)

- Total Value on A/B: $1,160.00
- Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard

- Total Value Claimed as Exempt: $860.00

  *(Note: $300.00 of firearms value is non-exempt due to wildcard cap being reached)*

11. Clothes (e.g., everyday clothes, furs, accessories)

- Total Value on A/B: $205.00
- Exemption Statute: 735 ILCS 5/12-1001(a) - Necessary Wearing Apparel
- Total Value Claimed as Exempt: $205.00

12. Jewelry

- Total Value on A/B: $0.00
- Exemption Statute: N/A
- Total Value Claimed as Exempt: $0.00

13. Non-farm animals

- Total Value on A/B: $0.00
- Exemption Statute: N/A
- Total Value Claimed as Exempt: $0.00

14. Any other personal and household items you did not already list (e.g., toiletries, tools of trade, miscellaneous items)

- Total Value on A/B: $1,070.00
- Exemption Statute: 735 ILCS 5/12-1001(b)/(c)/(d) - Wildcard & Tools of Trade
- Total Value Claimed as Exempt: $1,070.00

15. TOTAL VALUE OF PERSONAL PROPERTY (Sum of 6-14)

- Total Value on A/B: $9,680.00
- Total Value Claimed as Exempt: $9,380.00
- Total Non-Exempt Value: $300.00

WILDCARD EXEMPTION APPLICATION SUMMARY

- Wildcard Statute: 735 ILCS 5/12-1001(b)/(c)
- Total Wildcard Value Available: $4,000.00

- Total Wildcard Value Used: $4,000.00 (Fully Utilized)
- Applied to: Collectibles ($270), Hobby Equipment ($1,035), Firearms ($860), Other Property ($1,835)

TOOLS OF TRADE EXEMPTION SUMMARY

- Tools of Trade Statute: 735 ILCS 5/12-1001(d)
- Total Tools of Trade Value Available: $1,500.00
- Total Tools of Trade Value Used: $665.00
- Applied to: Various tools and equipment for maintenance and trade

Respectfully submitted,

David Choate Hughes II

Debtor Pro Se

2812 Pat Tillman Drive

Springfield, Illinois 62711

Date: 9/30/2025

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION**

In re:
DAVID HUGHES, Debtor.
Case No. 25-70566
Chapter 11

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I caused a true and correct copy of the foregoing **Amended Schedule C: The Property I Claim as Exempt** to be served by U.S. Mail upon the following parties:

James A. Salinas, U.S. Trustee
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602

Megan Shaw, Trial Attorney
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Mercury Card Services
PO Box 84064
Columbus, GA 31908-4064

Ally Bank
Resurgent Capital Services
Greenville, SC 29603-0368

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480-9920

Navy Federal
PO Box 3000
Merrifield, VA 22119-3000

Goldman Sachs Bank, Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Onslow Bay Financial LLC
PO Box 65250
Salt Lake City, UT 84165-0250

John Michael Cohan
PO Box 6693
Jacksonville, FL 32236-6693

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Springfield
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701-1626

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480-9187

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19170-6112

Lendsure Mortgage Corp.
c/o McCalla Raymer Leibert Pierce, LLP
1N Dearborn Suite 1200
Chicago, Illinois 60602-4337

Ally
PO Box 9222

Old Bethpage, New York 11804-9222

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Calvary SPV I, LLC as assignee of Citibank,
PO Box 4252
Greenwich, CT 06831-0405

I H Mississippi Valley Credit Union
2121 47th Street
Moline, IL 61265-3663

Respectfully submitted,

9/30/2025

David Choate Hughes II
Pro Se Debtor
2812 Pat Tillman Drive
Springfield, IL 62711
davidchoatehughes@gmail.com