**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS — SPRINGFIELD DIVISION**

In re:

DAVID CHOATE HUGHES II, Case No. 25-70566
Chapter 11
Debtor.

**FILED**
**U.S. Bankruptcy Court**
**Central District of Illinois**
9/30/2025  1:34 PM
**Adrienne D. Atkins, Clerk**

### DEBTOR'S NOTICE OF WITHDRAWAL OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND REQUEST TO CANCEL HEARING

The Debtor, David Choate Hughes II, appearing pro se, hereby files this Notice of Withdrawal of his previously filed Chapter 11 Plan of Reorganization and the related Disclosure Statement, and in support thereof states:

1. On August 18, 2025, the Debtor filed his Chapter 11 Plan of Reorganization (the "Plan") [Doc. 20].

2. On August 22, 2025, the Debtor filed his Disclosure Statement (the "Disclosure Statement") [Doc. 46].

3. On August 25, 2025, the Court entered an Order Fixing Times, Combined with Notice of Hearing on Disclosure Statement [Doc. 47] (the "Scheduling Order"), which set, among other deadlines, a hearing on approval of the Disclosure Statement for **October 7, 2025, at 9:30 a.m.**

4. On September 29, 2025, the United States Trustee filed an Objection to the Plan and Disclosure Statement [Doc. 97] (the "Objection").

5. The Debtor has reviewed the Objection carefully. While filed in good faith, the Debtor acknowledges that the Objection raises substantial and well-founded concerns regarding the adequacy of information in the Disclosure Statement and the confirmability of the Plan, as required by 11 U.S.C. §§ 1125 and 1129.

6. Specifically, the Debtor recognizes the need to provide a comprehensive liquidation analysis, greater specificity regarding the classification and treatment of claims, a more detailed and realistic timeline for asset sales contingent on pending litigation, and fuller financial disclosure to enable creditors to make an informed judgment about the Plan.

7. Rather than burden the Court and parties-in-interest with litigating the Objection or attempting a piecemeal amendment of the current filings, the Debtor has determined that the most efficient and constructive path forward is to withdraw the current Plan and Disclosure Statement.

8. This withdrawal will provide the Debtor with a **clean slate** to draft and file a comprehensive Amended Disclosure Statement and Amended Plan of Reorganization. These new documents will be crafted to directly address all the issues raised in the U.S. Trustee's Objection and will contain the requisite "adequate information," including a detailed liquidation analysis, specific treatment of all creditor classes, and a clear, feasible means of implementation.

9. Because the Plan and Disclosure Statement that are the subject of the Scheduling Order and the October 7 hearing are being withdrawn, the hearing is now moot.

**WHEREFORE,** the Debtor, David Choate Hughes II, respectfully:

A. Gives notice that he hereby withdraws the Chapter 11 Plan of Reorganization [Doc. 20] and the Disclosure Statement [Doc. 46]; and

B. **Requests that the Court cancel the hearing on the Disclosure Statement currently scheduled for October 7, 2025, at 9:30 a.m., as that hearing is now moot.**

Respectfully submitted,

David Choate Hughes II
Debtor, Pro Se
2812 Pat Tillman Drive
Springfield, IL 62711
Email: davidchoatehughes@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION**

In re:
DAVID HUGHES, Debtor.
Case No. 25-70566
Chapter 11

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I caused a true and correct copy of the foregoing **DEBTOR'S NOTICE OF WITHDRAWAL OF CHAPTER 11 PLAN AND DISCLOSURE STATEMENT AND REQUEST TO CANCEL HEARING** to be served by U.S. Mail upon the following parties:

James A. Salinas, U.S. Trustee
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602

Megan Shaw, Trial Attorney
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, IL 61602

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Mercury Card Services
PO Box 84064
Columbus, GA 31908-4064

Ally Bank
Resurgent Capital Services
Greenville, SC 29603-0368

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480-9920

Navy Federal
PO Box 3000
Merrifield, VA  22119-3000

Goldman Sachs Bank, Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Onslow Bay Financial LLC
PO Box 65250
Salt Lake City, UT 84165-0250

John Michael Cohan
PO Box 6693
Jacksonville, FL 32236-6693

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Springfield
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701-1626

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480-9187

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19170-6112

Lendsure Mortgage Corp.

c/o McCalla Raymer Leibert Pierce, LLP

1N Dearborn Suite 1200

Chicago, Illinois 60602-4337

Ally

PO Box 9222

Old Bethpage, New York 11804-9222

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Calvary SPV I, LLC as assignee of Citibank,

PO Box 4252

Greenwich, CT 06831-0405

I H Mississippi Valley Credit Union

2121 47th Street

Moline, IL 61265-3663

Respectfully submitted,

*[signature]*

9/30/2025

David Choate Hughes II
Pro Se Debtor
2812 Pat Tillman Drive
Springfield, IL 62711
davidchoatehughes@gmail.com