Form clmtext

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* David Choate Hughes II
*Debtor(s)*

*Case No.:* 25–70566

*Chapter:* 11

---

### NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) ORDER Withdrawing: (RE: related document(s)20 Chapter 11 Plan filed by Debtor David Choate Hughes II, 46 Disclosure Statement filed by Debtor David Choate Hughes II). (court, tsmi)**

Dated: 9/30/25

　　　　　　　　　　　　　　　　　　　　　　__/S/   Adrienne D. Atkins__
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.