Form cnclhrg

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:*  David Choate Hughes II
*Debtor(s)*

*Case No.:* 25–70566

*Chapter:* 11

---

## *NOTICE OF CANCELLATION OF HEARING*

*Notice is hereby provided*

The hearing scheduled for **10/7/25**, re: Disclosure Statement (doc #46) has been cancelled and will not be reset .

*Dated:* 9/30/25

　　　　　　　　　　　　　　　　　　　　　　　　　　　  /S/   Adrienne D. Atkins  
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.