Fill in this information to identify your case:

Debtor 1: David Choate Hughes II

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Central District of Illinois

Case number (if known): 25-70566

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

FILED
U.S. Bankruptcy Court
Central District of Illinois
10/23/2025  12:40 PM
Adrienne D. Atkins, Clerk

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own. Copy the value from Schedule A/B | Amount of the exemption you claim. Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2812 Pat Tillman Driv<br>Line from Schedule A/B: 1 | $440,000.00 | ☐ $15,000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 (Illinois Homestead Exemption). 11 U.S.C. § 522(b)(3) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $205.00 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $4,220.00 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. Are you claiming a homestead exemption of more than $214,000?
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 1 of 2

Debtor 1  David Choate Hughes II
           First Name   Middle Name   Last Name

Case number (if known) 25-70566

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Vehicle<br>Line from Schedule A/B: 2 | $53,189.00 | ☐ $2,400.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c), |
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $1,720.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Brief description: Collectibles<br>Line from Schedule A/B: 8 | $270.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)-Wilcard |
| Brief description: Equipment for Sport<br>Line from Schedule A/B: 9 | $1,035.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b)/(c) Wildcard |
| Brief description: Firearms<br>Line from Schedule A/B: 10 | $1,160.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)-Wilcard |
| Brief description: Other<br>Line from Schedule A/B: 14 | $1,070.00 | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001 (b)/(c)/(d)Wildcard & Tools of Trade |

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 2 of 2

## ATTACHMENT TO SCHEDULE A/B & C

## SUMMARY OF PERSONAL PROPERTY AND CLAIMED EXEMPTIONS

Debtor: David Choate Hughes II
Case Number: 25-70566

This summary provides the total values for categories of personal property listed in Schedule A/B, supported by the itemized breakdown in the attached Schedule C. All exemptions are claimed pursuant to the Illinois Code of Civil Procedure, 735 ILCS 5/12-1001.

6. Household goods and furnishings (e.g., furniture, appliances, linens, china, kitchenware)
   - Total Value on A/B: $4,220.00
   - Exemption Statute: 735 ILCS 5/12-1001(b) - Household Goods
   - Total Value Claimed as Exempt: $4,220.00

7. Electronics (e.g., televisions, computers, cell phones, stereo equipment)
   - Total Value on A/B: $1,720.00
   - Exemption Statute: 735 ILCS 5/12-1001(b) - Household Goods
   - Total Value Claimed as Exempt: $1,720.00

8. Collectibles of value (e.g., artwork, collectibles, memorabilia)
   - Total Value on A/B: $270.00
   - Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard
   - Total Value Claimed as Exempt: $270.00

9. Equipment for sports and hobbies (e.g., sports equipment, bicycles, golf clubs, tools, musical instruments)
   - Total Value on A/B: $1,035.00
   - Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard
   - Total Value Claimed as Exempt: $1,035.00

10. Firearms (e.g., pistols, rifles, shotguns, ammunition)
    - Total Value on A/B: $1,160.00
    - Exemption Statute: 735 ILCS 5/12-1001(b)/(c) - Wildcard

- Total Value Claimed as Exempt: $860.00

*(Note: $300.00 of firearms value is non-exempt due to wildcard cap being reached)*

11. Clothes (e.g., everyday clothes, furs, accessories)
    - Total Value on A/B: $205.00
    - Exemption Statute: 735 ILCS 5/12-1001(a) - Necessary Wearing Apparel
    - Total Value Claimed as Exempt: $205.00

12. Jewelry
    - Total Value on A/B: $0.00
    - Exemption Statute: N/A
    - Total Value Claimed as Exempt: $0.00

13. Non-farm animals
    - Total Value on A/B: $0.00
    - Exemption Statute: N/A
    - Total Value Claimed as Exempt: $0.00

14. Any other personal and household items you did not already list (e.g., toiletries, tools of trade, miscellaneous items)
    - Total Value on A/B: $1,070.00
    - Exemption Statute: 735 ILCS 5/12-1001(b)/(c)/(d) - Wildcard & Tools of Trade
    - Total Value Claimed as Exempt: $1,070.00

