IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | |
|---|---|
| IN RE: | ) |
| | ) NO.: 25-70566 |
| DAVID CHOATE HUGHES, | ) |
| *DBA TENANT FIRST HOMES*, | ) CHAPTER 11 |
| | ) |
| Debtor. | ) JUDGE: MARY P. GORMAN |

# MOTION FOR ADEQUATE PROTECTION

NOW COMES LendSure Mortgage Corp. ("Movant") by and through its attorneys, McCalla Raymer Leibert Pierce, LLP, and requests that the Court Order Debtor in Possession to make adequate protection payments pursuant to Bankruptcy Code 11 U.S.C. Section 361 as to the property located at 2812 Pat Tillman Drive, Springfield, IL 62711 states as follows:

1. On July 10, 2025, the above captioned Chapter 11 was filed.

2. LendSure Mortgage Corp. is the holder of the first mortgage lien on the property located at 2812 Pat Tillman Drive, Springfield, IL 62711, which is Debtor in Possession's primary residence.

3. Pursuant to the Note, Debtor is obligated to make monthly mortgage payments to Movant. The Monthly Mortgage payment may include taxes, insurance and other advances made by Movant.

4. Payments on the Note are due on the first day of the month.

5. The initial Chapter 11 Plan and Disclosure Statement filed called for the sale of the property and payment in full of the lien from the sale proceeds.

6. That initial Chapter 11 Plan was withdrawn by Debtor in Possession on September 30, 2025.

7. The United States Trustee's Office has objected to the Plan (that was subsequently withdrawn) and the Disclosure Statement filed as Dkt. #46 on August 22, 2025.

8. A new Plan has not been filed.

9. Pursuant to the Disclosure Statement, Debtor will "Engage a broker/listing agent within 14 days of the Plan's approval. File a § 363 Motion to Approve Sale Procedures within 30 days of plan approval. Target sale closing within 120–150 days of plan approval".

10. Movant's interest is not adequately protected, and monthly payments have not been made.

11. Current payments are $1,906.77. The mortgage payments are due for May 1, 2025. The default to LendSure Mortgage Corp. is approximately $9,533.85 through September 30, 2025.

12. As of September 30, 2025, the total to payoff the loan is approximately $324,215.93, which includes an unpaid principal balance of $305,083.05.

13. Attorney's fees and costs for this motion are due in the amount of $1,549.00.

14. LendSure Mortgage Corp. continues to be injured each day it remains bound by the Automatic Stay while not being adequately protected.

WHEREFORE, YOUR MOVANT respectfully requests that this Court enter an Order requiring Debtor to pay as adequate protection payments the monthly Mortgage and Note obligation and granting LendSure Mortgage Corp such other and further relief as this Honorable Court deems just and proper.

                McCalla Raymer Leibert Pierce, LLP

By:    */s/ Kinnera Bhoopal*
      Kinnera Bhoopal
      Illinois Bar No. 6295897
      Attorney for Creditor
      1 N. Dearborn Suite 1200
      Chicago, IL 60602
      Phone: (312) 346-9088
      Fax: (312) 551-4400
      Email: ILpleadings@mrpllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
(SPRINGFIELD)

| | |
|---|---|
| IN RE: | ) |
| | ) NO.: 25-70566 |
| DAVID CHOATE HUGHES, | ) |
| *DBA TENANT FIRST HOMES*, | ) CHAPTER 11 |
| | ) |
| Debtor. | ) JUDGE: MARY P. GORMAN |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned Attorney, Certify that I served a copy of this Motion to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on October 23, 2025, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLP
*/s/ Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602 (312) 346-9088

## SERVICE LIST

To U.S. TRUSTEE:                                          *by Electronic Notice through*
Office Of Nancy J. Gargula U.S. Trustee                    *ECF*
401 Main St #1100
Peoria, Illinois 61602

To Debtor:
David Choate Hughes                                       *Served via U.S. Mail*
2812 Pat Tillman Drive
Springfield, IL 62711

McCalla Raymer Leibert Pierce, LLP
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088