**IT IS SO ORDERED.**

**SIGNED THIS: October 31, 2025**

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| In Re | ) | |
|---|---|---|
| | ) | Case No.   25-70566 |
| DAVID CHOATE HUGHES II, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

# O R D E R

For the reasons set forth in an Opinion (#99) and Order (#100) entered this day in the related adversary proceeding captioned *Hughes v. Mims, et al.*, and assigned case number 25-07011,

IT IS HEREBY ORDERED that relief from the automatic stay is granted *sua sponte* to all interested parties to proceed with pending litigation in the Circuit Court of Chilton County, Alabama, under assigned case number CV-2025-900132.00.

###