UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF Illinois

**FILED**
**U.S. Bankruptcy Court**
**Central District of Illinois**
11/20/2025  2:17 PM
**Adrienne D. Atkins, Clerk**

In Re. David Choate Hughes II § Case No. 25-70566
§
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2025     Petition Date: 07/10/2025

Months Pending: 4     Industry Classification: N A

Reporting Method:     Accrual Basis ☐     Cash Basis ☉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/S/ David Choate Hughes II     David Choate Hughes II
Signature of Responsible Party     Printed Name of Responsible Party

11/20/2025
Date

2812 Pat Tillman Drive Springfield, Illinois 62711
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)     1

Debtor's Name David Choate Hughes II

Case No. 25-70566

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $20 | |
| b. Total receipts (net of transfers between accounts) | $3,104 | $0 |
| c. Total disbursements (net of transfers between accounts) | $2,452 | $366 |
| d. Cash balance end of month (a+b-c) | $672 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,452 | $366 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ○  Market ○  Other ⊙ (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

2

Debtor's Name David Choate Hughes II                                   Case No. 25-70566

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) Aggregate Total | | $0 | $0 | $0 | $0 |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                       3

Debtor's Name David Choate Hughes II　　　　　　　　　　　　　　　　Case No. 25-70566

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Case 25-70566   Doc 140   Filed 11/20/25   Entered 11/20/25 16:28:24   Desc Main
Document   Page 5 of 20

Debtor's Name David Choate Hughes II                                                                                   Case No. 25-70566

| # | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | $0 | $0 | $0 | $0 |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

UST Form 11-MOR (12/01/2021)                                                5

Debtor's Name David Choate Hughes II                                              Case No. 25-70566

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                    6

Debtor's Name David Choate Hughes II                                                                 Case No. 25-70566

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                                           7

Debtor's Name David Choate Hughes II                                    Case No. 25-70566

|   | xcix |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | c |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ◯ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ | No ⦿ N/A ◯ |
| i. | Do you have:  Worker's compensation insurance? | Yes ◯ | No ⦿ |
|    | If yes, are your premiums current? | Yes ◯ | No ◯ N/A ⦿ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿ | No ◯ |
|    | If yes, are your premiums current? | Yes ⦿ | No ◯ N/A ◯ (if no, see Instructions) |
|    | General liability insurance? | Yes ◯ | No ⦿ |
|    | If yes, are your premiums current? | Yes ◯ | No ◯ N/A ⦿ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ | No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯ | No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ◯ |

UST Form 11-MOR (12/01/2021)                             8

Debtor's Name David Choate Hughes II                                      Case No. 25-70566

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $3,104 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $3,104 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $1,370 |
| g. | Living expenses | $1,358 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,727 |
| j. | Difference between total income and total expenses (d-i) | $377 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /S/ David Choate Hughes II | David Choate Hughes II |
| Signature of Responsible Party | Printed Name of Responsible Party |
| NA (Strictly An Individual Non Business Debtor) | 11/20/2025 |
| Title | Date |

UST Form 11-MOR (12/01/2021)                                   9

Debtor's Name David Choate Hughes II

Case No. 25-70566



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

10

Debtor's Name David Choate Hughes II　　　　　　　　　　　　Case No. 25-70566



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name David Choate Hughes II                                         Case No. 25-70566



UST Form 11-MOR (12/01/2021)                              12



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date 10/31/25
Primary Account  890000219653
Page 1

**34995958**

David Choate Hughes II
Debtor in Possession, Case #25-70566;
Tax
2812 Pat Tillman Dr.
Springfield, IL 62711

Account Title:    David Choate Hughes II
                  Debtor in Possession, Case #25-70566;
                  Tax

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 890000219653 | Statement Dates  10/01/25 thru 11/02/25 | |
| Previous Balance | .24 | Days in the statement period | 33 |
| 3 Deposits/Credits | 3,104.32 | Avg Daily Ledger | 238.85 |
| 22 Checks/Debits | 2,452.40 | Avg Daily Collected | 238.85 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 652.16 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/14 | POS CRE 1610 10/11/25 75597396 State Farm State Farm Bloomington    IL C#2926 | 482.87 |
| 10/24 | INTERNAL TRANSFER REQUEST | 45.00 |
| 10/27 | Account Transfer | 2,576.45 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/14 | ATM W/D 1643 10/11/25 00009071 QIKNEZ 591 | 60.00- |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft), if applicable.

©2018 Axos Bank All Rights Reserved
DEP 950 (10/18)





```
                                    Date 10/31/25        Page       2
                                    Primary Account      890000219653
```

