**IT IS SO ORDERED.**

**SIGNED THIS: December 1, 2025**

*[signature: Mary P. Gorman]*

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    David Choate Hughes II                                  Case No.   25-70566

Debtor.

### ORDER

The following having been filed:

1) Creditor Seiler-Tucker, Inc.'s Motion for Clarification or Reconsideration of Order (Doc #146)

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| 1 | Debtor is given until December 22, 2025 to file a response. Matter to be taken under advisement thereafter. |

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###