**IT IS SO ORDERED.**

**SIGNED THIS: January 28, 2026**

*[signature]*

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | DAVID CHOATE HUGHES II, | Case No. | 25-70566 |
| | Debtor. | Chapter 11 | |

### **ORDER**

The following having been filed:

1) Non-Debtor Property Owner's Limited Appearance, Objection to Motion to Convert, and Reservation of Rights (#183) filed by John Michael Cohan

IT IS ORDERED THAT:

<u>Matter</u>  <u>Action</u>

1. On or before February 6, 2026, John Michael Cohan shall file a complete copy of the case cited in his Objection to Motion to Convert (#183) as *In re Troutman*, 630 B.R. 885, 890 (Bankr. W.D. Pa. 2021) with the relevant language highlighted or otherwise marked for the Court's reference.

    Failure to comply with this Order will result in the Objection being stricken.

###