FILED
U.S. Bankruptcy Court
Central District of Illinois
2/3/26 12:11 pm
Adrienne D. Atkins, Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
In re: David Choate Hughes II, Debtor.
Case No. 25-70566

# NOTICE OF PROTECTED PERSON

John Michael Cohan, upon special appearance, respectfully submits this Notice of Protected Person and states as follows:

1. Introduction / Background

I am a participant in ongoing proceedings in related jurisdictions. I have been subjected to retaliatory actions, procedural irregularities, and interference with my legal and personal rights. My objective is to preserve the integrity of the record, protect my personal and legal interests, and ensure due process.

2. Recitation of Cross-Jurisdictional Events Demonstrating Pattern and Coordination

<u>Florida Corporate Bankruptcy Proceedings</u>

- Demand letters and an adversary complaint were issued within days of my assertion of personal claims against Warren Law Group and Velanos.

- The Chapter 7 Trustee issued a cease-and-desist email within hours of my personal claims assertion, despite those claims being expressly non-estate.

- Adversary proceedings were filed before review of underlying bank records, as later admitted by the Florida Chapter 7 Trustee.

- Procedural default judgments were pursued during periods where I lacked counsel and access to capital.

- Violations of a valid restraining order were knowingly allowed during a § 341 meeting presided over by the Florida United States Trustee.

- The official § 341 audio record was allegedly spliced or altered to conceal the occurrence of that restraining order violation, raising serious concerns regarding evidence integrity and obstruction by a United States Trustee. (1:25-CV-02009)

<u>Alabama State & Federal Court Proceedings</u>

- Asset-freeze and stay orders were entered on December 29, 2025, and modified by and order on January 5, 2026.

- The modification imposed a 30-day response obligation on an unrepresented party whose assets remained frozen.

- The timing of these orders coincided with imminent federal bankruptcy actions from this federal forum potentially affecting protected person's related property interests.

- Subsequent federal hearings were conveniently scheduled five (5) days after the expiration of the state-court response period.

- In Alabama matter 2:25-CV-00742, a *pre*-petition ex parte meeting with the judiciary was explicitly disclosed in my filings and admitted in writing to a federal court by one of the participants of the *pre*-petition ex parte meeting and a relevant entity in this matter. In this matter, opposing parties stated they did not know the author of a document filed by the party themselves. Later, that meeting is conspicuously absent from both the magistrate judge's recommendations and opposing counsel's motion to dismiss, despite its direct relevance and repeated notice, suggesting deliberate avoidance of a recognized due process violation. Thankfully, the District Judge ordered the opposing counsel to respond to the allegations, whereby they referred to the meeting as "irregular conduct preceding a judicial proceeding" in other words, a "*pre*-petition ex parte meeting." (2:25-CV-00742, Doc. 79, Section II.) In underlying Alabama state matter, MIMS-IPR LLC defines a "*pre*-petition ex parte meeting" as an emergency request to secure assets or protect individuals immediately before a lawsuit is filed, underscoring both its substantive nature and procedural impropriety (*Chilton County, Alabama*, 4-CV-2025-900132.00, Doc. 180) Notably, in the underlying Alabama state case, MIMS-IPR LLC has offered shifting descriptions of the same encounter, variously calling it an "emergency request to secure assets," a "*pre*-petition ex parte meeting," and a "court action requested before filing." Long story short: the meeting occurred before litigation commenced, was never noticed or docketed in the probate case, and came to light only because Mitchell Mims referenced it in a pro se protective order filing on behalf of a corporation another court—confirming its secretive, one-sided, and procedurally improper character.

Illinois Bankruptcy Conversion Timing

- The United States Trustee filed a motion to convert three (3) days after the January 5, 2026 state-court order.

- Prior to this filing, the United States Trustee had indicated no objection to voluntary dismissal.

- The conversion versus dismissal hearing is scheduled in close temporal proximity to state-court deadlines affecting property control.

- The proposed conversion would materially impair non-debtor property interests before ownership can be adjudicated in the proper forum.

<u>Pattern Indicators Across Jurisdictions</u>

- Repeated adverse actions following protected filings.

- Procedural steps taken during periods of asset restraint and lack of counsel.

