**IT IS SO ORDERED.**

**SIGNED THIS: February 6, 2026**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    David Choate Hughes                                              Case No.    25-70566

Debtor.

## ORDER

The following having been filed:

1) Motion to Continue Hearing on Motion for Voluntary Dismissal and Motion to Convert filed by Debtor David Choate Hughes (Doc #188)

IT IS ORDERED THAT:

| Matter | Action |
|--------|--------|
| 1 | Motion is Denied. |

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.
###