IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**FILED**
U.S. Bankruptcy Court
Central District of Illinois
2/24/2026  2:53 PM
Adrienne D. Atkins, Clerk

In re:

DAVID HUGHES,

Debtor.

Case No. 25-70566
Chapter 7

### DEBTOR'S MOTION FOR BRIEF EXTENSION OF TIME

NOW COMES the Debtor, David Hughes, pro se, and respectfully moves this Honorable Court for a brief extension of time of seven (7) days to file the required post-conversion documents pursuant to the Court's Order entered February 10, 2026. In support thereof, Debtor states:

1. On February 10, 2026, this case was converted from Chapter 11 to Chapter 7.

2. Pursuant to the Court's Order, Debtor was required to file within fourteen (14) days:

    - List of post-petition debts
    - List of post-petition property
    - Declaration/verification
    - Chapter 7 statement of monthly income
    - Expanded potential creditor matrix, including all parties derivative of separate BK litigation.

3. The deadline for filing these documents is February 24, 2026.

4. Debtor has been working diligently to compile complete and accurate information.

5. In order to ensure the filings are accurate, complete, and fully compliant with the Bankruptcy Code and Rules, Debtor requires additional time.

6. It is not possible to complete the required documents in an accurate and responsible manner by today's deadline.

7. Debtor respectfully requests a brief extension of seven (7) days, up to and including March 3, 2026, to file the required documents.

8. This request is made in good faith and not for purposes of delay. The quantity of information I have to put together is extensive and has to be double-checked for accuracy.

In addition, I have had to deal with a few health concerns this past week that should be behind me now.

9. I have notified the US Trustee and the Chapter 7 Trustee. The Chapter 7 Trustee has no objection to the brief additional time request. Exhibit A

WHEREFORE, Debtor respectfully requests that this Court enter an Order granting a seven (7) day extension of time to file the required post-conversion documents.

Respectfully submitted this 24th day of February 2026,

/s/ David Hughes
2812 Pat Tillman Drive
Springfield, Illinois 62711
davidchoatehughes@gmail.com

(217) 416 - 5059
Pro Se Debtor

**EXHIBIT A**

**EXHIBIT A**



David Choate <davidchoatehughes@gmail.com>

## Motion for Brief Extension of Time

**Robert E. Eggmann** <ree@carmodymacdonald.com>   Tue, Feb 24, 2026 at 2:07 PM
To: David Choate <davidchoatehughes@gmail.com>, "Salinas, James (USTP)" <james.salinas@usdoj.gov>

The trustee has no objection.



**Robert E. Eggmann**
Principal • Carmody MacDonald P.C.

Link to Bio

120 S. Central Ave., Ste. 1800
St. Louis, Missouri 63105
**Main**: 314.854.8600 | **Direct**: 314.854.8638
**Email**: ree@carmodymacdonald.com

www.carmodymacdonald.com

Member of MERITAS Law Firms Worldwide

Carmody MacDonald prohibits receipt of ZIP file attachments. Transmission of ZIP files will be rejected without delivery confirmation, and such files shall not be deemed received.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** David Choate <davidchoatehughes@gmail.com>
**Sent:** Tuesday, February 24, 2026 1:52:53 PM
**To:** Salinas, James (USTP) <james.salinas@usdoj.gov>
**Cc:** Robert E. Eggmann <ree@carmodymacdonald.com>
**Subject:** Motion for Brief Extension of Time

[Quoted text hidden]

## CERTIFICATE OF SERVICE

I, David Hughes, hereby certify that on February 24, 2026, I caused a true and correct copy of the foregoing *Debtor's Motion for Brief Extension of Time* to be served as follows:

- By filing the same through the Court's CM/ECF system, which will send electronic notice to:
    - The Office of the United States Trustee
    - The duly appointed Chapter 7 Trustee
- To the extent any party is not a registered CM/ECF participant, service was made by electronic mail or U.S. Mail, first class, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

David Hughes
2812 Pat Tillman Drive
Springfield, Illinois 62711