**IT IS SO ORDERED.**

**SIGNED THIS: February 24, 2026**

*[signature: Mary P. Gorman]*

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:   David Choate Hughes II                               Case No.   25-70566

Debtor.

## ORDER

The following having been filed:

1) Debtor's Motion to Extend Time to File Chapter 7 Documents (Doc #215).

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1 | Allowed.  Debtor is given to March 3, 2026 to file the following:<br>• List of Post Petition Debts with Declaration/Verification and Proof of Service to added creditors.<br>• List of Post Petition Property with Declaration/Verification.<br>• Declaration/Verification Concerning List of Post Petition Debts/Property<br>• Ch 7 Statement of Your Current Monthly Income (Official Form 122A−1). |

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###