**IT IS SO ORDERED.**

**SIGNED THIS: April 9, 2026**

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S AMENDED MOTION FOR AUTHORITY TO SELL REAL PROPERTY LOCATED AT 2812 PAT TILLMAN DRIVE, SPRINGFIELD, ILLINOIS, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, PURSUANT TO 11 U.S.C. § 363**

The *Trustee's Amended Motion for Authority to Sell Real Property Located at 2812 Pat Tillman Drive, Springfield, Illinois, Free and Clear of All Liens, Claims, and Encumbrances, Pursuant to 11 U.S.C. § 363* ("Motion to Sell") filed by Robert E. Eggmann ("Trustee"), chapter 7 trustee for David Choate Hughes, II, seeking authority to sell the real property located at 2812 Pat Tillman Drive, Springfield, Illinois (the "Residence") to Bradley A. Wilson (the "Purchaser"), coming on to be heard, and this Court, having reviewed and considered the same FINDS:

1.      Notice of the Trustee's Amended Motion to Sell the Residence to Purchaser has been provided to all parties in interest, and no objections or responses have been made thereto.

2.      Trustee's Amended Motion to Sell the Residence to Purchaser for $726,000.00 should be granted, and the Sale Contract and Addendum attached as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively, to Trustee's Amended Motion to Sell should be approved.

3.      Trustee should be authorized to use the proceeds of sale, at closing, to pay the secured debt of LendSure Mortgage Corporation ("LendSure"). Trustee should also be authorized to use the proceeds of sale to pay any approved Realtor commission, and customary and ordinary closing costs and expenses.

4.      Purchaser should be considered a purchaser in good faith within the meaning of 11 U.S.C. §363(m), and the 14-day stay imposed by Fed.R.Bankr.P. 6004(h) should be waived.

5.      Trustee should be authorized to execute all documents necessary to effectuate transfer of the Residence to Purchaser at closing upon payment of the Sale Price.

6.      This Order should enter.

IT IS THEREFORE ORDERED:

A.      Trustee's Amended Motion to Sell pursuant to 11 U.S.C. §363(b) for sale of the property located at 2812 Pat Tillman Drive, Springfield, Illinois to Bradley A. Wilson in AS-IS condition, with the exception of those necessary repairs/replacements to the roof and pool equipment at the Residence to the extent of applicable insurance coverage, for $726,000.00 is GRANTED and the Sale Contract attached to Trustee's Motion to Sell is APPROVED.

B.      At closing, Trustee is authorized to provide Bradley A. Wilson with an additional $5,000.00 credit in lieu of making the repairs requested in the attached Addendum to Contract to Purchase (the "Repair Addendum") submitted as per Paragraph 14 of the Contract to Purchase Real Estate and the Buyer's Inspection Addendum to the Contract to Purchase Real Estate.

C.      At closing, and upon payment of the approved sale price, Trustee is authorized to convey the Residence to Purchaser through Trustee's Deed, who shall be considered a purchaser in good faith pursuant to 11 U.S.C. § 363(m).

D.      At closing, and from the proceeds of sale, Trustee is authorized to pay to LendSure the amount of its secured debt in exchange for the release of its mortgage lien.

E.      Trustee is authorized to use the proceeds of sale, at closing, to pay any approved commission owed to Realtor (if a separate Application for Compensation for Realtor Gina Wolter and The Real Estate Group is also approved);

2

F.      Trustee is further authorized to use the sale proceeds, at closing, to pay all ordinary and customary closing costs and expenses typically paid by a seller, including prorated real estate taxes, closing costs, title insurance expense, and transfer taxes.

G.      Trustee is authorized to execute all documents necessary to convey the Residence to Purchaser at closing, including any documents, agreements, bills of sale, deeds, certificates of title, affidavits, or other similar instruments to facilitate the sale of the Residence to the Purchaser.

H.      Trustee is further authorized use the sale proceeds, at closing, to pay Debtor's homestead exemption ($15,000.00) to Debtor.

I.      Claim 10-1 of LendSure shall be allowed in the amount of $0.00 following payment of its secured debt at closing.

J.      The 14-day stay imposed by Fed.R.Bankr.P. 6004(h) is waived.

### 

3