**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**MOTION TO PAY DEBTOR'S HOMESTEAD EXEMPTION**

COMES NOW Trustee Robert E. Eggmann, ("Trustee") and for his Motion to Pay Exemption states as follows:

1.     On July 10, 2025, the Debtor filed for relief under Chapter 7 of the Bankruptcy Code.

2.     Debtor scheduled an asset, namely the real estate located at 2812 Pat Tillman Drive, Springfield, Illinois 62711, valued at $440,000.00 with an exemption of $15,000.00 claimed pursuant to 735 ILCS 5/12-901 [Docket No. 122].

3.     The United States Trustee filed their Objection to Debtor's Amended Scheule C (Doc 122) on November 20, 2205 [Docket Np. 138].  Said Objections remains pending.

4.     While the United States Trustee has numerous objections to Debtor's attempted claims of exemptions, the United States Trustee did not object to the Debtor claim of his $15.000 Homestead exemption under 735 ILCS 5/12-901.

5.     The Debtor has attempted to file amended schedules on several occasions since his case was converted to Chaptered 7 but thus far has not filed a satisfactory document.

6.     On March 25, 2026, the Trustee filed an Amended Motion for Authority to Sell Real Property Located at 2812 Pat Tillman Drive, Springfield, Illinois, Free and Clear of All Liens, Claims, and Encumbrances, Pursuant to 11 U.S.C. § 363 for $726,000.00 and Notice of Intent to Sell with an objection date of April 8, 2026.

7.      No objections or higher bids were filed. On April 9, 2026, the Court entered the Order Granting Amended Motion for Authority to Sell Real Property Located at 2812 Pat Tillman Drive, Springfield, Illinois, Free and Clear of All Liens, Claims, and Encumbrances, Pursuant to 11 U.S.C. § 363. That the closing of the real estate sale is scheduled for April 24, 2026.

8.      That the Trustee believes that even if such emptions have not been properly claimed, the Debtor is entitled to a $15,000 Homestead exemption under 735 ILCS 5/12-901 and thus requests the Court grant him the authority to pay $15,000.00 to the Debtor representing the allowed homestead exemption in 2812 Pat Tillman Drive, Springfield, Illinois upon the Trustee's receipt of the sale proceeds.

WHEREFORE, the Trustee requests the Court enter an Order granting the instant Motion, authorizing the Trustee to pay $15,000.00 to the Debtor representing the allowed homestead exemption in the 2812 Pat Tillman Drive, Springfield, Illinois upon receipt of the real estate sale proceeds, and for such other relief as deemed proper by the Court.

ROBERT E. EGGMANN, TRUSTEE,

/s/ Robert E. Eggmann
ROBERT E. EGGMANN, Trustee
PO Box 168
Columbia, Illinois 62236
618.222.1900 (Telephone)
314.854.8660 (Fax)
reetrustee@carmodymacdonald.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically on all parties scheduled on the Court's ECF Notice List on this 20th day of April, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

was served by mail upon all creditors and interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 20th day of April, 2026 as follows:

David Choate Hughes II
2812 Pat Tillman Drive
Springfield IL 62711

Eastern Account System of
Connecticut
3 Corporate Dr, Ste 2
Danbury, CT 06810

Onsite Lifecare Inc
23 Dora Lane
Holmdel, NJ 07733

20Twenty Development
494 N Emery Ave
Orem, UT 84057

Faith Investors Services
1522 4th Ave
Asbury Park, NJ 07712

Onslow Bay Financial
PO Box 65250
Salt Lake City, UT 84165

A Complete Home Inspection
110 Velsco Lane
Port Sulphur, LA 70083

Foster Group
2539 N 300 E
Lehi, UT 84043

Pacer Service Center
P.O. Box 5208
Portland, OR 97208

Aaron R Cohen as Chr 7 Trustee
c/o Raye C. Elliott, Esq.
401 E Jackson St Ste 1700
Tampa, FL 33602

Global Verse Holdings
1709 Vintage Lane
Wylie, TX 75098

Quantum3 Group for Mercury
FinancialFirst Bank & Trust
PO Box 788
Kirkland, WA 98083

Acres & Royalty
P.O. Box 1087
Ruston, LA 71273

Goldman Sachs Bank Lockbox
6112
PO Box 7247
Philadelphia, PA 19170

Relco Industries
Richard L Ellison
75 Lambert Ave
Clifton, NJ 07013

Alere
1530 E. Williams Field Rd 201
Gilbert, AZ 85295

Heliosun DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

Rolling by the Dozen RV Park
40 Country Road 267
Somerville, TX 77879

All Day Lawn Service
3900 Rochester Rd
Springfield, IL 62712

Ally
PO Box 9222
Old Bethpage, NY 11804

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

ALV Capital
c/o Strauss Law Group
264 S River Rd, Box 552
Bedford, NH 03110

American Express Natl Bank
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Amroddo Holdings
625 Woodmont Ave
Berkeley, CA 94708

