Form gendefntc(gendefnt)

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* David Choate Hughes II
*Debtor*

*Case No.:* 25–70566

*Chapter:* 7

## *DEFICIENCY NOTICE*

### *Notice is hereby provided:*

The trustee must prepare and file an objection notice on the Motion to Pay [Doc 322]

### *ANY ITEMS REQUESTED ON THIS FORM MUST BE FILED ON OR BEFORE 5/6/26*

*Dated:* 4/22/26

_/S/_  Adrienne D. Atkins_
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.