**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S MOTION TO PAY**
**DEBTOR'S HOMESTEAD EXEMPTION**

TAKE NOTICE that Robert E. Eggmann ("Trustee"), chapter 7 bankruptcy trustee for David Choate Hughes, II, has filed a *Motion to Pay Debtor's Homestead Exemption*. Trustee is seeking an order authorizing the Trustee to pay $15,000.00 to the Debtor representing the allowed homestead exemption. Trustee recommends approval of the *Motion to Pay Debtor's Homestead Exemption*.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the relief requested, you must file your written objection or request for hearing with the Clerk of the U.S. Bankruptcy Court at U.S. Courthouse, 600 East Monroe Street, Rm. 226 Springfield, IL 62701 on or before **May 14, 2026.**

If you mail your request or response to the Court for filing you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also mail a copy to the Trustee and Debtor.

Go to www.ilcb.uscourts.gov for information regarding this Court's **mandatory** electronic filing policy.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

ROBERT E. EGGMANN, TRUSTEE,

*/s/ Robert E. Eggmann*
ROBERT E. EGGMANN, Trustee
P.O. Box 168
Columbia, Illinois 62236
618.222.1900 (Telephone)
314.854.8660 (Fax)
reetrustee@carmodymacdonald.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List at the following addresses on the 23rd day of April 2026.

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

The undersigned hereby certifies that a true and correct copy of the foregoing was served by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 23rd day of April, 2026 as follows:

| | | |
|---|---|---|
| David Choate Hughes II<br>2812 Pat Tillman Drive<br>Springfield IL 62711 | John Michael Cohan<br>PO Box 6693<br>Jacksonville FL 32236 | Mercury Card Services<br>PO Box84064<br>Columbus GA 31908 |
| Aaron R Cohen in his capacity<br>as Chapter 7 Trustee<br>c/o Raye C. Elliott, Esq.<br>Akerman LLP<br>401 E Jackson St Ste 1700<br>Tampa FL 33602 | Goldman Sachs Bank<br>Lockbox 6112<br>PO Box 7247<br>Philadelphia PA 19170 | Navy Federal<br>PO Box 3000<br>Merrifield VA 22119 |
| Ally<br>PO Box 9222<br>Old Bethpage NY 11804 | IH Mississippi Valley CU<br>2500 River Dr<br>Moline IL 61265 | Onslow Bay Financial LLC<br>PO Box 65250<br>Salt Lake City UT 84165 |

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville SC 29603

American Express Natl Bank
c/o Becket and Lee
PO Box 3001
Malvern PA 19355

Cavalry SPV I, LLC as
assignee of Citibank
PO Box 4252
Greenwich CT 06831

Credit One Bank
PO Box 98873
Las Vegas NV 89193

IHMVCU
PO Box 1010
Moline IL 61266

Illinois Dept of Revenue
Bankruptcy Section
PO Box 19035
Springfield IL 62794

Internal Revenue Service
PO Box 7346
Philadelphia PA 1910

LendSure Mortgage Corp
Legal Department
12230 World Trade Dr #250
San Diego CA 92128

Quantum3 Group LLC as
agent for Mercury Financial
First Bank & Trust
PO Box 788
Kirkland WA 98083

Seiler Tucker Inc
400 Poydras St Ste 1460
New Orleans, LA 70130

Wells Fargo Bank
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines IA 50306

Wells Fargo Card Services
PO Box 9187
Minneapolis MN 55480

*/s/ Annie L. Lancaster*