**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**In re:**

David Choate Hughes II,

Debtor.

Case No. 25-70566
Chapter 7

**FILED**

**U.S. Bankruptcy Court**
**Central District of Illinois**

4/27/2026  6:17 PM

**Adrienne D. Atkins, Clerk**

**MOTION FOR BRIEF EXTENSION OF TIME**

NOW COMES the Debtor, **David Choate Hughes II**, appearing pro se, and respectfully moves this Honorable Court for a brief extension of time to complete and file required schedules and statements, including Schedules A/B and any remaining disclosures, and in support thereof states as follows:

1.  The Debtor has been actively working in good faith to comply with all requirements of the Court and to complete all necessary filings in this matter.

2.  Since the prior deadline, the Debtor has been engaged in the sale of his primary residence, which required substantial time, coordination, and attention. The sale of the property was completed on **April 24, 2026**.

3.  On or about April 24, 2026, the Debtor also suffered a medical condition, including injury and infection, which has temporarily limited his ability to complete the required filings in a timely manner.

4.  The Debtor is continuing to recover and is now in a position to finalize all remaining schedules and disclosures accurately and completely.

5.  This request is made in good faith and not for purposes of delay, but to ensure that all filings are complete, accurate, and in full compliance with the Bankruptcy Code and this Court's requirements.

WHEREFORE, the Debtor respectfully requests that this Court grant a brief extension of time through May 4, 2026, to file all remaining required schedules and statements, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Date: April 27, 2026

/s/ David Choate Hughes II

David Choate Hughes II

2812 Pat Tillman Drive

Springfield, Illinois 62711

Email: davidchoatehughes@gmail.com


Phone: (217) 416-5059

Debtor, Pro Se

CERTIFICATE OF SERVICE


I hereby certify that on April 27, 2026, I caused a true and correct copy of the foregoing Motion for Brief Extension of Time to be served by U.S. Mail and/or electronic filing upon the following parties:


Chapter 7 Trustee:

Robert E. Eggmann

Carmody MacDonald P.C.

120 S. Central Ave., Ste. 1800

St. Louis, MO 63105


Office of the United States Trustee:

James A. Salinas

401 Main Street, Suite 1100

Peoria, IL 61602



Date: April 27, 2026

/s/ David Choate Hughes II

David Choate Hughes II

2812 Pat Tillman Drive

Springfield, Illinois 62711

Email: davidchoatehughes@gmail.com


Phone: (217) 416-5059

Debtor, Pro Se