**IT IS SO ORDERED.**

**SIGNED THIS: April 28, 2026**

_____

**Mary P. Gorman
United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID CHOATE HUGHES II | ) | Case No.: 25-70566 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER DENYING EXEMPTIONS**

This matter came up for hearing on the United States Trustee's Objection (Doc. 138) to Debtor's Amended Schedule C (Doc. 122), on April 28, 2026, with attorney James A. Salinas appearing for the United States Trustee, Robert E. Eggmann, III, appearing as the Chapter 7 Trustee, and with the Debtor, David Choate Hughes II, not appearing.

The Debtor did not file a Response or otherwise oppose the relief sought in the United States Trustee's Objection to Amended Schedule C and was not present at the hearing.

The Court, having reviewed the United States Trustee's Objection, finds that it is well-pled in the law and the facts.

It is therefore ORDERED that the United States Trustee's Objection is SUSTAINED and

the exemptions claimed on Debtor's Amended Schedule C (Doc. 122) are DENIED.

Within thirty (30) days of the date of entry of this Order, the Debtor shall file the necessary amendments, including Amended Schedule C but nothing in this Order shall change the application of Federal Rule of Bankruptcy Procedure 1009(a)(1).

###