**IT IS SO ORDERED.**

**SIGNED THIS: April 28, 2026**

_(signature)_

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                    Case No.   25–70566

Debtor

### <u>ORDER</u>

The following having been filed:

1)      Debtor's Motion for Brief Extension of Time [Doc 325]

IT IS ORDERED THAT:

<u>Matter</u>   <u>Action</u>

1)      The motion is denied. There is no court ordered deadline to extend.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###