# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

In re:

**DAVID HUGHES**,

Debtor.

Case No. 25-70566

Chapter 7

**FILED**

U.S. Bankruptcy Court
Central District of Illinois

5/4/2026  3:20 PM

**Adrienne D. Atkins, Clerk**

## NOTICE AND CLARIFICATION OF RECORD

Debtor, David Hughes, respectfully submits this Notice to clarify certain factual matters in the record.

The Debtor acknowledges and respects the Court's prior ruling converting this case from Chapter 11 to Chapter 7, and did not seek reconsideration or appeal of that decision at the time. The Debtor further acknowledges that the Chapter 7 process has provided necessary structure and protection during a period of significant and tremendous financial distress.

This Notice is submitted solely to clarify the Debtor's intent and good faith at the time of filing.

At the time the Chapter 11 petition was filed, the Debtor was experiencing substantial financial hardship, including the inability to meet ongoing personal obligations such as mortgage and vehicle payments. The filing was made to stabilize finances and preserve assets while addressing multiple active disputes and obligations.

Contrary to any implication that the filing was made to gain a litigation advantage, the Debtor had already initiated litigation involving MIMS IPR, LLC prior to the subsequent filings by that party. Specifically:

- The Debtor initiated legal action in June 2025 (attached as Exhibit A), establishing first-filed status.

- MIMS IPR, LLC, through counsel, filed its action thereafter on July 8, 2025 (attached as Exhibit B).

- Service was in the process of being completed through proper process servers from June through July. The Debtor understands that MIMS IPR filed its July action during this period, which had the effect of raising venue issues prior to completion of service in the earlier-filed matter.

- The Debtor's Chapter 11 filing followed on July 10, 2025.

As such, the Debtor did not require a bankruptcy filing to obtain litigation positioning, as that posture already existed.

Additionally, certain claims and matters were in the process of being organized and prepared for amendment to schedules at the time of filing. The Debtor acted with the intention of ensuring accuracy and completeness, while also being mindful of prior unrelated proceedings where third parties had attempted to improperly intervene.

The Debtor submits this Notice in good faith and out of respect for the Court, solely to ensure that the record accurately reflects the context and intent of the filing.

The Debtor remains committed to full transparency, cooperation with the Trustee, and compliance with all obligations under Chapter 7.

Respectfully submitted this 4th day of May, 2026,

/s/ David Hughes
2812 Pat Tillman Drive
Springfield, Illinois 62711
davidchoatehughes@gmail.com
Pro Se Debtor

Exhibit A: The debtor, Mr. Hughes, already had an advantage of "First Filing Advantage (June 2025), in Sangamon County, Illinois.



Exhibit B: Mims-IPR LLC, through counsel, did not file or begin any litigation until June 8, 2025, as service attempts were already underway by the Debtors earlier Sangamon Filing, earlier in June, 2025.

 Gmail

**David Choate <davidchoatehughes@gmail.com>**

---

## MIMS-IPR, LLC v. Genie Investments, LLC, et al.

---

**Jackson Neal** <jneal@whitearnolddowd.com>                          Tue, Jul 8, 2025 at 11:37 AM
To: "davidchoatehughes@gmail.com" <davidchoatehughes@gmail.com>
Cc: "Curtis H. Seal" <cseal@whitearnolddowd.com>, Blake Milner <bmilner@whitearnolddowd.com>, Emily Grace Erwin
<eerwin@whitearnolddowd.com>

Mr. Hughes,

In accordance with Alabama Rule of Civil Procedure 65(a)(1), attached are unfiled pleadings associated
with a lawsuit that is being filed against you today in the Circuit Court of Chilton County, Alabama. The
various attachments and exhibits are all of the pleadings associated with the lawsuit. After the pleadings
have been filed with the Court, you will receive formal service of process via special process server.
Please be advised that we are seeking an immediate and emergency hearing for the issuance of a
temporary restraining order. If you have any questions, please contact your counsel and have that
individual contact our office.

Jack Neal

**Jackson Neal** Attorney
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203
**P:** 205-323-1888  **F:** 205-323-8907
**E:** jneal@whitearnolddowd.com



WHITE ARNOLD & DOWD

whitearnolddowd.com  | We have a plan for the unplanned.

.
.
*******************************
***CONFIDENTIAL***************
********************

The information contained in this e-mail
message is legally PRIVILEGED AND
CONFIDENTIAL and intended only for
the use of the Individual(s) named
above. If the reader of this message is
not the intended recipient, or the
employee or the agent responsible for
delivering this message to the intended
recipient, you are hereby notified that
any dissemination or copying of this
communication is strictly prohibited. If
you have received this e-mail in error,
please immediately delete this message
from any device/media where the
message is stored, and notify the sender
as soon as possible by telephone at
(205) 323-1888.

ATTENTION: IRS CIRCULAR 230
DISCLOSURE: Pursuant to Treasury
Regulations, any tax advice contained in

this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

---

**7 attachments**

 **2025-07-08 Complaint.pdf**
238K

**2025-07-08 Motion for TRO.pdf**
161K

**2025-07-08 Motion for Preliminary Injunction.pdf**
149K

**2025-07-08 Affidavit of Mitchell Mims.pdf**
4734K

**2025-07-08 Proposed Order on Motion for TRO.pdf**
113K

**2025-07-08 Cash Bond.pdf**
112K

**2025-07-08 Memorandum in Support of Motion for TRO and Preliminary Injunction.pdf**
247K

CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2026, I caused a true and correct copy of the foregoing
**NOTICE AND CLARIFICATION OF RECORD** to be served by email and/or electronic
filing upon the following parties:

Chapter 7 Trustee:

Robert E. Eggmann: ree@carmodymacdonald.com

Carmody MacDonald P.C.

120 S. Central Ave., Ste. 1800

St. Louis, MO 63105

Office of the United States Trustee:

James A. Salinas: james.salinas@usdoj.gov

401 Main Street, Suite 1100

Peoria, IL 61602

Date: May 4th, 2026

/s/ David Choate Hughes II

David Choate Hughes II

2812 Pat Tillman Drive

Springfield, Illinois 62711 (USPS is still accepting mail at this address and holding for me until I
have a new address, which at this time I do not. I will provide a new address as soon as I am
able).

Email: davidchoatehughes@gmail.com Phone: (217) 416-5059

Debtor, Pro Se