**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

In Re:

DAVID CHOATE HUGHES II, Debtor.

Case No. 25-70566

Chapter 7

**FILED**

**U.S. Bankruptcy Court
Central District of Illinois**

5/11/2026  11:08 AM

**Adrienne D. Atkins, Clerk**

**DEBTOR'S EMERGENCY MOTION TO AUTHORIZE IMMEDIATE PAYMENT
OF CHILD SUPPORT ARREARAGE AND INITIAL MONTHLY SUPPORT
FROM ESTATE-HELD SALE PROCEEDS**

Debtor, David Choate Hughes II, respectfully moves the Court for entry of an order authorizing the Chapter 7 Trustee to immediately disburse child support payments from estate-held sale proceeds, and states as follows:

1. On April 28, 2026, the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois entered an order in Case No. 2015-D-000009 providing that:
a. the child support arrearage through April 2026 is $9,100.00;
b. that arrearage "shall be paid immediately from house proceeds/bankruptcy to Petitioner"; and
c. the remaining 16 months of child support, in the amount of $700.00 per month, "shall be paid monthly by the 1st of each month commencing May 1, 2026," and those funds "shall be held in trust or escrow by the bankruptcy court."

2. The Chapter 7 Trustee has reported that the residence at 2812 Pat Tillman Drive, Springfield, Illinois was sold on April 24, 2026 and that net sale proceeds of $306,286.45 were deposited into the chapter 7 estate checking account.

3. Because the state court order expressly directs payment of both the arrearage and the continuing monthly support from house proceeds/bankruptcy, Debtor requests that the Trustee be authorized to immediately disburse:
a. $9,100.00 for the arrearage; and
b. $700.00 for the initial monthly child support installment due May 1, 2026.

4. Debtor further requests that future monthly support payments of $700.00 be administered by the Trustee as they come due, in accordance with the state court order, unless and until further order of this Court.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing the Chapter 7 Trustee to immediately pay $9,100.00 in child support arrearage and $700.00 for the

initial monthly support installment due May 1, 2026, from estate-held sale proceeds, and for such further relief as is just and proper.

Executed on this 11th day of May 2026.


/s/ David Choate Hughes II
Debtor

Address: 2812 Pat Tillman Drive

Springfield, Illinois 62711 (The US Post Office is currently holding my physical mail until I have a new physical address which I do not at this time. I do accept service via my email address which is immediately below.)

Phone: (217) 416 – 5059

Email: davidchoatehughes@gmail.com

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

In Re:

DAVID CHOATE HUGHES II, Debtor.

Case No. 25-70566

Chapter 7


## CERTIFICATE OF SERVICE


I hereby certify that on May 11th, 2026, I caused a true and correct copy of the foregoing **DEBTOR'S EMERGENCY MOTION TO AUTHORIZE IMMEDIATE PAYMENT OF CHILD SUPPORT ARREARAGE AND INITIAL MONTHLY SUPPORT FROM ESTATE-HELD SALE PROCEEDS** be served by EMAIL upon the following parties:


Chapter 7 Trustee: Robert E. Eggmann: ree@carmodymacdonald.com


Principal at Carmody MacDonald P.C.

120 S. Central Ave., Ste. 1800


James A. Salinas, U.S. Trustee: james.salinas@usdoj.gov

St. Louis, Missouri 63105

Office of the United States Trustee

401 Main Street, Suite 1100

Peoria, IL 61602


Executed on this 11th day of May 2026.

/s/ David Choate Hughes II
Debtor

Address: 2812 Pat Tillman Drive

Springfield, Illinois 62711 (The US Post Office is currently holding my physical mail until I have a new physical address which I do not at this time. I do accept service via my email address which is immediately below.)

Phone: (217) 416 – 5059

Email: davidchoatehughes@gmail.com



# In The Circuit Court
## For The Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois

# PROOF OF SERVICE

JENNIFER R. HUGHES

    VS.                                      Case Number: 2015-D-000009

DAVID C. HUGHES II

The undersigned certifies that service of the foregoing,
along with a copy of:

Docket Entry Dated April 28, 2026

Entry Regarding Trial

Referred to herein, was made by enclosing a true copy thereof
plainly addressed to:

JENNIFER R. HUGHES
2508 CHAPEL HILL RD
UNIT D
SPRINGFIELD, IL 62702

On the following date:  04/28/2026

Sent by US Mail to the address listed above:   Yes

Sent by electronic mail:

To the following e-mail address:

Sangamon County Circuit Clerk

By Deputy Clerk:   AFI

By Deputy Clerk:

