**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**MOTION FOR RELIEF FROM ORDER OF APRIL 9, 2026,**
**PURSUANT TO FED. R. CIV. P. 60**

COMES NOW Robert E. Eggmann ("Trustee"), trustee for David Choate Hughes, II, by and through the undersigned counsel, pursuant to Rule 60 of the Federal Rules of Civil Procedure, as made applicable by Rule 9024 of the Federal Rules of Bankruptcy Procedure, and for this *Motion for Relief from Order of April 9, 2026, Pursuant to FED. R. CIV. P. 60* respectfully states as follows:

**Background Factual and Procedural Information**

1. On July 10, 2025 (the "Petition Date"), Debtor David Choate Hughes, II (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of Illinois (this "Court").

2. Debtor's case was converted to a case under chapter 7 of the Bankruptcy Code pursuant to an Order of Conversion [Docket No. 196] entered by this Court of February 10, 2026.

3. On February 11, 2026, Trustee was appointed as successor trustee in Debtor's chapter 7 bankruptcy case.

4. On March 25, 2026, Trustee filed *Trustee's Motion for Authority to Use Property of the Bankruptcy Estate, Pursuant to 11 U.S.C. § 363* [Docket No. 288] (the "Motion"), seeking, *inter alia*, authority for Trustee to use the proceeds of checks totaling $20,971.45 paid by State Farm Insurance Co. ("State Farm") to Trustee for damages incurred at certain residential real

property owned by Debtor on the Petition Date located at 2812 Pat Tillman Drive, Springfield, Illinois 62711 (the "Real Estate") which included: (a) a check dated October 10, 2025 in the amount of $20,580.45; and (b) a check dated October 13, 2025 in the amount $3,910.00, as well as any additional forthcoming proceeds (collectively, the "Insurance Proceeds"), for the purpose of employing a contractor or contractors to make the necessary repairs to a damaged roof and pool equipment on the Real Estate.

5.      On April 9, 2026, this Court entered its *Order Granting Trustee's Motion for Authority to Use Property of the Bankruptcy Estate, Pursuant to 11 U.S.C. § 363* [Docket No. 312] (the "Order of April 9, 2026"), authorizing Trustee to use the Insurance Proceeds to fund the necessary repairs.

6.      Trustee has recently discovered a mistake in the Motion and Order of April 9, 2026, in that the checks received by State Farm were actually in the amounts of $20,850.00 and $3,910.00, for a total of $24,760.00, not $20,971.45 as stated in the Trustee's filed pleadings and his submitted proposed Order.

7.      By this Motion, Trustee seeks relief from the Order of April 9, 2026, amending the amount of the Insurance Proceeds to $24,760.00 on the grounds of "mistake, inadvertence, surprise, or excusable neglect" pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure due to a clerical error on the part of the Trustee.

8.      It is in the best interest of the bankruptcy estate that the Order of April 9, 2026 be amended to allow for accurate book-keeping in this case.

9.      No parties will be harmed in the event that this Court amends the Order of April 9, 2026 to correct this clerical mistake.

**Legal Argument in Support of Trustee's Motion**

10.     Rule 60(b)(1) of the Federal Rules of Civil Procedure provides that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . mistake, inadvertence, surprise, or excusable neglect." FED. R. CIV. P. 60(b)(1). This Rule is made applicable in bankruptcy cases by Bankruptcy Rule 9024.

11.     As a general rule, Rule 60(b) is "to be given a liberal construction so as to do substantial justice and 'to prevent the judgment from becoming a vehicle of injustice.'" *Rosebud Sioux Tribe v. A & P Steel, Inc.,* 733 F.2d 509, 515 (8th Cir. 1984), *cert. denied*, 469 U.S. 1072, 105 S.Ct. 565, 83 L.Ed.2d 506 (1984) (quoting *United States v. Walus,* 616 F.2d 283, 288 (7th Cir.1980)). A Rule 60(b) motion "is grounded in equity and exists to preserve the delicate balance between the sanctity of final judgments ... and the incessant command of a court's conscience that justice be done in light of all the facts." *Id.* (internal quotations omitted).

12.     A motion brought under Rule 60(b) must be made "within a reasonable time . . . no more than a year after the entry of the judgment or order." FED. R. CIV. P. 60(c)(1).

13.     Trustee is entitled to relief from the Order of April 9, 2026 under Rule 60(b)(1) on the grounds of mistake due to Trustee's inadvertent insertion into his Motion and the Court's proposed order of an inaccurate amount with respect to the checks received which constituted the Insurance Proceeds.

14.     Moreover, less than one (1) year has elapsed since the entry of the Order of January 23, 2026, and thus this Motion has been brought within a reasonable time as contemplated by Rule 60(c)(1).

15.     Given all of the relevant circumstances and for the equitable reasons established herein above, Trustee respectfully requests relief from the Order of April 9, 2026 and that an

3

amended order be entered identifying the Insurance Proceeds as having been received by Trustee in the amounts of $20,850.00 and $3,910.00, for a total of $24,760.00.

WHEREFORE, the premises considered, Trustee Robert E. Eggman prays this Court enter its order as follows:

a. granting this Motion;

b. further granting relief from the Order of April 9, 2026 by amending the amounts received as and for the Insurance Proceeds to $20,850.00 and $3,910.00, for a total of $24,760.00; and

c. for such other and further relief as this Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C

By: /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN (IL Bar #6203021)
THOMAS H. RISKE (IL Bar #6301953)
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 // (314) 854-8660 – FAX
ree@carmodymacdonald.com
thr@carmodymacdonald.com

ATTORNEYS FOR TRUSTEE