**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

**FILED**

U.S. Bankruptcy Court
Central District of Illinois

5/18/2026 8:34 AM

**Adrienne D. Atkins, Clerk**

In re:

DAVID CHOATE HUGHES II,

Debtor.

Case No. 25-70566

Chapter 7

**DEBTOR'S NOTICE OF WITHDRAWAL OF PENDING MOTIONS**
**AND REQUEST TO CANCEL HEARING**

Debtor, David Choate Hughes II, respectfully gives notice that he withdraws the following pending motions:

1. Debtor's Emergency Motion to Authorize Immediate Payment of Child Support Arrearage and Initial Monthly Support from Estate-Held Sale Proceeds; and

2. Debtor's Motion to Reconsider Order Denying Exemptions.

Debtor withdraws the foregoing motions because amended schedules are being filed and the requested relief may be revisited, if necessary, after those amendments are completed.

Debtor further requests that the hearings currently set for tomorrow on the withdrawn motions be canceled.

Debtor states that this withdrawal is without prejudice to any rights or remedies Debtor may seek in the appropriate forum, including any request for reconsideration or appeal as may be available.

WHEREFORE, Debtor respectfully requests that the Court acknowledge withdrawal of the above-referenced motions and cancel the hearings set for tomorrow.

Date: 5/18/2026

/s/ David Choate Hughes II

David Choate Hughes II

3309 Robbins Rd PMB 160

Springfield, IL 62704

Debtor, Pro Se

Email: davidchoatehughes@gmail.com

Phone: (217) 416 - 5059

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

In re:

DAVID CHOATE HUGHES, II, Chapter 7
Case No. 25-70566
Debtor.

**CERTIFICATE OF SERVICE**

I, David Choate Hughes, II, declare under penalty of perjury that on 5/18/2026, I served a true and correct copy of the following document:

**DEBTOR'S NOTICE OF WITHDRAWAL OF PENDING MOTIONS**
**AND REQUEST TO CANCEL HEARING**

on the parties listed below by the methods indicated:

1. Robert E. Eggmann, Chapter 7 Trustee
   Carmody MacDonald P.C.
   120 S. Central Avenue, Suite 1800
   St. Louis, MO 63105
   Served by email to: ree@carmodymacdonald.com

2. United States Trustee
   Office of the United States Trustee
   401 Main Street, Suite 1100
   Peoria, IL 61602
   Served by email to: james.salinas@usdoj.gov


