**IT IS SO ORDERED.**

**SIGNED THIS: May 18, 2026**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                    Case No.    25–70566

Debtor

### ORDER

The following having been filed:

1)    Debtor's Motion to Withdraw Motion to Reconsider Order Denying
Exemptions and Emergency Motion to Authorize Immediate Payment of Child
Support Arrearage and Initial Monthly Suppose from Estate–Held Sale
Proceeds (doc #359)

IT IS ORDERED THAT:

Matter    Action

1)    Allowed. Hearings set for 5/19/26 at 9:00 a.m. on Debtor's Motion to
Reconsider Order Denying Exemptions (doc #334) and Debtor's Emergency
Motion to Authorize Immediate Payment of Child Support Arrearage and
Initial Monthly Support from Estate–Held Sale Proceeds (doc #337) are
hereby cancelled. Any other matters scheduled will remain set.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###