**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | David Choate Hughes II |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Central District of Illinois |
| Case number | 25-70566 |
| | (If known) |

**FILED**

**U.S. Bankruptcy Court**
**Central District of Illinois**

5/26/2026  2:05 PM

**Adrienne D. Atkins, Clerk**

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... $ 2,720,632.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... $ 11,709,710.00

   1c. Copy line 63, Total of all property on *Schedule A/B* .............................................................. $ 14,430,342.00

| Part 2: | Summarize Your Liabilities |
|---|---|

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ 51,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................... + $ 17,972.18

   **Your total liabilities** $ 68,972.18

| Part 3: | Summarize Your Income and Expenses |
|---|---|

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*........................................................ $ 5,904.41

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J* ............................................................ $ 2,899.76

Debtor 1    David Choate Hughes II
            _____
            First Name    Middle Name    Last Name

Case number (*if known*) 25-70566 _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____1,984.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    David Choate Hughes II
       First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number    25-70566

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**   See the orignal atttached Alabama I
Street address, if available, or other description

_____

_____
City       State       ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____    $ 2,705,632.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Fee simple

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.**   Debtors primary residence was sol
Street address, if available, or other description

2812 Pat Tillman Drive

Springfield     IL    62711
City       State       ZIP Code

Sangamon
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other $306Kapproximate post sale

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: the $15,000.00 listed is the exh

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 15,000.00    $ 15,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
$306,286.45 currently held by the Ch

☐ **Check if this is community property** (see instructions)

Debtor 1   David Choate Hughes II                              Case number *(if known)* 25-70566
          First Name      Middle Name      Last Name

---

1.3. _____
    Street address, if available, or other description

    _____

    _____
    City                    State      ZIP Code

    _____
    County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** …………………………………………………………………➔   $____2,720,632.00

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.  Make:        Jeep
      Model:       Cherokee
      Year:        2024
      Approximate mileage:  23000
      Other information:

      [          ]

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$____45,000.00   $____0.00

If you own or have more than one, describe here:

3.2.  Make:        _____
      Model:       _____
      Year:        _____
      Approximate mileage:  _____
      Other information:

      [          ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$_____   $_____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **2**

Debtor 1    David Choate Hughes II                                    Case number *(if known)* 25-70566
            First Name    Middle Name    Last Name

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[ ] No
[ ] Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................➜   $_____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **3**

Debtor 1    David Choate Hughes II                                    Case number *(if known)* 25-70566
            First Name    Middle Name    Last Name

---

| Part 3: | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe......... Household goods                                          $ 4,000.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.......... Televisions, laptops, printer, cell phone, speakers, vacuum cleaners.    $ 1,720.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe.......... Various  Artwork, framed photos, decorative items.         $ 270.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.......... Golf clubs, exercise equipment (elliptical, dumbells), smoker grill)    $ 1,035.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.......... Various firearms and ammunition.                        $ 1,160.00

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... All Necessary Essential Clothing                        $ 205.00

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe..........                                                          $

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe..........                                                          $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific
    information. ............. Other Personal Property.                                $ 1,070.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................... →    $ 9,460.00

---

Official Form 106A/B                    **Schedule A/B: Property**                         page **4**

Debtor 1  David Choate Hughes II  Case number *(if known)* 25-70566

First Name   Middle Name   Last Name

---

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ....................................................................................................................................................... Cash: ........................ $ 250.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................   Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Axos DIP (GO) Account Currently In Process Of Oper | $ 0.00 |
| 17.2. Checking account: | Axos DIP Tax Account Currently In Process Of Openi | $ 0.00 |
| 17.3. Savings account: | IHMVCU Checking | $ 0.00 |
| 17.4. Savings account: | IHMVCU Savings | $ 0.00 |
| 17.5. Certificates of deposit: | Navy Federal Checking | $ 0.00 |
| 17.6. Other financial account: | Navy Federal Savings | $ 0.00 |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ................   Institution or issuer name:

$ _____

$ _____

$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

---

Official Form 106A/B   **Schedule A/B: Property**   page **5**

Debtor 1   David Choate Hughes II                                    Case number *(if known)* 25-70566
           First Name    Middle Name    Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific      Issuer name:
   information about
   them....................   _____   $_____

                             _____   $_____

                             _____   $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
   account separately.   Type of account:      Institution name:

                         401(k) or similar plan:   _____   $_____

                         Pension plan:   _____   $_____

                         IRA:   _____   $_____

                         Retirement account:   _____   $_____

                         Keogh:   _____   $_____

                         Additional account:   _____   $_____

                         Additional account:   _____   $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes .........................   Institution name or individual:

