**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**FILED**

U.S. Bankruptcy Court
Central District of Illinois

6/1/2026  2:45 PM

**Adrienne D. Atkins, Clerk**

In re:

Case No. 25-70566

DAVID CHOATE HUGHES, II, Chapter 7

Debtor.

**DEBTOR'S MOTION FOR EXTENSION OF TIME**
**TO PAY THE REQUIRED FILING FEE**

Debtor, David Choate Hughes II, respectfully moves the Court for a brief two-week extension of time, through and including June 16, 2026, to pay the filing fee required by the Court's Order Requiring Filing Fee entered May 26, 2026. In support of this Motion, Debtor states as follows:

1. On May 26, 2026, the Court entered an Order Requiring Filing Fee directing payment of the required fee on or before June 2, 2026.

2. The filing at issue is the amended liability schedule / amended matrix, for which the Order states a $34.00 filing fee is required.

3. Debtor is currently out of town and unable to make the required payment by the present deadline.

4. Debtor requests a brief two-week extension of time, through and including June 16, 2026, in order to make the necessary payment arrangements and timely remit the required fee.

5. This request is made in good faith and before the expiration of the current deadline.

WHEREFORE, Debtor respectfully requests that the Court enter an Order extending the deadline to pay the required filing fee through and including June 16, 2026, and granting such further relief as the Court deems just and proper.

Respectfully submitted this 1st day of June 2026,

/s/ David Choate Hughes II
David Choate Hughes II, pro se
3309 Robbins Rd PMB 160
Springfield, IL 62704
217.416.5059
davidchoatehughes@gmail.com

## CERTIFICATE OF SERVICE

I, David Choate Hughes, II, declare under penalty of perjury that on 6/1/2026, I served a true and correct copy of the following document:

DEBTOR'S MOTION FOR EXTENSION OF TIME
TO PAY THE REQUIRED FILING FEE

on the parties listed below by the methods indicated:

1.  Robert E. Eggmann, Chapter 7 Trustee
    Carmody MacDonald P.C.
    120 S. Central Avenue, Suite 1800
    St. Louis, MO 63105
    Served by email to: ree@carmodymacdonald.com

2.  United States Trustee
    Office of the United States Trustee
    401 Main Street, Suite 1100
    Peoria, IL 61602
    Served by email to: james.salinas@usdoj.gov


Date: 6/1/2026

/s/ David Choate Hughes II

David Choate Hughes II

3309 Robbins Rd PMB 160

Springfield, IL 62704

Debtor, Pro Se

Email: davidchoatehughes@gmail.com

Phone: (217) 416 - 5059