**IT IS SO ORDERED.**

**SIGNED THIS: June 2, 2026**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                          Case No.   25–70566

Debtor

### ORDER

The following having been filed:

   1)      Debtor's Motion to Extend Time to Pay Filing Fee (doc #386)

IT IS ORDERED THAT:

Matter    Action

   1)      Allowed. The $34.00 filing fee for the Amended Schedule D filed on May 26, 2026 is due on or before June 16, 2026.

   Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###