**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

In Re:                                       )        In Proceedings
                                             )        Under Chapter 7
      DAVID CHOATE HUGHES, II,              )
                                             )        BK    25-70566
          Debtors.                     )

**NOTICE OF MOTION TO PAY**

PLEASE TAKE NOTICE that Robert E. Eggmann, in his capacity as Trustee of the Bankruptcy Estate of David Choate Hughes, II (Trustee"), has filed his Motion to Pay (the "Motion").  The Trustee is seeking to pay $20,580.45 to Coady Roofing as partial reimbursement for the roofing work completed from the insurance funds received, any additional insurance proceeds received for the roof claim not to exceed the total due of $27,701.99, upon receipt of the additional insurance funds, and $1,055.00 to Cardinal Cleaning for services rendered for removal of items and cleaning of 2812 Pat Tillman Drive, Springfield, Illinois (the "Real Estate").

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one. If no objections are filed with the Clerk of the U.S. Bankruptcy Court at 600 E. Monroe St., Springfield, IL 62701 to this Motion to Pay on or before **July 6, 2026** an Order may be entered authorizing the Trustee to pay the 20,580.45 to Coady Roofing as partial reimbursement for the roofing work completed from the insurance funds received, any additional insurance proceeds received for the roof claim not to exceed the total due of $27,701.99, upon receipt of the additional insurance funds, and $1,055.00 to Cardinal Cleaning for services rendered for removal of items and cleaning of the "Real Estate".  Go to www.ilcb.uscourts.gov for information regarding this Court's mandatory electronic filing policy

         Respectfully submitted,

         ROBERT E. EGGMANN, TRUSTEE

         /s/ Robert E. Eggmann
         Robert E. Eggmann, Trustee
         PO Box 168
         Columbia, Illinois 62236
         (618) 222-1900 (Telephone)
         (314) 854-8660 (Fax)
         reetrustee@carmodymacdonald.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List at the following addresses on the 15th day of June, 2026.

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

The undersigned hereby certifies that a true and correct copy of the foregoing was served by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 15th day of June, 2026 as follows:

| | | |
|---|---|---|
| David Choate Hughes II<br>3309 Robbins Rd PMB 160<br>Springfield, IL 62704 | Eastern Account System of<br>Connecticut<br>3 Corporate Dr, Ste 2<br>Danbury, CT 06810 | Nortical Capital Inc<br>921 E Parker St 1<br>Lakeland, FL 33801 |
| 20Twenty Development<br>494 N Emery Ave<br>Orem, UT 84057<br>A Complete Home Inspection<br>110 Velsco Ln<br>Port Sulphur, LA 70083 | Faith Investors Services<br>1522 4th Ave<br>Asbury Park, NJ 07712<br>Foster Group<br>2539 N 300 E<br>Lehi, UT 84043 | Nutre Leasing<br>264 S River Rd, Box 552<br>Bedford, NH 03110<br>Onsite Lifecare<br>23 Dora Ln<br>Holmdel, NJ 07733 |
| Aaron R Cohen as<br>Chapter 7 Trustee<br>c/o Raye C. Elliott, Esq.<br>401 E Jackson St Ste 1700<br>Tampa, FL 33602 | Global Verse Holdings<br>1709 Vintage Lane<br>Wylie, TX 75098 | Onslow Bay Financial<br>PO Box 65250<br>Salt Lake City, UT 84165 |

Acres & Royalty
PO Box 1087
Ruston, LA 71273

Goldman Sachs Bank
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

Pacer Service Center
PO Box 5208
Portland, OR 97208

Alere
1530 E Williams Field Rd 201
Gilbert, AZ 85295

Heliosun dba Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

Quantum3 Group
PO Box 788
Kirkland, WA 98083

All Day Lawn Service
3900 Rochester Rd
Springfield, IL 62712

Heliosun
17792 W Valentine St
Surprise, AZ 85388

Relco Industries
and Richard L Ellison
75 Lambert Aven
Clifton, NJ 07013

Ally
PO Box 9222
Old Bethpage, NY 11804

Hospitality Growth Capital
264 S River Rd Box 552
Bedford, NH 03110

Rolling By the Dozen RV Park
40 Country Rd 267
Somerville, TX 77879

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

IH Mississippi Valley CU
2500 River Dr
Moline, IL 61265

Rowehl & Russo Properties
237 Floyd Rd
Shirley, NY 11967

ALV Capital
c/o Strauss Law Group PLLC
264 Sh River Rd Box 552
Bedford, NH 03110

IHMVCU
PO Box 1010
Moline, IL 61266

S&L Zeppeteli
dba SLZ Waste
191 Moonachie Rd
Moonachie, NJ 07074

American Express Natl Bank
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Illinois Dept of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794

