**IT IS SO ORDERED.**

**SIGNED THIS: June 16, 2026**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                              Case No.    25–70566

Debtor

### ORDER

A hearing having been held June 16, 2026, on the following matter:

1)      Reaffirmation Agreement between Debtor and IH Mississippi Valley Credit Union (doc #379)

IT IS ORDERED THAT:

Matter    Action

1)      The Reaffirmation Agreement is approved.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###