**IT IS SO ORDERED.**

**SIGNED THIS: June 18, 2026**

_Mary P. Gorman_
_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                        Case No.   25−70566

Debtor

## AMENDED ORDER

The following having been filed:

1)      Debtor's Motion to Extend Time to Pay Filing Fee (doc #391)

IT IS ORDERED THAT:

Matter    Action

1)      Allowed. The $34.00 filing fee for the Amended Schedule D filed on June 23,
        2026 is due on or before June 30, 2026.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###