**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, | ) | |
| | ) | BK   25-70566 |
| Debtor. | ) | |

**TRUSTEE'S AMENDED OBJECTION TO
CLAIM NO. 19-1 FILED BY JENNIFER DOWD**

TO:   Jennifer Dowd

Robert E. Eggmann, Chapter 7 Trustee (hereinafter "Trustee'), objects to the following claim:

| Claimant of Claim Objected To: | Claim Number | Amount of Claim |
|---|---|---|
| Jennifer Dowd | 19-1 | $20,300.00 |

The basis for the Trustee's Objection is as follows:

Claim 19-1 seeks the immediate payment of a claim for court-ordered child support in the amount of $20,300.00 to Jennifer Dowd, the Debtor's former spouse. The attachment to Claim 19-1 purports to be an Order entered on June 8, 2026 by the Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois (Case No. 2015 D 9) evidencing a child support obligation owed to Jennifer Dowd for arrearages through April 2026 in the amount of $9,100.00 and additional child support obligations from May 2026 through August 2027 totaling $11,200.00.

Trustee objects to Claim 19-1 to the extent that it seeks the *immediate* payment of Claim 19-1 but has no objection to an allowed claim paid through the normal course of the bankruptcy estate administration. Moreover, Trustee objects to Claim 19-1 to the extent that is seeks the payment of any post-petition child support arrearages and/or future child support payments, as such obligations are collectible from Debtor directly and not from the bankruptcy estate.

In support of this Amended Objection to Claim 19-1, Trustee files contemporaneously herewith his Memorandum of Law in Support of Amended Objection.

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE A WRITTEN RESPONSE AND/OR AN AMENDED CLAIM WITHIN 30 DAYS FROM THE DATE OF THIS OBJECTION. YOUR RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT AT 600 EAST MONROE STREET, ROOM 226, SPRINGFIELD, ILLINOIS 62701 AND SERVED ON TRUSTEE ROBERT E. EGGMANN AT PO BOX 168, COLUMBIA, ILLINOIS 62236 AND ALL PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 30 DAYS.**

**ABSENCE OF A RESPONSE WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.   IF A RESPONSE IS <u>NOT</u> FILED WITH THE BANKRUPTCY COURT** on or before the expiration of the 30 days, the Court will enter an Order upholding the above Trustee's Objection to your claim.

Go to www.ilcb.uscourts.gov for information regarding mandatory electronic filing.

WHEREFORE, Robert E. Eggmann, Trustee, prays that the Court sustain the Trustee's Objection to the claim as set forth above and for such other and further relief as this Court deems just and equitable.

Dated: June 23, 2026

ROBERT E. EGGMANN, TRUSTEE,

By: /s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
PO Box 168
Columbia, IL 62236
(618) 222-1900 telephone
(314) 854-8660 fax
reetrustee@carmodymacdonald.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically on all parties scheduled on the Court's ECF Notice List on this 23rd day of June, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valey Credit Union at <u>aew@brookslawfirmpc.com</u>

Dana N. O'Brien on behalf of LendSure Mortgage Corp at <u>dana.obrien@mccalla.com</u>, <u>mccallaecf@ecf.courtdrive.com</u>

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at <u>kinnera.bhoopal@mccalla.com</u>, <u>mccallaecf@ecf.courtdrive.com</u>

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at <u>thw@heplerbroom.com</u>

Gregory D. Latham on behalf of Michelle Seiler Tucker at <u>glatham@iplawconsulting.com</u>

US Trustee at <u>USTPRegion10.PE.ECF@usdoj.gov</u> , <u>james.salina@usdoj.gov</u>

and

was served upon creditors and interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each party at their addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid on the 23rd day of June, 2026 as follows:

Jennifer Dowd
57 Country Place
Springfield IL 62703

<u>/s/ Krista Doiron</u>