**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| IN RE: | ) | In Proceedings | |
| | ) | Under Chapter 7 | |
| DAVID CHOATE HUGHES, | ) | | |
| | ) | BK    25-70566 | |
| Debtor. | ) | | |

**TRUSTEE'S OBJECTION TO CLAIM NO. 31-1 OF ONSITE LIFECARE INC**

TO:    Onsite Lifecare Inc

Robert E. Eggmann, Chapter 7 Trustee (hereinafter "Trustee"), objects (this "Objection") to the following claim:

| Claimant of Claim Objected To: | Claim Number | Amount of Claim |
|---|---|---|
| Onsite Lifecare Inc | 31-1 | $144,500.00 |

Trustee objects to Claim No. 31-1 filed on June 22, 2026 (the "Claim") and respectfully requests that the Claim be disallowed. The basis for the Trustee's Objection is as follows:

- It would appear that the Claim is not for a debt of this Debtor individually, but rather that of a business entity, Genie Investments and/or McMann Commercial Lending.
- The Claim appears to be duplicative of that filed in the chapter 11 bankruptcy case of Genie Investments, NV, Inc. in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division in Case No. 24-00496 as Claim No. 55 of Onsite Lifecare Inc.
- The Claim seeks damages based upon, *inter alia*, alleged "fraudulent inducement, false pretenses, intentional or negligent misrepresentation, concealment, reliance damages, unjust enrichment, misuse or conversion of funds, lost business opportunities, lost profits, financing-related damages, consequential damages, attorneys' fees where recoverable, and any other damages established through further investigation, discovery, and legal proceedings" which claim is more properly asserted as an objection to dischargeability in Debtor's bankruptcy case.

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE A WRITTEN RESPONSE AND/OR AN AMENDED CLAIM WITHIN 30 DAYS FROM THE DATE OF THIS OBJECTION. YOUR RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT AT 600 EAST MONROE STREET, ROOM 226, SPRINGFIELD, ILLINOIS 62701 AND SERVED ON TRUSTEE ROBERT E. EGGMANN AT PO BOX 168, COLUMBIA,**

**ILLINOIS 62236 AND ALL PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 30 DAYS.**

**ABSENCE OF A RESPONSE WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.   IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before the expiration of the 30 days, the Court will enter an Order upholding the above Trustee's Objection to your claim.

Go to www.ilcb.uscourts.gov for information regarding mandatory electronic filing.

WHEREFORE, Robert E. Eggmann, Trustee, prays this Court sustain the Trustee's Objection to the Claim as set forth above and disallow said Claim.

Dated:  July 8, 2026

ROBERT E. EGGMANN, TRUSTEE,

By: /s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
PO Box 168
Columbia, IL 62236
(618) 222-1900 telephone
(314) 854-8660 fax
reetrustee@carmodymacdonald.com

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically on all parties scheduled on the Court's ECF Notice List on this 8th day of July, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valley Credit Union at <u>aew@brookslawfirmpc.com</u>

Dana N. O'Brien on behalf of LendSure Mortgage Corp at <u>dana.obrien@mccalla.com</u>, <u>mccallaecf@ecf.courtdrive.com</u>

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at <u>kinnera.bhoopal@mccalla.com</u>, <u>mccallaecf@ecf.courtdrive.com</u>

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at <u>thw@heplerbroom.com</u>

Gregory D. Latham on behalf of Michelle Seiler Tucker at <u>glatham@iplawconsulting.com</u>

US Trustee at <u>USTPRegion10.PE.ECF@usdoj.gov</u> , <u>james.salina@usdoj.gov</u>

and

was served upon creditors and interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each party at their addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid on the 8th day of July, 2026 as follows:

David Choate Hughes II                              Onsite Lifecare Inc
3309 Robbins Rd PMB 160                        23 Dora Ln
Springfield IL 62704                                   Holmdel NJ 07733

/s/ Krista Doiron