**IT IS SO ORDERED.**

**SIGNED THIS: July 15, 2026**

_(signature)_

_____

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID CHOATE HUGHES II | ) | Case No.: 25-70566 |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| ************************************** | ) | |
| | ) | |
| MONICA V. KINDT | ) | |
| Acting United States Trustee, | ) | |
| | ) | |
| Plaintiff. | ) | Adv. Case No.: 26-07013 |
| vs. | ) | |
| | ) | |
| DAVID CHOATE HUGHES II | ) | |
| | ) | . |
| Defendant. | ) | |

## DEFAULT JUDGMENT ON
## COMPLAINT OBJECTING TO DISCHARGE

This matter came for hearing on July 14, 2026, on the United States Trustee's Motion for

Entry of Default and for Default Judgment, (the "Motion," *see* Doc. #6), on a Complaint Objecting

to the Defendant's Discharge. Movant, Monica V. Kindt, Acting United States Trustee for Region

10, appeared by her attorney, James A. Salinas. The defendant, David Choate Hughes II, appeared *pro se*.

The Court, having reviewed the Motion and its supporting Affidavit filed as Document No. 9 on July 14, 2026, being fully advised in the premises of the underlying Complaint Objecting to Discharge, and with no Response to the Motion or an Answer to the Complaint being filed as of the time the hearing on the Motion was called, finds that both the Complaint and the Motion are well pled in the law and the facts, and that the Motion should be GRANTED.

It is therefore, ORDERED that the discharge is DENIED in the underlying bankruptcy case of DAVID CHOATE HUGHES II, case number 25-70566, for the reasons alleged in Counts I-V of the United States Trustee's Complaint Objecting to Discharge, pursuant to the provisions of 11 U.S.C. §§ 727(a)(2)(A), (a)(2)(B), (a)(3), and (a)(4)(A), for Defendant's false oaths and concealment, and failure to keep or preserve information.

###