**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, | ) | |
| | ) | BK 25-70566 |
| Debtor. | ) | |

# TRUSTEE'S OBJECTION TO CLAIM NO. 15-1 OF MITCHELL MIMS

TO: Mitchell Mims

Robert E. Eggmann, Chapter 7 Trustee (hereinafter "Trustee"), objects (this "Objection") to the following claim:

| Claimant of Claim Objected To: | Claim Number | Amount of Claim |
|---|---|---|
| Mitchell Mims | 15-1 | $245,926.84 |

Trustee objects to Claim No. 15-1 filed on May 15, 2026 (the "Claim") and respectfully requests that the Claim be disallowed. The basis for the Trustee's Objection is as follows:

- It is not clear that the Claim is for a debt of this Debtor individually.
- The Claim contains insufficient supporting documentation. Trustee is unable to determine the validity of the Claim due to a lack of supporting documentation.
- The Claim attaches an invoice for legal services invoiced to Claimant by Hepler Broom on or about March 12, 2026 in the amount of $37,642.83. [POC 15-1 Part 4, Part 5.] Claimant has provided no evidence demonstrating Debtor's obligation to pay Claimant's legal fees.
- The Claim attaches an invoice for legal services invoiced to Claimant by White Arnold & Dowd P.C. on or about August 4, 2025 in the amount of $25,130.00. [POC 15-1 Part 8, Part 5.] Claimant has provided no evidence demonstrating Debtor's obligation to pay Claimant's legal fees.
- Claimant claims $162,154.01 is due from Debtor as a result of alleged "meddling." [*See* POC 15-1 Part 7, Part 5.] Claimant has provided no evidence demonstrating Debtor's obligation to pay for any such action. Moreover, this claim may be more properly asserted as an objection to dischargeability in Debtor's bankruptcy case.
- Claimant claims $21,000.00 is due from Debtor as a result of Debtor's alleged actions creating "undue hardship" for Claimant. [*See* POC 15-1 Part 5.] Claimant has provided no evidence demonstrating Debtor's obligation to pay for any such action. Moreover, this claim may be more properly asserted as an objection to dischargeability in Debtor's bankruptcy case.

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE A WRITTEN RESPONSE AND/OR AN AMENDED CLAIM WITHIN 30 DAYS FROM THE DATE OF THIS OBJECTION. YOUR RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT AT 600 EAST MONROE STREET, ROOM 226, SPRINGFIELD, ILLINOIS 62701 AND SERVED ON TRUSTEE ROBERT E. EGGMANN AT PO BOX 168, COLUMBIA, ILLINOIS 62236 AND ALL PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 30 DAYS.**

**ABSENCE OF A RESPONSE WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION. IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before the expiration of the 30 days, the Court will enter an Order upholding the above Trustee's Objection to your claim.

Go to www.ilcb.uscourts.gov for information regarding mandatory electronic filing.

WHEREFORE, Robert E. Eggmann, Trustee, prays this Court sustain the Trustee's Objection to the Claim as set forth above and disallow said Claim.

Dated: July 15, 2026

ROBERT E. EGGMANN, TRUSTEE,

By: /s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
PO Box 168
Columbia, IL 62236
(618) 222-1900 telephone
(314) 854-8660 fax
reetrustee@carmodymacdonald.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically on all parties scheduled on the Court's ECF Notice List on this 15th day of July, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valley Credit Union at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

was served upon creditors and interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each party at their addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid on the 15th day of July, 2026 as follows:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield IL 62704

Mitchell Mims
1627 7th St. S
Clanton, AL 35045

/s/ Krista Doiron