**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, | ) | |
| | ) | BK    25-70566 |
| Debtor. | ) | |

**TRUSTEE'S OBJECTION TO CLAIM NO. 33-1 OF DAVID HUGHES II**

TO:    David Hughes II

Robert E. Eggmann, Chapter 7 Trustee (hereinafter "Trustee"), objects (this "Objection") to the following claim:

| Claimant of Claim Objected To: | Claim Number | Amount of Claim |
|---|---|---|
| David Hughes II | 53-1 | $47,900.00 |

Trustee objects to Claim No. 53-1 filed on April 1, 2026 (the "Claim") and respectfully requests that the Claim be disallowed. The basis for the Trustee's Objection is as follows:

- The Claim purports to assert a claim by Debtor individually, as creditor and claim holder.
- Moreover, the Claim is filed and signed by an entity not authorized to assert a claim on behalf of the Debtor, to-wit: "Legacy Land Developers LLC" by "Owner" Carla Harrison.
- The Claim contains no supporting documentation. Trustee is unable to determine the validity of the Claim due to a lack of supporting documentation.
- It would appear that the Claim is not for a debt of this Debtor individually, but rather that of a business entity, McCann Commercial Activations.
- Claim is a duplicate of Claim 13-1.
- Claim is untimely.

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, THEN YOU OR YOUR ATTORNEY MUST FILE A WRITTEN RESPONSE AND/OR AN AMENDED CLAIM WITHIN 30 DAYS FROM THE DATE OF THIS OBJECTION. YOUR RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT AT 600 EAST MONROE STREET, ROOM 226, SPRINGFIELD, ILLINOIS 62701 AND SERVED ON TRUSTEE ROBERT E. EGGMANN AT PO BOX 168, COLUMBIA, ILLINOIS 62236 AND ALL PARTIES LISTED ON THE ATTACHED CERTIFICATE OF SERVICE.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 30 DAYS.**

**ABSENCE OF A RESPONSE WILL CONSTITUTE A CONSENT TO THE ENTRY OF AN ORDER ALLOWING OR DISALLOWING THE CLAIM AS SET FORTH IN THE OBJECTION.   IF A RESPONSE IS <u>NOT</u> FILED WITH THE BANKRUPTCY COURT** on or before the expiration of the 30 days, the Court will enter an Order upholding the above Trustee's Objection to your claim.

Go to www.ilcb.uscourts.gov for information regarding mandatory electronic filing.

WHEREFORE, Robert E. Eggmann, Trustee, prays this Court sustain the Trustee's Objection to the Claim as set forth above and disallow said Claim.

Dated:  July 31, 2026

ROBERT E. EGGMANN, TRUSTEE,

By: /s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
PO Box 168
Columbia, IL 62236
(618) 222-1900 telephone
(314) 854-8660 fax
reetrustee@carmodymacdonald.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically on all parties scheduled on the Court's ECF Notice List on this 8th day of July, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valley Credit Union at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

was served upon creditors and interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each party at their addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid on the 8th day of July, 2026 as follows:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield IL 62704

David Hughes II
1409 E Dove Pl
Casa Grande AZ 85122

David Hughes II
1651 W 100th St
Chicago IL 60643

/s/ Krista Doiron

3