Form errfilob

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

*In Re:* David Choate Hughes, II
**Debtor**

*Case No.:* 25−70566

*Chapter:* 7

### Order Striking Incorrect or Incomplete Document

*Go to www.ilcb.uscourts.gov for ECF Procedures*

**A(n) Trustee's Objection to Claim 53−1 of David Hughes II (doc 3488) filed on 07/31/26 is incorrect or incomplete.**

☐ Document filed in bankruptcy case and should be filed in adversary case.

☐ Document filed in wrong case.

☐ Your multi−part motion requests reliefs that were not selected in ECF. Re−file your multi−part motion and correctly select all parts in ECF. Alternatively, limit your Motion to one relief and re−file.

☐ PDF is: ☐ unreadable   ☐ incomplete   ☐ missing

☑ PDF does not match docket entry.

☐ PDF does not match case.

☐ Other:

The caption on the PDF indicates Objection to Claim #33−1.

**IT IS ORDERED** that the above described document is hereby stricken. If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

**Entered:** 7/31/26

    /S/   Mary P. Gorman
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.