FILED TIME PM2:49
2026 AUG 3 SPR

ADRIENNE D. ATKINS
CLERK, USBC CDIL

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

DAVID CHOATE HUGHES, Debtor.

Case No. BK 25-70566     Date: July 27, 2026

## RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM

Claimant: Meetopolis, LLC and Lisa Butkiewicz (Pro Se)

| | | |
|---|---|---|
| *Creditor:* (7567652)<br>Meetopolis LLC<br>Attn: Lisa Butkiewicz<br>5434 E Kathleen Road<br>Scottsdale, AZ 85254 | **Claim No: 16**<br>*Original Filed*<br>*Date*: 05/18/2026<br>*Original Entered*<br>*Date*: 05/18/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

Amount claimed: $60000.00

*History:*

Details     16-1   05/18/2026 Claim #16 filed by Meetopolis LLC, Amount claimed: $60000.00 (admin)

## 1. Introduction

The Trustee objects to Claimants' Proof of Claim on the basis that the claim appears to arise from obligations of Genie Investments NV rather than David Choate Hughes individually, and that a claim has also been filed in the Genie Investments NV bankruptcy proceeding. Claimants respectfully disagree that the claim against David Hughes should be disallowed on those grounds.

## 2. Relationship to the Genie Investments NV Bankruptcy

Claimants acknowledge that a Proof of Claim has also been filed in the bankruptcy case of Genie Investments NV (Case No. 3:24-bk-00496). The corporate claim is asserted against the bankruptcy estate of Genie Investments NV. The claim in David Hughes' personal bankruptcy is asserted separately because Claimants allege that David Hughes personally participated in, directed, controlled, benefited from, and was personally involved in the conduct that caused Claimants' financial losses. Claimants do not seek a double recovery. Any recovery received from either bankruptcy estate will be credited against the same underlying loss.

## 3. Basis for David Hughes' Personal Liability

Claimants allege that David Hughes was not merely an officer or owner of Genie Investments NV. Rather, David Hughes personally participated in the representations and conduct that induced Meetopolis, LLC and Lisa Butkiewicz to provide funds in connection with the proposed financing transaction. Claimants further allege that David Hughes personally benefited from those funds. Claimants never received the promised loan proceeds or funding, nor were the funds returned by Genie Investments NV or David

Hughes individually. Claimants assert that David Hughes may be personally liable under applicable law, including claims based upon fraudulent inducement, misrepresentation, false pretenses, concealment, unjust enrichment, personal participation in fraudulent conduct, personal benefit from investor funds, and any other claims supported by the evidence.

### 4. Claimants' Loss

Meetopolis, LLC and Lisa Butkiewicz paid funds in reliance upon representations that financing had been approved and would be funded. The promised funding was never completed. Claimants never received the promised loan proceeds and were never reimbursed for the funds paid. Claimants continue to suffer financial damages resulting from these transactions.

### 5. Claim Is Not Duplicative

Claimants respectfully state that the claims are not duplicative. The corporate bankruptcy claim seeks recovery from Genie Investments NV. The individual bankruptcy claim seeks recovery from David Hughes based upon his alleged personal conduct and personal liability. Claimants understand they are entitled to only one recovery for their losses and will credit any recovery received from one bankruptcy estate against any recovery from another responsible party.

### 6. Request for Relief

WHEREFORE, Meetopolis, LLC and Lisa Butkiewicz respectfully request that the Court: (1) Overrule the Trustee's Objection; (2) Allow the Proof of Claim against David Hughes to proceed; (3) Alternatively, permit Claimants to amend or supplement their Proof of Claim if additional clarification is required; and (4) Grant such other relief as the Court deems just and proper.


Respectfully submitted,

Meetopolis, LLC


By: Lisa Butkiewicz
Member/Manager

lisa@meetopolis.com

818 209 1933

Lisa Butkiewicz, Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via email to all parties on this 27 day of July, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valley
Credit Union

Dana N. O'Brien on behalf of LendSure
Mortgage Corp

Kinnera Bhoopal on behalf of LendSure
Mortgage Corp

Thomas H. Wilson on behalf of MIMS-IPR LLC
and Mitchell Mims

Gregory D. Latham on behalf of Michelle Seiler
Tucker

US Trustee

aew@brookslawfirmpc.com

dana.obrien@mccalla.com,
mccallaecf@ecf.courtdrive.com

kinnera.bhoopal@mccalla.com,
mccallaecf@ecf.courtdrive.com

thw@heplerbroom.com

glatham@iplawconsulting.com

USTPRegion10.PE.ECF@usdoj.gov
james.salina@usdoj.gov