15. TOTAL VALUE OF PERSONAL PROPERTY (Sum of 6-14)
    - Total Value on A/B: $9,680.00
    - Total Value Claimed as Exempt: $9,380.00
    - Total Non-Exempt Value: $300.00

WILDCARD EXEMPTION APPLICATION SUMMARY
- Wildcard Statute: 735 ILCS 5/12-1001(b)/(c)
- Total Wildcard Value Available: $4,000.00

- Total Wildcard Value Used: $4,000.00 (Fully Utilized)
- Applied to: Collectibles ($270), Hobby Equipment ($1,035), Firearms ($860), Other Property ($1,835)

## TOOLS OF TRADE EXEMPTION SUMMARY

- Tools of Trade Statute: 735 ILCS 5/12-1001(d)
- Total Tools of Trade Value Available: $1,500.00
- Total Tools of Trade Value Used: $665.00
- Applied to: Various tools and equipment for maintenance and trade

Respectfully submitted,

*[signature]*

David Choate Hughes II

Debtor Pro Se

2812 Pat Tillman Drive

Springfield, Illinois 62711

Date: 9/30/2025

Fill in this information to identify your case:

Debtor 1  David Choate Hughes II
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number 25-70566
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /S/ David Choate Hughes II                    ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date  10/22/2025                                    Date _____
      MM / DD / YYYY                                     MM / DD / YYYY

Official Form 106Dec              Declaration About an Individual Debtor's Schedules

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

In Re:

DAVID CHOATE HUGHES II, Debtor.

Case No. 25-70566

Chapter 11

CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2025, I caused a true and correct copy of the foregoing AMENDED SCHEDULE C: THE PROPERTY I CLAIM AS EXEMPT AND THE OFFICIAL FORM 106DEC to be served by U.S. MAIL upon the following parties:

James A. Salinas, U.S. Trustee

Office of the United States Trustee

401 Main Street, Suite 1100

Peoria, IL 61602

Megan Shaw, Trial Attorney

Office of the United States Trustee

401 Main Street, Suite 1100

Peoria, IL 61602

Credit One Bank

PO Box 98873

Las Vegas, NV 89193-8873

Mercury Card Services

PO Box 84064

Columbus, GA 31908-4064

Ally Bank

Resurgent Capital Services

Greenville, SC 29603-0368

Wells Fargo Card Services

PO Box 9187

Minneapolis, MN 55480-9920

Navy Federal

PO Box 3000

Merrifield, VA 22119-3000

Goldman Sachs Bank, Lockbox 6112

PO Box 7247

Philadelphia, PA 19170-6112

Onslow Bay Financial LLC

PO Box 65250

Salt Lake City, UT 84165-0250

John Michael Cohan

PO Box 6693

Jacksonville, Florida 32236-6693

Illinois Department of Revenue

Bankruptcy Unit

PO Box 19035

Springfield, Illinois 627949035

Springfield

226 US Courthouse

600 E Monroe Street

Springfield, Illinois 62701-1626

Wells Fargo Card Services

PO Box 9187

Minneapolis, MN 55480-9187

American Express National Bank

c/o Becket and Lee LLP

PO Box 3001

Malvern, PA 19170-6112

Lendsure Mortgage Corp.

c/o McCalla Raymer Leibert Pierce, LLP

1N Dearborn Suite 1200

Chicago, Illinois 60602-4337

Ally

PO Box 9222

Old Bethpage, New York 11804-9222

Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101-7346

Calvary SPV I, LLC and assignee of Citibank,

PO Box 4252

Greenwich, CT 06831-0405

I H Mississippi Valley Credit Union

2121 47th Street

Moline, IL 61265-3663

Respectfully Submitted,

*[signature]*

10/22/2025

David Choate Hughes II

Pro Se Debtor

2812 Pat Tillman Drive

Springfield, Illinois 62711

davidchoatehughes@gmail.com