Commercial Checking                890000219653    (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/14 | 4401 W WABASH AVE SPRINGFIELD IL C#2926<br>POS DEB 1215 10/13/25 92048748 | 88.71- |
| 10/14 | WAL SAMSCLUB #8215 002631<br>2300 W WHITE OAKS<br>SPRINGFIELD IL C#2926<br>DBT CRD 1157 10/13/25 10424455 | 25.00- |
| 10/15 | 9104 GREAT CLIPS AT WH<br>SPRINGFIELD IL C#2926<br>ATM W/D 1217 10/15/25 00002758 | 63.75- |
| 10/17 | PAI ATM<br>3001 WABASH AVE<br>SPRINGFIELD IL C#2926<br>DBT CRD 1319 10/16/25 59929660 | 102.80- |
| 10/20 | AT&T BILL PAYMENT<br>800-331-0500 TX C#2926<br>ATM W/D 1458 10/17/25 00002309 | 100.00- |
| 10/20 | QIKNEZ 592<br>4401 W WABASH AVE<br>SPRINGFIELD IL C#2926<br>POS DEB 1553 10/17/25 00912914 | 42.85- |
| 10/27 | SAMS CLUB #8215<br>2300 W WHITE OAKS<br>SPRINGFIELD IL C#2926<br>DBT CRD 0832 10/26/25 87412537 | 1.99- |
| 10/27 | GOOGLE *Google One<br>g.co/helppay CA C#2926<br>ATM W/D 1142 10/25/25 00009474 | 40.00- |
| 10/27 | QIKNEZ 591<br>4401 W WABASH AVE<br>SPRINGFIELD IL C#2926<br>ATM W/D 1106 10/27/25 00002634 | 120.00- |
| 10/27 | QIKNEZ 592<br>4401 W WABASH AVE<br>SPRINGFIELD IL C#2926<br>POS DEB 1255 10/27/25 00608602 | 323.22- |
| 10/27 | SAMS CLUB #8215<br>2300 W WHITE OAKS<br>SPRINGFIELD IL C#2926<br>DBT CRD 1148 10/25/25 02047841 | 97.39- |
|  | QIK N EZ #59 | |



Date 10/31/25      Page      3
Primary Account    890000219653

Commercial Checking          890000219653   (Continued)

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/28 | POS DEB 1310 10/28/25 81049369<br>WAL WAL-MART #1602 001712<br>3401 FREEDOM DR<br>SPRINGFIELD   IL C#2926 | 73.04- |
| 10/28 | DBT CRD 1213 10/27/25 19931861<br>HARVEST MARKET 581<br>SPRINGFIELD   IL C#2926 | 41.75- |
| 10/28 | DBT CRD 1406 10/27/25 88012053<br>SPI*AMERENIL<br>888-789-2477  MO C#2926 | 70.00- |
| 10/28 | DBT CRD 1109 10/27/25 81658870<br>AT&T BILL PAYMENT<br>800-331-0500  TX C#2926 | 93.07- |
| 10/28 | DBT CRD 1414 10/27/25 92694990<br>HEALTH ALLIANCE<br>800-8513379   IL C#2926 | 400.00- |
| 10/28 | DBT CRD 1359 10/27/25 83487993<br>CITY OF SPRINGFIELD<br>WWW.SPRINGFIE IL C#2926 | 490.33- |
| 10/29 | DBT CRD 1143 10/28/25 01863844<br>WEB*Hostgator.com<br>Hostgator.com MA C#2926 | 30.79- |
| 10/30 | DBT CRD 0306 10/29/25 92087459<br>WEB*Hostgator.com<br>Hostgator.com MA C#2926 | 30.79- |
| 10/31 | ATM W/D 1259 10/31/25 00002745<br>QIKNEZ 592<br>4401 W WABASH AVE<br>SPRINGFIELD   IL C#2926 | 100.00- |
| 10/31 | POS DEB 1332 10/31/25 00080622<br>WAL SAMSCLUB #8215 000957<br>2300 W WHITE OAKS<br>SPRINGFIELD   IL C#2926 | 56.92- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | .24 | 10/15 | 245.65 | 10/20 | .00 |
| 10/14 | 309.40 | 10/17 | 142.85 | 10/24 | 45.00 |



Date 10/31/25  Page 4
Primary Account  890000219653

Commercial Checking  890000219653  (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/27 | 2,038.85 | 10/29 | 839.87 | 10/31 | 652.16 |
| 10/28 | 870.66 | 10/30 | 809.08 | | |

*** END OF STATEMENT ***



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date 10/31/25　　　　Page　　1
Primary Account　　890000219646

**34995957**

David Choate Hughes II
Debtor in Possession, Case #25-70566;
Operating
2812 Pat Tillman Dr.
Springfield, IL 62711

| Account Title: | David Choate Hughes II Debtor in Possession, Case #25-70566; Operating | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 890000219646 | Statement Dates 10/01/25 thru 11/02/25 | |
| Previous Balance | 20.00 | Days in the statement period | 33 |
| 5 Deposits/Credits | 2,901.45 | Avg Daily Ledger | 51.59 |
| 4 Checks/Debits | 2,896.45 | Avg Daily Collected | 36.22 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 25.00 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/10 | DDA Regular Deposit | 52.73 |
| 10/21 | Wire Transfer Credit<br>VSF PRIVATE SECURITY, INC.<br>021000021<br>890000219646<br>FIRST PAYMENT<br>20251021MMQFMP2L042395<br>20251021MMQFMP9N00030510211344<br>FT03<br>20251021MMQFMP9N00030510211344<br>FT03 | 250.00 |
| 10/24 | Deposit | 11.07 |
| 10/24 | DDA Regular Deposit | 87.65 |

MEMBER FDIC　　NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)





Date 10/31/25  Page 2
Primary Account  890000219646

Commercial Checking          890000219646   (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/27 | AchBatch    ZNOC ENTERPRISES PPD 124302320000369 David Hughes New | 2,500.00 |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/15 | Account Analysis Charge | 25.00- |
| 10/22 | PAYMENT    QUARTERLY FEE WEB 041036045469529 DAVID C. HUGHES II 6RCE72TTEC1 | 250.00- |
| 10/24 | INTERNAL TRANSFER REQUEST | 45.00- |
| 10/27 | Account Transfer | 2,576.45- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 20.00 | 10/21 | 297.73 | 10/27 | 25.00 |
| 10/10 | 72.73 | 10/22 | 47.73 | | |
| 10/15 | 47.73 | 10/24 | 101.45 | | |

*** END OF STATEMENT ***