- Cross-referencing parties, claims, and timing across Illinois, Florida and Alabama.

- Actions that would delay or prevent access to resources necessary to retain counsel.

- Escalation following successful filings or enforcement efforts by me.

3. Legal Basis for Protection

- 18 U.S.C. § 1512 – prohibits intimidation, threats, and retaliation.
- 18 U.S.C. § 1519 – prohibits falsification or destruction of records.
- 18 U.S.C. § 1503 – prohibits obstruction of justice.
- 11 U.S.C. §§ 362, 548 – protects participants' rights in bankruptcy proceedings.
- 28 U.S.C. § 1651 – grants the Court inherent authority to preserve integrity of proceedings.
- FRCP 11 / 28 U.S.C. § 1927 – addresses bad-faith filings, frivolous claims, or harassment.
- Alabama Statutes (Ala. Code §§ 13A 10 102, 13A 10 90, 13A 10 130) – protects against interference with victims, witnesses, and justice.
- Florida Statutes (§§ 836.10, 784.048, 914.22) – protects against interference, intimidation, or retaliation against victims, witnesses, and participants in legal proceedings.
- Illinois Statutes (720 ILCS 5/12 7.1; 5/32 2; 5/32 4) – protects against interference with victims, witnesses, and participants in justice proceedings.
- Constitutional Protections (U.S. Const. amends. I, IV, V, XIV) – safeguard non-debtor property interests, guarantee due process and equal protection, and prohibit government interference with lawful rights and filings.

4. Notice and Inquiry Regarding the Record

Notice of Status: The undersigned party hereby provides notice to the Court and all parties of their status as a protected person under the United States Constitution and applicable statutes.

Relevance to Instant Proceedings: This status is directly material to the instant action and the underlying bankruptcy proceedings (3:24-bk-00496, 3:25-ap-00011) referenced throughout the filings in this matter. The core issue presented involves the integrity of the judicial record itself, where evidence of alleged criminal acts and the victim's invocation of rights were purportedly removed. (1:25-cv-2009)

Formal Inquiry: The undersigned respectfully brings to the Court's attention a foundational question necessary for the fair administration of these proceedings. In the referenced action, the U.S. Trustee's office did not contest the allegation that the record was altered, but argued such alteration was "immaterial." (1:25-cv-2009, *Duplicative* Docs. 51 & 52 at 22-23)

Therefore, the undersigned respectfully inquires: How can evidence of a crime and the subsequent erasure of the victim's invocation of rights from a judicial record be deemed immaterial in any proceeding governed by due process?

This question goes to the heart of jurisdictional facts, fraud upon the court, and the integrity of the proceedings that form the basis for the current action.

Purpose of Filing: This filing serves to (a) formally notice the Court of the party's protected status, and (b) seek clarification on the legal standard of materiality applied in the related matter, as it is essential to determining the validity of the public record upon which these proceedings rely.

Dated: 02-03-2026

Respectfully submitted in good faith,

*[signature]*

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

## Certificate of Service

I hereby certify that all related parties have been duly served a copy of the following documents by U.S. Mail and/or email.



iustusprocessus@outlook.com

| | |
|---|---|
| **From:** | Asbrand, Justin <JAsbrand@coj.net> |
| **Sent:** | Wednesday, November 19, 2025 1:44 PM |
| **To:** | Debitus Processus |
| **Subject:** | RE: Following Up >> Warrant Status - JSO Report 25-471040 |

Good afternoon,

I just wanted to let you know that Judge Charbula signed the warrant on 11/10/25 and that it is active right now.

Thanks



**Justin Asbrand**
Assistant State Attorney
**State Attorney's Office**, 4th Circuit
311 W. Monroe St. – Jacksonville, FL 32202
O: (904) 255-2782
**PURSUE JUSTICE ALWAYS**



**From:** Debitus Processus <iustusprocessus@outlook.com>
**Sent:** Monday, November 17, 2025 12:08 PM
**To:** Asbrand, Justin <JAsbrand@coj.net>
**Subject:** RE: Following Up >> Warrant Status - JSO Report 25-471040

**EXTERNAL EMAIL:** This email originated from a non-COJ email address. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr. Asbrand,

Understood. I will await your confirmation regarding the system. Also, if it's any help to law enforcement, the last known jurisdiction she was in is Philadelphia, Pennsylvania. (See attached)

Thank you.