Another Chance Group Home
54 N Vista Ave
Casa Grande, AZ 85122

Anvil Construction
470 N Main St
Brigham City, UT 84302

Archer Capital Investments
Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 84065

Autonomous Drone Solutions
2121 Biltmore 2200
Houston, TX 77043

Belle Maison Realty
Attn: Lea Muse
1133 E 83rd St 171
Chicago, IL 60619

Hospitality Growth Capital
264 S River Rd Box 552
Bedford, NH 03110

IH Mississippi Valley CU
2500 River Dr
Moline, IL 61265

IHMVCU
PO Box 1010
Moline, IL 61266

Illinois Dept of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

Knut LLC
697 N 740 E
Lehi UT 84043

Latent Wealth Group
302 N. Abajo Peak Way
Heber City, UT 84032

Legacy Land Developers
1651 W 100th St
Chicago, IL 60643

LendSure Mortgage Corp.
Legal Department
12230 World Trade Dr #250
San Diego, CA 92128

Limitless Investment Group
3855 S 500 W Unit B
Salt Lake City, UT 84115

Log Cabin Building
289 Parker Dr
Pittsburgh, PA 15216

Rowehl & Russo Properties
237 Floyd Rd
Shirley, NY 11967

S&L Zeppeteli DBA
SLZ Waste
191 Moonachie Rd
Moonachie, NJ 07074

Seiler Tucker Inc.
400 Poydras St Ste 1460
New Orleans, LA 70130

Solace Realty Concepts
112 Lehigh Ave
Newark, NJ 07112

Solar Capital Funding
c/o Strauss Law Group
264 S River Rd Box 552
Bedford, NH 03110

Springer Farms Landholdings
325 N 1200 E
American Fork, UT 84003

Sun Coast Entertainment Live
6960 Brescia Way
Orlando, FL 32819

Sunlight Storage
3344 Bear Canyon Ln
Pleasant Grove, UT 84062

Temidayo Adebayo
148 Undercliff Ave Ste 9
Edgewater, NJ 07020

The Farming Co Pty
86 Lakeside Dr
Helena Valley
6056, Western Australia

The Generations Group
Don Strickland
14312 Zion Gate Xing
Conroe, TX 77384

Bild Credit
30 N Gould St 30212
Sheridan, WY 82801

Braces at Brick, PA
Dr John Young
900 Cedar Bridge Ave Ste B15
Brick, NJ 08723

Brian Bevan
282 East 300 South
Smithfield, UT 84335-1636

Brooklyn Heights
307 N Lincoln Street
Tallulah, LA 71282-307

Bull & Bear Properties
1140 E 87th St
Chicago, IL 60619

Business Live Global USA
4538 Walnut Ridge Circle
McDonald, PA 15057

Cavalry SPV I
Citibank
PO Box 4252
Greenwich, CT 06831

Cobb Utilities Inc.
191 Honeysuckle Circle NE
Ranger, GA 54235

Cool Beanz
143 W Fulton St
Sanford, FL 32771-143

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Meetopolis
Attn: Lisa Butkiewicz
5434 E Kathleen Rd
Scottsdale, AZ 85254

Mercury Card Services
PO Box 84064
Columbus, GA 31908

Michael Calvitto,
H&M Essential Services
15714 Torry Pines Rd.
Houston, TX 77062-4512

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 85065

Moser Holdings
537 S 150 E
Smithfield, UT 84335

N2N Group,
5 Webb Hill Rd
Great Neck, NY 11020

Navy Federal
PO Box 3000
Merrifield, VA 22119

NCR Digital Corp
237 Floyd Rd
Shirley, NY 11967

New Mount Olive Church
2905 Macfarlane Crescent
Flossmoor, IL 60422-2905

North Haven Lodging Partners
Benjamin J. Morris
 c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

TnC NOLA Holdings
1461 Annunciaction St B
New Orleans, LA 70130

TruGreen
1790 Kirby Pkwy Ste 300
Memphis, TN 38138

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112

WAI Holdings
1275 S Lucerne Blvd
Los Angeles, CA 90019

Wallingford Lodging Partners
Benjamin J. Morris, \c/o Foley
& Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

Wells Fargo Bank
Wells Fargo Card Services
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480

West Palm Holdings
2705 Via Vistosa
San Clemente, CA 92672

Zelco Properties
108 Patriot Dr A
Middletown, DE 19709

Darnell Development
1118 N Chinowth
Visalia, CA 93291

Dajo Properties
11360Chestnut Tree Rd
Honey Brook, PA 19344

Nortical Capital
921 E. Parker St 1
Lakeland, FL 33801

Nutre Leasing
264 S River Rd, Box 552
Bedford, NH 03110

John Michael Cohan
PO Box 6693
Jacksonville, FL 32236

/s/ Robert E. Eggmann