JOE ROESCH
SANGAMON COUNTY, CLERK OF CIRCUIT COURT
200 SOUTH 9TH STREET ROOM 405
SPRINGFIELD, IL 62701

Case: 2015-D-000009          Type: Dissolution Marriage      Assigned Judge: ASCHER
Filed: 01/06/2015            Status: Cause Stricken           Report: Terminated

|  | Case Participant | Attorney |
|---|---|---|
| Plaintiff | JENNIFER R. HUGHES | Lead: ROLAND CROSS |
| X Deleted | JENNIFER R. HUGHES | Lead: ROLAND CROSS |
|  | vs. |  |
| Defendant | DAVID C. HUGHES | Pro Se |
| X Deleted | DAVID HUGHES |  |
| Respondent | JANELLE JENNINGS | Pro Se |

04/28/2026 Entry Regarding Trial
          Petitioner present in person, self-represented.  Respondent present
          via telephone, self-represented. Cause comes on Petitioner's Motion to
          Modify Child Support. Witnesses sworn and evidence received.
          Respondent testified that he sold his residence for $726,000.
          Respondent does not have the Closing Statement.  Respondent states
          that he owed approximately $375,000.00 on the residence.  Respondent
          is in bankruptcy.  Petitioner's Financial Affidavit is included in
          evidence.  Commencing April 1, 2025, Respondent shall pay $700.00 per
          month as and for child support.  The child support arrearage through
          April, 2026 is $9,100.00.  This amount shall be paid immediately from
          house proceeds/bankruptcy to Petitioner.  The remaining 16 months of
          child support ($700.00 per month) or $11,200.00, shall be paid monthly
          by the 1st of each month commencing May 1, 2026.  These funds shall be
          held in trust or escrow by the bankruptcy court.  Respondent shall
          ensure that the minor child has health insurance and shall
          additionally pay school lunch fees.  Petitioner is awarded the minor
          child for all federal and state income tax purposes for all tax years.
          Cause stricken.
          CLERK DIRECTED TO SEND A COPY OF THIS DOCKET ENTRY TO PETITIONER AND
          RESPONDENT
     Judge: ASCHER  Clerk: AF



# In The Circuit Court
## For The Seventh Judicial Circuit of Illinois
## Sangamon County, Springfield, Illinois

# PROOF OF SERVICE

JENNIFER R. HUGHES

    VS.                                        Case Number: 2015-D-000009

DAVID C. HUGHES II

The undersigned certifies that service of the foregoing,
along with a copy of:

Docket Entry Dated April 28, 2026

Entry Regarding Trial

Referred to herein, was made by enclosing a true copy thereof
plainly addressed to:

DAVID C. HUGHES II
2812 PAT TILLMAN DR
SPRINGFIELD, IL

On the following date:  04/28/2026

Sent by US Mail to the address listed above:    Yes

Sent by electronic mail:

To the following e-mail address:

Sangamon County Circuit Clerk

By Deputy Clerk:    AFI

By Deputy Clerk:

Sangamon County Circuit Clerk

JOE ROESCH
SANGAMON COUNTY, CLERK OF CIRCUIT COURT
200 SOUTH 9TH STREET ROOM 405
SPRINGFIELD, IL 62701

---

Case: 2015-D-000009          Type: Dissolution Marriage          Assigned Judge: ASCHER
Filed: 01/06/2015            Status: Cause Stricken               Report: Terminated

|  | Case Participant | Attorney |
|---|---|---|
| Plaintiff | JENNIFER R. HUGHES | Lead: ROLAND CROSS |
| X Deleted | JENNIFER R. HUGHES | Lead: ROLAND CROSS |
|  | vs. |  |
| Defendant | DAVID C. HUGHES | Pro Se |
| X Deleted | DAVID HUGHES |  |
| Respondent | JANELLE JENNINGS | Pro Se |

04/28/2026 Entry Regarding Trial

Petitioner present in person, self-represented.  Respondent present via telephone, self-represented. Cause comes on Petitioner's Motion to Modify Child Support. Witnesses sworn and evidence received. Respondent testified that he sold his residence for $726,000. Respondent does not have the Closing Statement.  Respondent states that he owed approximately $375,000.00 on the residence.  Respondent is in bankruptcy.  Petitioner's Financial Affidavit is included in evidence.  Commencing April 1, 2025, Respondent shall pay $700.00 per month as and for child support.  The child support arrearage through April, 2026 is $9,100.00.  This amount shall be paid immediately from house proceeds/bankruptcy to Petitioner.  The remaining 16 months of child support ($700.00 per month) or $11,200.00, shall be paid monthly by the 1st of each month commencing May 1, 2026.  These funds shall be held in trust or escrow by the bankruptcy court.  Respondent shall ensure that the minor child has health insurance and shall additionally pay school lunch fees.  Petitioner is awarded the minor child for all federal and state income tax purposes for all tax years. Cause stricken.
CLERK DIRECTED TO SEND A COPY OF THIS DOCKET ENTRY TO PETITIONER AND RESPONDENT
Judge: ASCHER  Clerk: AF

Sangamon County Circuit Clerk