The Generations Group-Don Strickland, By: US Mail

14312 Zion Gate Xing

Conroe, TX 77384-2516


TnC NOLA Holdings LLC By: US Mail

1461 Annunciaction Street B

New Orleans, LA 70130

Belle Maison Realty, LLC Attn: Lea Muse: By US Mail

1133 E 83rd Street 171

Chicago, IL 60619

Acres & Royalty LLC: By US Mail

P.O. Box 1087

Ruston, LA 71273-1087

Rolling By The Dozen RV Park LLC: By US Mail

40 Country Road 267

Somerville, TX 77879

Temidayo Adebayo: By US Mail

148 Undercli Avenue Suite 9

Edgewater, NJ 07020

S&L Zeppeteli DBA SLZ Waste Inc: By US Mail

191 Moonachie Road

Moonachie, NJ 07074

Global Verse Holdings LLC: By US Mail

1709 Vintage Lane

Wylie, TX 75098

A Complete Home Inspection LLC: By US Mail

110 Velsco Lane

Port Sulphur, LA 70083

Sun Coast Entertainment Live LLC: By US Mail

6960 Brescia Way

Orlando, FL 32819


Meetopolis LLC Attn: Lisa Butkiewicz: By US Mail

5434 E Kathleen Road

Scottsdale, AZ 85254


Heliosun LLC DBA Odin: By US Mail

1600 S Litchfield Rd 230A

Goodyear, AZ 85338


Faith Investors Services LLC: By US Mail

1522 4th Ave

Asbury Park, NJ 07712


Solace Realty Concepts LLC: By US Mail

112 Lehigh Ave

Newark, NJ 07112

Legacy Land Developers LLC: By US Mail

1651 W 100th St

CHICAGO, IL 60643


Another Chance Group Home Inc: By US Mail

54 N Vista Ave

Casa Grande, AZ 85122

The Farming Co Pty Ltd: By US Mail

86 Lakeside Drive

Helena Valley

6056, Western Australia


Nortical Capital Inc: By US Mail

921 E. Parker Street 1

Lakeland, FL 33801


Foster Group LLC: By US Mail

2539 N 300 E

Lehi, UT 84043


Uncle Willie Green Wings: By US Mail

141 Lehigh Ave

Newark, NJ 07112


Latent Wealth Group, LLC: By US Mail

302 N. Abajo Peak Way

Heber City, UT 84032


Cool Beanz, LLC: By US Mail

143 West Fulton Street

Sanford, FL 32771-143


Knut LLC: By US Mail

697 N 740 E

Lehi UT 84043


AMRODDO HOLDINGS, LLC: By US Mail

625 WOODMONT AVE

BERKELEY, CA 94708


Bild Credit LLC: By US Mail

30 N Gould Street 30212

Sheridan, WY 82801


Autonomous Drone Solutions DBA: By US Mail

2121 Brittmoore 2200

Houston, TX 77043


Bull & Bear Properties LLC: By US Mail

1140 E 87th Street

Chicago, IL 60619


ALV Capital LLC: By US Mail

c/o Strauss Law Group PLLC

264 South River Road, Box 552

Bedford, NH 03110


Hospitality Growth Capital LLC: By US Mail

264 South River Road, Box 552

Bedford, NH 03110

Nutre Leasing LLC: By US Mail

264 South River Road, Box 552

River Road, Bedford, NH 03110


Solar Capital Funding LLC: By US Mail

c/o Strauss Law Group PLLC

264 South River Road, Box 552

Springer Farms Landholdings, LLC

325 N 1200 E

American Fork, UT 84003-325


Darnell Development: By US Mail

1118 N Chinowth

VISALIA, CA 93291-2814


Business Live Global USA LLC: By US Mail

4538 Walnut Ridge Circle

McDonald, PA 15057


Log Cabin Building LLC: By US Mail

289 Parker Drive

Pittsburgh, PA 15216


West Palm Holdings Inc: By US Mail

2705 Via Vistosa

San Clemente, CA 92672

Brooklyn Heights: By US Mail

307 N Lincoln Street

Tallulah, LA 71282-307


Zelco Properties LLC: By US Mail

108 Patriot Dr A

Middletown, DE 19709


North Haven Lodging Partners LLC Benjamin J. Morris, c/o Foley & Lardner LLP: By US Mail

11988 El Camino Real, Suite 400

San Diego, CA 92130


Wallingford Lodging Partners LLC Benjamin J. Morris, c/o Foley & Lardner LLP: By US Mail

11988 El Camino Real, Suite 400

San Diego, CA 92130


New Mount Olive Church: By US Mail

2905 Macfarlane Crescent

Flossmoor, IL 60422-2905


Relco Industries LLC and Richard L Ellison: By US Mail

75 Lambert Avenue

Clifton, NJ 07013

Cobb Utilities Inc.: By US Mail

191 Honeysuckle Circle NE.

Ranger, GA 54235


Alere LLC: By US Mail

1530 E. Williams Field Rd 201

Gilbert, AZ 85295


The Farming Co Pty Ltd: By US Mail

86 Lakeside Drive

Helena Valley 6056, Western Australia


N2N Group, Inc: By US Mail

5 Webb Hill Road

Great Neck, NY 11020


WAI Holdings, LLC: By US Mail

1275 S Lucerne Blvd

Los Angeles, California 90019


Michael Thompson: By US Mail


1448 W Salmon Caddis Dr

Blufdale, UT 85065

Rowehl & Russo Properties LLC.: By US Mail

237 Floyd Rd

Shirley, NY 11967


NCR Digital Corp: By US Mail

237 Floyd Road

Shirley, NY 11967


Onsite lifecare Inc: By US Mail

23 Dora Lane

Holmdel, NJ 07733


Brian Bevan: By US Mail

282 East 300 South

SMITHFIELD, UT 84335-1636


Limitless Investment Group, LLC: By US Mail

3855 south 500 West Unit B

Salt Lake City, UT 84115


Michael Calvitto, H&M Essential Services LLC.: By US Mail

15714 Torry Pines Rd.

Houston, TX 77062-4512


Knut LLC: By US Mail

697 N 740 E

Lehi UT 84043

Dajo Properties LLC

11360Chestnut Tree Rd

Honey Brook, PA 19344


Anvil Construction Inc.: By US Mail

470 N Main St

Brigham City, UT 84302


Sunlight Storage LLC: By US Mail

3344 Bear Canyon Ln

Pleasant Grove, UT 84062


Archer Capital Investments LLC / Michael: By US Mail

Thompson

1448 W. Salmon Caddis Dr.

Blufdale, UT 84065


Moser Holdings, LLC: By US Mail

537 S. 150 E.

Smithfield, UT 84335


Braces at Brick, PA - Dr John Young: By US Mail

900 Cedar Bridge Ave Ste B15

Brick, NJ 08723

20Twenty Development LLC: By US Mail

494 N Emery Ave

Orem, UT 84057


Eastern Account System of Connecticut, Inc.: By US Mail

3 Corporate Drive, Ste 2

Danbury, CT 06810


Pacer Service Center: By US Mail

P.O. Box 5208

Portland, OR 97208-5208


TruGreen: By US Mail

1790 Kirby Pkwy Ste 300

Memphis, TN 38138


All Day Lawn Service LLC: By US Mail

3900 Rochester Rd

Springfield, IL 62712-9125


Date: 5/18/2026

/s/ David Choate Hughes II

David Choate Hughes II

3309 Robbins Rd PMB 160

Springfield, IL 62704

Debtor, Pro Se

Email: davidchoatehughes@gmail.com Phone: (217) 416 - 5059