                         Electric:   _____   $_____

                         Gas:   _____   $_____

                         Heating oil:   _____   $_____

                         Security deposit on rental unit:   _____   $_____

                         Prepaid rent:   _____   $_____

                         Telephone:   _____   $_____

                         Water:   _____   $_____

                         Rented furniture:   _____   $_____

                         Other:   _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes .........................   Issuer name and description:

                         _____   $_____

                         _____   $_____

                         _____   $_____

Debtor 1   David Choate Hughes II   Case number *(if known)* 25-70566

First Name   Middle Name   Last Name

24. **Interests in an education IRA**, **in an account in a qualified ABLE program**, **or under a qualified state tuition program**.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....   $_____0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....   $_____0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....   $_____0.00

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

> 2024 Federal Tax Refund. The return has already been filed. Still waiting for the funds to be processed and mailed out.

Federal:   $_____1,700.00

State:   $_____

Local:   $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:   $_____

Maintenance:   $_____

Support:   $_____

Divorce settlement:   $_____

Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............   $_____

Debtor 1   David Choate Hughes II        Case number (*if known*) 25-70566
  First Name   Middle Name   Last Name

31. **Interests in insurance policies**
*Examples:* Health, disability**,** or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information..............

$_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ..................... CURRENT / ACTIVE LITIGATION CLAIMS 1.   Sangamon Count

$_____ 10,000,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ....................

$_____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information............

$_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................... ➔

$_____ 11,700,250.00

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe.......

$_____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe.......

$_____

---

Official Form 106A/B             **Schedule A/B: Property**             page **8**

Debtor 1    David Choate Hughes II                                    Case number *(if known)* 25-70566
        First Name      Middle Name      Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... $_____

41. **Inventory**

☑ No

☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......

Name of entity:                                        % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................➔  $_____

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes......................... $_____

Debtor 1  David Choate Hughes II    Case number (*if known*) 25-70566

First Name    Middle Name    Last Name

48. **Crops—either growing or harvested**

☑ No

❑ Yes. Give specific information. ........... $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes ........................ $_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes ........................ $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ........... $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................... ➔ $_____

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific information. ...........

$_____

$_____

$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................... ➔ $_____0.00

---

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .................................................................................................... ➔ $ 2,720,632.00

56. **Part 2: Total vehicles, line 5**    $_____0.00

57. **Part 3: Total personal and household items, line 15**    $_____9,460.00

58. **Part 4: Total financial assets, line 36**    $ 11,700,250.00

59. **Part 5: Total business-related property, line 45**    $_____0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $_____0.00

61. **Part 7: Total other property not listed, line 54**    **+** $_____0.00

62. **Total personal property.** Add lines 56 through 61. ................... $ 11,709,710.00    Copy personal property total ➔ **+** $ 11,709,710.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ............................................................ $ 14,430,342.00

Official Form 106A/B    **Schedule A/B: Property**    page **10**

**Fill in this information to identify your case:**

Debtor 1 _David Choate Hughes II_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Central District of Illinois

Case number _25-70566_
(If known)

☑ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.1** IHMVCU
Creditor's Name
PO BOX 1010
Number    Street

_____
Moline             IL    61266
City          State  ZIP Code

**Describe the property that secures the claim:**

Vehicle

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 51,000.00   $ 45,000.00   $ 6,000.00

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _10/15/2024_

**Nature of lien**. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

**2.2**
Creditor's Name

_____
Number    Street

_____
City          State  ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____   $ _____   $ _____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien**. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ 51,000.00 |
|---|---|

Debtor 1   David Choate Hughes II   _____   Case number (*if known*) 25-70566 _____
           First Name   Middle Name   Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |

| Part 1: | **Additional Page**<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** |

---

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
   Creditor's Name

_____
Number          Street

_____   **As of the date you file, the claim is:** Check all that apply.
                                    ☐ Contingent
_____   ☐ Unliquidated
City           State   ZIP Code     ☐ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only        ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
   Creditor's Name

_____
Number          Street

_____   **As of the date you file, the claim is:** Check all that apply.
                                    ☐ Contingent
_____   ☐ Unliquidated
City           State   ZIP Code     ☐ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only        ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

---

☐ _____  **Describe the property that secures the claim:**   $_____   $_____   $_____
   Creditor's Name

_____
Number          Street

_____   **As of the date you file, the claim is:** Check all that apply.
                                    ☐ Contingent
_____   ☐ Unliquidated
City           State   ZIP Code     ☐ Disputed

**Who owes the debt?** Check one.   **Nature of lien.** Check all that apply.
☐ Debtor 1 only                     ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only                     ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Debtor 1 and Debtor 2 only        ☐ Judgment lien from a lawsuit
☐ At least one of the debtors and another   ☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**   $_____