Seiler Tucker
400 Poydras St Ste 1460
New Orleans, LA 70130

Amroddo Holdings
625 Woodmont Ave
Berkeley, CA 94708

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Solace Realty Concepts
112 Lehigh Ave
Newark, NJ 07112

Another Chance Group Home
54 N Vista Ave
Casa Grande, AZ 85122

Knut
697 N 740 E
Lehi UT 84043

Solar Capital Funding
c/o Strauss Law Group
264 S River Rd Box 552
Bedford, NH 03110

Anvil Construction
470 N Main St
Brigham City, UT 84302

Latent Wealth Group
302 N Abajo Peak Way
Heber City, UT 84032

Springer Farms Landholdings
325 N 1200 E
American Fork, UT 84003

3

Archer Capital Investments
Michael Thompson
1448 W. Salmon Caddis Dr
Bluffdale, UT 84065

Autonomous Drone Solutions
2121 Brittmoore 2200
Houston, TX 77043

Belle Maison Realty
Attn Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

Bild Credit
30 N Gould Street 30212
Sheridan, WY 82801

Braces at Brick
Dr John Young
900 Cedar Bridge Ave Ste B15
Brick, NJ 08723

Brian Bevan
282 E 300 S
Smithfield, UT 84335

Brooklyn Heights
307 N Lincoln St
Tallulah, LA 71282

Bull & Bear Properties
1140 E 87th St
Chicago, IL 60619

Business Live Global USA
4538 Walnut Ridge Circle
McDonald, PA 15057
Cavalry SPV I
assignee of Citibank,
PO Box 4252
Greenwich, CT 06831

Legacy Land Developers
1651 W 100th St
Chicago, IL 60643

LendSure Mortgage.
Legal Department
12230 World Trade Dr #250
San Diego, CA 92128

Limitless Investment Group,
3855 S 500 W Unit B
Salt Lake City, UT 84115

Log Cabin Building
289 Parker Drive
Pittsburgh, PA 15216

Meetopolis
Attn Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254

Mercury Card Services
PO Box 84064
Columbus, GA 31908

Michael Calvitto
H&M Essential Services
15714 Torry Pines Rd
Houston, TX 77062

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 85065

Mitchell Mims
1627 7th St S
Clanton, AL 35045
Moser Holdings
537 S. 150 E.
Smithfield, UT 84335

Sun Coast Entertainment Live
6960 Brescia Way
Orlando, FL 32819

Sunlight Storage
3344 Bear Canyon Ln
Pleasant Grove, UT 84062

Temidayo Adebayo
148 Undercliff Ave Ste 9
Edgewater, NJ 07020

The Farming Co Pty
86 Lakeside Dr
Helena Valley
6056, Western Australia

The Generations Group
Don Strickland
14312 Zion Gate Xing
Conroe, TX 77384-2516

TnC NOLA Holdings
1461 Annunciaction St B
New Orleans, LA 70130

TruGreen
1790 Kirby Pkwy Ste 300
Memphis, TN 38138

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112

WAI Holdings
1275 S Lucerne Blvd
Los Angeles, CA 90019
Wallingford Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

4

Cobb Utilities
191 Honeysuckle Circle NE
Ranger, GA 54235

N2N Group
5 Webb Hill Rd
Great Neck, NY 11020

Wells Fargo Bank,
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306

Cool Beanz
143 West Fulton St
Sanford, FL 32771

Navy Federal
PO Box 3000
Merrifield, VA 22119

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

NCR Digital Corp
237 Floyd Rd
Shirley, NY 11967

West Palm Holdings
2705 Via Vistosa
San Clemente, CA 92672

Dajo Properties
11360Chestnut Tree Rd
Honey Brook, PA 19344

New Mount Olive Church
2905 Macfarlane Crescent
Flossmoor, IL 60422

Zelco Properties
108 Patriot Dr A
Middletown, DE 19709

Darnell Development
1118 N Chinowth
Visalia, CA 93291

North Haven Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

*/s/ Robert E. Eggmann*