John Michael Cohan

**From:** Asbrand, Justin <JAsbrand@coj.net>
**Sent:** Monday, November 17, 2025 11:31 AM
**To:** Debitus Processus <iustusprocessus@outlook.com>
**Subject:** RE: Following Up >> Warrant Status - JSO Report 25-471040

Good morning,

1

# Jacksonville Sheriff's Office
## Incident (Offense)
### 2025-0471040

**Sheriff T.K. Waters**

## Route To
Groups:
People:

## Incident Information
**Incident Location**
1425 CHAFFEE RD S
JACKSONVILLE, FL 32221
Sub-sector: T2   TAZ: 544
Location Type: ONLINE
Primary Weapon Used: THREAT / INTIMIDATION
School Name:
Incident Occurred: Outside Location   Incident Occurred In the Parking Lot at this Location?: NO

Day/Date/Time Reported: Saturday, 08/16/2025 09:19
Day/Date/Time Incident From: Friday, 08/15/2025 17:28   To: Friday, 08/15/2025 17:28
Is this a Corrections Information Report?: NO

School Number:

**Miscellaneous**
Drug Activity: NOT APPLICABLE   Drug Type: NOT APPLICABLE
MCI Case: YES   Follow-up By: Patrol
Was Hate Crime Involved?: NO   Dating Violence Involved?: NO   Is Offense(s) Related to Domestic Violence?: NO
If not Domestic Violence, Is it Domestic Related?: NO   Any Children under 18 Involved as a Victim?: NO

# of Offenses: 1
# of Victims: 1
# of Suspects: 1

**NIBIN Leads**

**Associated CCR Numbers**

## Offense(s)
#1   Statute #: 741.31(4)(A)   Degree: M1   UCR Code: 9000   Attempt Code: Committed
VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE
Criminal Activity Type:

## Victim #1 - COHAN, JOHN MICHAEL
Did victim invoke right to prevent the disclosure of personal info (Marsy's Law)?: NO

**Demographics**
Race: WHITE   Sex: MALE   Date of Birth: 07/05/1989
Ethnicity: NOT OF HISPANIC ORIGIN
Primary Language: English   Secondary Language: NOT APPLICABLE
Age: 36   Height (inches): 5'10"   Weight (lbs): 170
Hair Style: NAPPY / UNKEMPT   Hair Color: BROWN   Hair Length: LONG
Build: THIN   Eye Color: BLUE   Facial Hair: BEARD
Complexion: PALE   Voice: NORMAL
Clothing/Description:

**Contact Information**
Home Phone #:   Bus. Phone #:   Ext.:   Alt. Phone #:
Cell Phone #: (516) 547-2810   Cell Phone Provider:
Email Address:

**Primary Identification**
Type of ID Given: DRIVERS LICENSE   ID: C500█████████   Issuing State: FLORIDA
Home Address   Mailing Address   Alternate Address
███ LIMERICK DR
JACKSONVILLE, FL █████
Sub-sector: T4   TAZ: 456

**Employment/School**
Employer: UK   Occupation: UK
School Last Attended:

**Alternate Contact Information**
Home Phone #:   Bus. Phone #:   Ext.:
Cell Phone #:   Cell Phone Provider:
Email Address:

**Other Information**
Residence Type: CITY   Residence Status: RESIDENT

**EXHIBIT B**

## Incident (Offense)  2025-0471040 (Continued)

Drugs Involved?: **NO**   Alcohol Involved?: **NO**   Computer Involved?: **NO**   Mode of Travel: **FOOT**
Victim Type: **ADULT**   Injury Extent: **NONE**   Injury Type: **NOT APPLICABLE**
Hospital Victim Taken To: **NOT APPLICABLE**   Sexual Battery Type:

### Life Saving Measures
Used?: **NO**   Type:    Narcan Administered By:    Narcan Outcome:

### Weapon(s) Involved
Weapon(s): **THREAT / INTIMIDATION**

### Victim Relationship to Offender(s):
Relationship: **CHILD IN COMMON**   To: **Suspect (01) - FREEDOM, PEACE M**

### Related Offenses
<unset>

---

## Suspect #1 - FREEDOM, PEACE M

### Demographics
Race: **BLACK**   Sex: **FEMALE**   Date of Birth: **01/15/1993**
Ethnicity: **UNKNOWN**
Primary Language: **English**   Secondary Language: **NOT APPLICABLE**
Age: **32**   Height (inches): **5'05" to 5'06"**   Weight (lbs): **130 to 140**
Hair Style:    Hair Color: **BLACK**   Hair Length:
Build:    Eye Color: **BROWN**   Facial Hair:
Complexion: **DARK**   Voice: **UNKNOWN**
Clothing/Description: **UK**
Place of Birth: **UNKNOWN, UNKNOWN**
Nicknames:
Aliases: **PEACE EKUTA**

### Distinguishing Marks (Scars, Marks, and Tattoos)

### Contact Information
Home Phone #:    Bus. Phone #:    Ext.:    Alt. Phone #:
Cell Phone #: **UK**   Cell Phone Provider:
Email Address:

### Primary Identification
Type of ID Given: **DRIVERS LICENSE**   ID: **204▮▮▮▮**   Issuing State: **DELAWARE**

**Home Address**    **Mailing Address**    **Alternate Address**

### Employment/School
Employer: **UK**    Occupation: **UK**
School Last Attended:

### CEW (Conducted Electric Weapon)
ECD Usage:
RTR Written Related to This Incident?: **NO**   RTR Incident Year:    RTR Incident #:

### Other Information
Drugs Involved?: **UNKNOWN**   Alcohol Involved?: **UNKNOWN**   Computer Involved?: **UNKNOWN**
Mode of Travel: **UNKNOWN**   Juvenile?: **UNKNOWN**   Confessed?: **NO**
Arrested?: **At Large**   Were Miranda Rights Given?: **NO**   Jail # Type: **NA**   Jail Booking #:

### Related Offenses
<unset>

### Life Saving Measures
Used?: **NO**   Type:    Narcan Administered By:    Narcan Outcome:

---

## Property #1 - Documents/ Personal or Business
Quantity: **1**   Status: **NONE**
Turned in at: **NOT APPLICABLE**
Manufacturer:    Model:
Serial Number:    Color:
Description: **Copies of screenshots, injunction, and miscellaneous documents**
Related Charge: **#01: 741.31(4)(A) - VIOLATION OF INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE**
Value Stolen or Damaged:    Value Recovered:    Victim/Complaint Signed Signature Card: **N/A**
Was Property Recovered From Vehicle?: **NO**   Vehicle Property Recovered From:
Property Owner:

**JACKSONVILLE SHERIFF'S OFFICE**
Bus. Contact Name: **P.T. BURKE ( #81350 )**   Bus. Contact Phone #: **(904) 630-0500**   Ext.:

**EXHIBIT B**

**Incident (Offense)   2025-0471040 (Continued)**

**Received From:**
Victim (01) - COHAN, JOHN MICHAEL

## Additional Information

On 08/16/2025 at 0954, I responded to the Chaffee Public Library (1425 Chaffee Rd S) in reference to written threats to kill (CCR #25-471040) and a violation of injunction (this CCR). Upon arrival, I made contact with the victim, Mr. Cohan.

Note: Cohan and the suspect (Peace Freedom) were in an intimate relationship for 10 years and share a child ▮▮▮▮ together. Cohan has a foreign (New Jersey) injunction (#FV-04-002494-22), which has been entered into Florida (#16-2025-AO-156901-FXXX-MA).

Cohan advised that on 04/09/2024 and 04/17/2024, Freedom telephonically (voice only) called in to his company's Federal Bankruptcy 341 hearing, knowing the injunction has been active since 03/03/2022. Cohan stated Freedom was not invited to the hearing, nor was she a part of the company. However, the hearing details were publicly available and the Federal Trustee (Mr. Bonkamp) allowed Freedom to remain in the hearing and to speak during the hearing and ask questions. According to Cohan, Bonkamp was notified of the active injunction and still allowed Freedom to remain. Cohan stated Freedom never identified herself by her real name and he did not see her, but due to their long shared history he recognized her voice immediately.