Official Form 106D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 2 of 3

Debtor 1 ___David Choate Hughes II_____   Case number (*if known*)__25-70566_____
       First Name        Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---------|----------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
City                          State        ZIP Code

**On which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1    David  Choate Hughes II
_____
First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Central District of Illinois

Case number   25-70566_____
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person David Choate Hughes II_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ David Choate Hughes II_____      ✖ _____
Signature of Debtor 1                                  Signature of Debtor 2

Date 05/26/2026_____                        Date _____
MM / DD / YYYY                                         MM / DD / YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

**FILED**

**U.S. Bankruptcy Court**
**Central District of Illinois**

5/26/2026  2:05 PM

**Adrienne D. Atkins, Clerk**

In re:

DAVID CHOATE HUGHES, II, Chapter 7
Case No. 25-70566
Debtor.

**CERTIFICATE OF SERVICE**

I, David Choate Hughes, II, declare under penalty of perjury that on 5/26/2026, I served a true and correct copy of the following documents:

Amended 106 D 5.12.2026

Amended 106 DEC 5.26.2026

Amended 106 SUM 5.26.2026

Amended AB 5.26.2026

on the parties listed below by the methods indicated:

1. Robert E. Eggmann, Chapter 7 Trustee
   Carmody MacDonald P.C.
   120 S. Central Avenue, Suite 1800
   St. Louis, MO 63105
   Served by email to: ree@carmodymacdonald.com on 5/12/2026 & 5/13/2026

2. United States Trustee
   Office of the United States Trustee
   401 Main Street, Suite 1100
   Peoria, IL 61602
   Served by email to: james.salinas@usdoj.gov on 5/12/2026 & 5/13/2026