When speaking to Sgt. P. Yarber #5134, Cohan advised during the bankruptcy hearings Freedom spoke directly to him.

Cohan also provided a typed "Affidavit to Witness Statement" from a Mr. Hughes, who corroborates his account of the violation of injunction during the bankruptcy hearings.

Cohan further advised that between 05/2025-06/29/2025, Freedom "poked" him on Pi KSY cryptocurrency app, which sends him notifications to "keep mining" for cryptocurrency. The app allows users in the same crypto mining circle to send fellow miners reminders to continue mining, but no actual talking/ typing occurs. Cohan advised he was unable to remove Freedom from his group and he did not leave the group because he would lose all of his money/ crypto if he did.

It should be noted, Freedom's current location and contact information is unknown. Freedom's last police contact was in 2024 in Virginia, and her most recent driver's license is out of Delaware.

Because Cohan can reasonably identify Freedom's voice due to their history, Probable Cause exists to seek an arrest warrant for Freedom for violating the injunction.

The copies of the provided documents (property 1) were placed in the property room.

Case not cleared. Pending SAO disposition.

## Additional Question(s)

**Body Worn Camera Footage**

| # | Question | Answer |
|---|---|---|
| 01 | Is there Body Worn Camera (BWC) footage for incident?: | YES |

**Risk Protection Order**

| # | Question | Answer |
|---|---|---|
| 01 | Subject poses a significant danger of causing personal injury to himself/herself or others: | NO |
| 02 | Subject owns, has care, custody or control of, or has the ability to purchase, possess, or receive firearm(s) and/or ammunition: | |
| 03 | Subject was involved in a recent act or threat of violence against himself/herself or others, whether or not such violence involved a firearm: | |
| 04 | Subject has made a threat of violence in the past 12 months against himself/herself or others: | |
| 05 | Subject is seriously mentally ill or has recurring mental health issues: | |
| 06 | Subject was a respondent of, or violated, a previous/existing injunction related to domestic, dating, sexual, or repeat violence and/or stalking: | |
| 07 | The subject has previously been issued an RPO: | |
| 08 | Subject has previously violated the provisions of an RPO: | |
| 09 | Subject has been convicted of, had adjudication withheld on, or pled nolo contendere to, a crime constituting domestic violence in any state: | |
| 10 | Subject has used, or threatened to use, against himself/herself or others, any weapons or physical force: | |
| 11 | Subject has unlawfully or recklessly used, displayed, or brandished a firearm: | |
| 12 | Subject has stalked another person: | |
| 13 | Subject has been arrested for, convicted of, had adjudication withheld, or pled nolo contendere to a crime or threat of violence in any other state: | |
| 14 | Is evidence to demonstrate the abuse of controlled substances or alcohol by the subject: | |
| 15 | Is evidence to demonstrate the subject has recently acquired firearm(s) or ammunition: | |
| 16 | Is there any other relevant information provided by a family/household member concerning the subject. (If yes, place information into the narrative): | |

**Investigative Resource Use**

EXHIBIT B

**Incident (Offense) 2025-0471040 (Continued)**

| # | | |
|---|---|---|
| 1 | Use of LPR assisted in investigation?: | NO |
| 2 | Use of NIBN assisted in investigation?: | NO |
| 3 | Use of RTCC assisted in investigation?: | NO |

## Misc Information

Clearance Status: **CASE NOT CLEARED**        Clearance Code: **NOT APPLICABLE**     Date Case Was Cleared:
Case Not Cleared Type: **PENDING STATE ATTORNEY'S OFFICE DISP?**       Number of Cases Cleared:
Is there additional information included on a continuation report?: **NO**        Are there other Pertinent Reports?: **NO**
Did this incident qualify as a "Cargo Theft"?:
Is this a "TeleServ" report?: **NO**       Was victim provided options to obtain rights card?:
Option provided to victim?:
In your opinion is there significant reason to believe that the crime can be solved by a patrol follow-up investigation?:
Neighborhood Canvass Conducted?:

**Case Card Information Left with:** Person
 Victim (01) - COHAN, JOHN MICHAEL

**Handouts**
 #1:   Case information Card

**Bias Motivation(s)**

## Investigation Time #1

Hour(s): **03**        Minute(s): **00**        Cost Amount: **$144.72**

## Signature

**Signature(s)**

| | | | |
|---|---|---|---|
| Reporting Officer #1: | **P.T. BURKE ( #81350 )** | Division: **PATROL** | Section/Unit: **ZONE 5** |
| Reporting Officer #2: | **N/A** | Division: | Section/Unit: |
| Report submitted on: | **08/16/2025 11:59** | | |
| Report Reviewer: | **P.G. YARBER II ( #5134 )** | Status: **Approved** | |
| Report approved on: | **08/16/2025 17:11** | | |

EXHIBIT B

300 North Hogan St
Suite 3-150
Jacksonville, FL 32202

Filing Request for Protective Order for Mitchell Mims of MIMS-IPR, LLC from David Hughes, John Michael Cohan, Caleb Davis, Zoomeral, Genie Investments and ALL entities associated thereof.

March 23, 2025

Honorable Judge Burgess,





After meeting with the Probate Judge for Chilton County, Jason Calhoun, Judge Calhoun



If I can be of any assistance at all, please do not hesitate in contacting me at mimsipr92@gmail.com and/or 205-245-4143. My mailing address is 1627 7th St S Clanton, AL 35045.

Thank you for your time and consideration,

Mitchell Mims
MIMS-IPR, LLC

# THE PROBATE COURT OF CHILTON COUNTY, ALABAMA

IN RE: THE ESTATE OF )
)
MIMS-IPR, LLC, )   CASE NO. 2025-077
)
Deceased. )

## NOTICE OF DATE SET FOR HEARING

A Hearing on the Merits of the Petition To Remove Recorded Documents has been set for Thursday, June 12, 2025 at 3:00 p.m. in the Probate Court of the Chilton County Courthouse (main floor) located at 500 2nd Avenue North, Clanton, Alabama 35045.

DONE AND ORDERED this the 8th day of May, 2025.

_____
Chilton County Judge of Probate

Copy To:

Clay Maddox, Esq., Clanton, Alabama
Genie Investments, LLC, P O Box 60443, Jacksonville, Florida  32236

FILED  5-8-  20 25
Jason L. Calhoun
Judge of Probate
Chilton County Alabama

IN THE PROBATE COURT OF CHILTON COUNTY, ALABAMA

IN THE MATTER OF )
MIMS-IPR, LLC, )  CASE NO. 2025-077
    An incapacitated person )

---

**PETITION TO REMOVE RECORDED DOCUMENT**

---

TO THE HONORABLE JASON L. CALHOUN, JUDGE OF PROBATE:

COMES NOW, Mitchell Mims as Managing Member of Mims-IPR, LLC, the petitioner herein, and respectfully shows unto the court the following facts:

1. A purported "Deed of Transfer" was filed by Genie Investments, LLC with the Probate Office of Chilton County, Alabama on March 11, 2025, and recorded in Book 2025, Page 266102 (See Exhibit 'A');

2. Said "Deed of Transfer" purported to transfer ownership of twelve (12) properties from Petitioner to Genie Investments, LLC;



WHEREFORE, the petitioner prays that the Court will set the petition for hearing and upon a hearing will remove the "Deed of Transfer" from the records of the Probate Court of Chilton County, Alabama.

/s/ J. Clay Maddox
J. Clay Maddox (MAD037)
Attorney for Petitioner
J. Clay Maddox, LLC
409 Lay Dam Road,
Clanton, AL 35045
(205) 755-1975

**SERVE RESPONDENTS BY CERTIFIED MAIL:**

Genie Investments, LLC
PO Box 60443
Jacksonville, FL 32236

STATE OF ALABAMA, CHILTON COUNTY
I hereby certify that within_____
was filed in the Probate Court for record
5/8/ 20 25 and record it
_____ Record
_____ page
and examined_____ /s/ Jason L. Calhoun
JASON L. CALHOUN
Judge of Probate



Protected Person's Maternal Grandfather, John M. Conroy, NYS Attorney Registration #: 1379585, Deceased



Protected Person's Maternal Great-Grandfather, Honorable Judge John Francis Conroy, NYS Attorney Registration #: 1316603, Deceased