The Generations Group-Don Strickland, By: US Mail

14312 Zion Gate Xing

Conroe, TX 77384-2516


TnC NOLA Holdings LLC By: US Mail

1461 Annunciaction Street B

New Orleans, LA 70130


Belle Maison Realty, LLC Attn: Lea Muse: By US Mail

1133 E 83rd Street 171

Chicago, IL 60619


Acres & Royalty LLC: By US Mail

P.O. Box 1087

Ruston, LA 71273-1087


Rolling By The Dozen RV Park LLC: By US Mail

40 Country Road 267

Somerville, TX 77879


Temidayo Adebayo: By US Mail

148 Undercli Avenue Suite 9

Edgewater, NJ 07020

S&L Zeppeteli DBA SLZ Waste Inc: By US Mail

191 Moonachie Road

Moonachie, NJ 07074

Global Verse Holdings LLC: By US Mail

1709 Vintage Lane

Wylie, TX 75098


A Complete Home Inspection LLC: By US Mail

110 Velsco Lane

Port Sulphur, LA 70083


Sun Coast Entertainment Live LLC: By US Mail

6960 Brescia Way

Orlando, FL 32819


Meetopolis LLC Attn: Lisa Butkiewicz: By US Mail

5434 E Kathleen Road

Scottsdale, AZ 85254


Heliosun LLC DBA Odin: By US Mail

1600 S Litchfield Rd 230A

Goodyear, AZ 85338


Faith Investors Services LLC: By US Mail

1522 4th Ave

Asbury Park, NJ 07712

Solace Realty Concepts LLC: By US Mail

112 Lehigh Ave

Newark, NJ 07112

Legacy Land Developers LLC: By US Mail

1651 W 100th St

CHICAGO, IL 60643


Another Chance Group Home Inc: By US Mail

54 N Vista Ave

Casa Grande, AZ 85122


The Farming Co Pty Ltd: By US Mail

86 Lakeside Drive

Helena Valley

6056, Western Australia


Nortical Capital Inc: By US Mail

921 E. Parker Street 1

Lakeland, FL 33801


Foster Group LLC: By US Mail

2539 N 300 E

Lehi, UT 84043


Uncle Willie Green Wings: By US Mail

141 Lehigh Ave

Newark, NJ 07112

Latent Wealth Group, LLC: By US Mail

302 N. Abajo Peak Way

Heber City, UT 84032

Cool Beanz, LLC: By US Mail

143 West Fulton Street

Sanford, FL 32771-143

Knut LLC: By US Mail

697 N 740 E

Lehi UT 84043

AMRODDO HOLDINGS, LLC: By US Mail

625 WOODMONT AVE

BERKELEY, CA 94708

Bild Credit LLC: By US Mail

30 N Gould Street 30212

Sheridan, WY 82801

Autonomous Drone Solutions DBA: By US Mail

2121 Brittmoore 2200

Houston, TX 77043

Bull & Bear Properties LLC: By US Mail

1140 E 87th Street

Chicago, IL 60619

ALV Capital LLC: By US Mail

c/o Strauss Law Group PLLC

264 South River Road, Box 552

Bedford, NH 03110

Hospitality Growth Capital LLC: By US Mail

264 South River Road, Box 552

Bedford, NH 03110

Nutre Leasing LLC: By US Mail

264 South River Road, Box 552

River Road, Bedford, NH 03110

Solar Capital Funding LLC: By US Mail

c/o Strauss Law Group PLLC

264 South River Road, Box 552

Springer Farms Landholdings, LLC

325 N 1200 E

American Fork, UT 84003-325

Darnell Development: By US Mail

1118 N Chinowth

VISALIA, CA 93291-2814

Business Live Global USA LLC: By US Mail

4538 Walnut Ridge Circle

McDonald, PA 15057


Log Cabin Building LLC: By US Mail

289 Parker Drive

Pittsburgh, PA 15216


West Palm Holdings Inc: By US Mail

2705 Via Vistosa

San Clemente, CA 92672


Brooklyn Heights: By US Mail

307 N Lincoln Street

Tallulah, LA 71282-307


Zelco Properties LLC: By US Mail

108 Patriot Dr A

Middletown, DE 19709


North Haven Lodging Partners LLC Benjamin J. Morris, c/o Foley & Lardner LLP: By
US Mail

11988 El Camino Real, Suite 400

San Diego, CA 92130


Wallingford Lodging Partners LLC Benjamin J. Morris, c/o Foley & Lardner LLP: By
US Mail

11988 El Camino Real, Suite 400

San Diego, CA 92130

New Mount Olive Church: By US Mail

2905 Macfarlane Crescent

Flossmoor, IL 60422-2905


Relco Industries LLC and Richard L Ellison: By US Mail

75 Lambert Avenue

Clifton, NJ 07013


Cobb Utilities Inc.: By US Mail

191 Honeysuckle Circle NE.

Ranger, GA 54235


Alere LLC: By US Mail

1530 E. Williams Field Rd 201

Gilbert, AZ 85295


The Farming Co Pty Ltd: By US Mail

86 Lakeside Drive

Helena Valley 6056, Western Australia


N2N Group, Inc: By US Mail

5 Webb Hill Road

Great Neck, NY 11020


WAI Holdings, LLC: By US Mail

1275 S Lucerne Blvd

Los Angeles, California 90019

Michael Thompson: By US Mail

1448 W Salmon Caddis Dr

Blufdale, UT 85065

Rowehl & Russo Properties LLC.: By US Mail

237 Floyd Rd

Shirley, NY 11967

NCR Digital Corp: By US Mail

237 Floyd Road

Shirley, NY 11967

Onsite lifecare Inc: By US Mail

23 Dora Lane

Holmdel, NJ 07733

Brian Bevan: By US Mail

282 East 300 South

SMITHFIELD, UT 84335-1636

Limitless Investment Group, LLC: By US Mail

3855 south 500 West Unit B

Salt Lake City, UT 84115

Michael Calvitto, H&M Essential Services LLC.: By US Mail

15714 Torry Pines Rd.

Houston, TX 77062-4512

Knut LLC: By US Mail

697 N 740 E

Lehi UT 84043

Dajo Properties LLC

11360Chestnut Tree Rd

Honey Brook, PA 19344

Anvil Construction Inc.: By US Mail

470 N Main St

Brigham City, UT 84302

Sunlight Storage LLC: By US Mail

3344 Bear Canyon Ln

Pleasant Grove, UT 84062

Archer Capital Investments LLC / Michael: By US Mail

Thompson

1448 W. Salmon Caddis Dr.

Blufdale, UT 84065

Moser Holdings, LLC: By US Mail

537 S. 150 E.

Smithfield, UT 84335

Braces at Brick, PA - Dr John Young: By US Mail

900 Cedar Bridge Ave Ste B15

Brick, NJ 08723


20Twenty Development LLC: By US Mail

494 N Emery Ave

Orem, UT 84057


Eastern Account System of Connecticut, Inc.: By US Mail

3 Corporate Drive, Ste 2

Danbury, CT 06810


Pacer Service Center: By US Mail

P.O. Box 5208

Portland, OR 97208-5208


TruGreen: By US Mail

1790 Kirby Pkwy Ste 300

Memphis, TN 38138


All Day Lawn Service LLC: By US Mail

3900 Rochester Rd

Springfield, IL 62712-9125


Date: 5/26/2026

/s/ David Choate Hughes II

David Choate Hughes II

3309 Robbins Rd PMB 160

Springfield, IL 62704

Debtor, Pro Se

Email: davidchoatehughes@gmail.com

Phone: (217) 416 - 5059