**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF SUPPLEMENTAL APPLICATION TO EMPLOY THOMAS H. RISKE, ROBERT E. EGGMANN, ECKY R. EGGMANN AND THE LAW FIRM OF CARMODY MACDONALD P.C. AS COUNSEL FOR THE TRUSTEE**

PLEASE TAKE NOTICE that Robert E. Eggmann ("Trustee"), in his capacity as trustee of the bankruptcy estate of David Choate Hughes, II, has filed a *Supplemental Application to Employ Thomas H. Riske, Robert E. Eggmann, Becky R. Eggmann, and the Law Firm of Carmody MacDonald P.C. as Counsel for the Trustee* (the "Application"). The Trustee is seeking to employ counsel to assist in the administration of the estate, including representation of the estate's interest in certain state court litigation, assistance with the liquidation of real estate in Alabama and Illinois, the recovery and sale of property of the bankruptcy estate, the prosecution of potential Chapter 5 causes of action, and handling of any non-bankruptcy litigation. The Trustee proposes to pay his attorneys an hourly rate plus expenses as further set forth in the Application. Compensation will be paid as an administrative expense in such amounts as this Court shall hereinafter determine and allow upon application to be filed by said attorneys pursuant to 11 U.S.C. § 330.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one. If no objections are filed with the Clerk of the U.S. Bankruptcy Court at 226 US Courthouse, 600 E. Monroe Street, Springfield, IL 62701 to this Notice of Application to Employ on or before August 24, 2026 an Order may be entered authorizing the employment upon the terms set forth herein. Go to www.ilcb.uscourts.gov for information regarding this Court's mandatory electronic filing policy

Respectfully submitted,

ROBERT E. EGGMANN, TRUSTEE

/s/ Robert E. Eggmann
Robert E. Eggmann, Trustee
PO Box 168
Columbia, Illinois 62236
(618) 222-1900 (Telephone)
(314) 854-8660 (Fax)
reetrustee@carmodymacdonald.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Supplemental Application to Employ Thomas H. Riske, Robert E. Eggmann, Becky R. Eggmann, and the Law Firm of Carmody MacDonald P.C. as Counsel for the Trustee* and *Notice of Supplemental Application to Employ Thomas H. Riske, Robert E. Eggmann, Becky R. Eggmann, and the Law Firm of Carmody MacDonald P.C. as Counsel for the Trustee* was served electronically on all parties scheduled on the Court's ECF Notice List at the following addresses on the 10th day of August, 2026.

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

and

The undersigned hereby certifies that a true and correct copy of the *Supplemental Application to Employ Thomas H. Riske, Robert E. Eggmann, Becky R. Eggmann, and the Law Firm of Carmody MacDonald P.C. as Counsel for the Trustee* and *Notice of Supplemental Application to Employ Thomas H. Riske, Robert E. Eggmann, Becky R. Eggmann, and the Law Firm of Carmody MacDonald P.C. as Counsel for the Trustee* was served by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 10th day of August, 2026 as follows:

| | | |
|---|---|---|
| David Choate Hughes II<br>3309 Robbins Rd PMB 160<br>Springfield, IL 62704 | Eastern Account System of Connecticut<br>3 Corporate Dr, Ste 2<br>Danbury, CT 06810 | Nortical Capital Inc<br>921 E Parker St 1<br>Lakeland, FL 33801 |
| 20Twenty Development<br>494 N Emery Ave<br>Orem, UT 84057 | Faith Investors Services<br>1522 4th Ave<br>Asbury Park, NJ 07712 | Nutre Leasing<br>264 S River Rd, Box 552<br>Bedford, NH 03110 |
| A Complete Home Inspection<br>110 Velsco Ln<br>Port Sulphur, LA 70083 | Foster Group<br>2539 N 300 E<br>Lehi, UT 84043 | Onsite Lifecare<br>23 Dora Ln<br>Holmdel, NJ 07733 |

Aaron R Cohen as
Chapter 7 Trustee
c/o Raye C. Elliott, Esq.
401 E Jackson St Ste 1700
Tampa, FL 33602

Acres & Royalty
PO Box 1087
Ruston, LA 71273

Alere
1530 E Williams Field Rd 201
Gilbert, AZ 85295

All Day Lawn Service
3900 Rochester Rd
Springfield, IL 62712

Ally
PO Box 9222
Old Bethpage, NY 11804

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603

ALV Capital
c/o Strauss Law Group PLLC
264 Sh River Rd Box 552
Bedford, NH 03110

American Express Natl Bank
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Amroddo Holdings
625 Woodmont Ave
Berkeley, CA 94708

Another Chance Group Home
54 N Vista Ave
Casa Grande, AZ 85122

Global Verse Holdings
1709 Vintage Lane
Wylie, TX 75098

Goldman Sachs Bank
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170

Heliosun dba Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

Heliosun
17792 W Valentine St
Surprise, AZ 85388

Hospitality Growth Capital
264 S River Rd Box 552
Bedford, NH 03110

IH Mississippi Valley CU
2500 River Dr
Moline, IL 61265

IHMVCU
PO Box 1010
Moline, IL 61266

Illinois Dept of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Knut
697 N 740 E
Lehi UT 84043

Onslow Bay Financial
PO Box 65250
Salt Lake City, UT 84165

Pacer Service Center
PO Box 5208
Portland, OR 97208

Quantum3 Group
PO Box 788
Kirkland, WA 98083

Relco Industries
and Richard L Ellison
75 Lambert Aven
Clifton, NJ 07013

Rolling By the Dozen RV Park
40 Country Rd 267
Somerville, TX 77879

Rowehl & Russo Properties
237 Floyd Rd
Shirley, NY 11967

S&L Zeppeteli
dba SLZ Waste
191 Moonachie Rd
Moonachie, NJ 07074

Seiler Tucker
400 Poydras St Ste 1460
New Orleans, LA 70130

Solace Realty Concepts
112 Lehigh Ave
Newark, NJ 07112

Solar Capital Funding
c/o Strauss Law Group
264 S River Rd Box 552
Bedford, NH 03110

3

Anvil Construction
470 N Main St
Brigham City, UT 84302

Archer Capital Investments
Michael Thompson
1448 W. Salmon Caddis Dr
Bluffdale, UT 84065

Autonomous Drone Solutions
2121 Brittmoore 2200
Houston, TX 77043

Belle Maison Realty
Attn Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

Bild Credit
30 N Gould Street 30212
Sheridan, WY 82801

Braces at Brick
Dr John Young
900 Cedar Bridge Ave Ste B15
Brick, NJ 08723

Brian Bevan
282 E 300 S
Smithfield, UT 84335

Brooklyn Heights
307 N Lincoln St
Tallulah, LA 71282

Bull & Bear Properties
1140 E 87th St
Chicago, IL 60619

Business Live Global USA
4538 Walnut Ridge Circle
McDonald, PA 15057

Cavalry SPV I
assignee of Citibank,
PO Box 4252
Greenwich, CT 06831

Latent Wealth Group
302 N Abajo Peak Way
Heber City, UT 84032

Legacy Land Developers
1651 W 100th St
Chicago, IL 60643

LendSure Mortgage.
Legal Department
12230 World Trade Dr #250
San Diego, CA 92128

Limitless Investment Group,
3855 S 500 W Unit B
Salt Lake City, UT 84115

Log Cabin Building
289 Parker Drive
Pittsburgh, PA 15216

Meetopolis
Attn Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254

Mercury Card Services
PO Box 84064
Columbus, GA 31908

Michael Calvitto
H&M Essential Services
15714 Torry Pines Rd
Houston, TX 77062

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 85065

Mitchell Mims
1627 7th St S
Clanton, AL 35045

Moser Holdings
537 S. 150 E.
Smithfield, UT 84335

Springer Farms Landholdings
325 N 1200 E
American Fork, UT 84003

Sun Coast Entertainment Live
6960 Brescia Way
Orlando, FL 32819

Sunlight Storage
3344 Bear Canyon Ln
Pleasant Grove, UT 84062

Temidayo Adebayo
148 Undercliff Ave Ste 9
Edgewater, NJ 07020

The Farming Co Pty
86 Lakeside Dr
Helena Valley
6056, Western Australia

The Generations Group
Don Strickland
14312 Zion Gate Xing
Conroe, TX 77384-2516

TnC NOLA Holdings
1461 Annunciaction St B
New Orleans, LA 70130

TruGreen
1790 Kirby Pkwy Ste 300
Memphis, TN 38138

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112

WAI Holdings
1275 S Lucerne Blvd
Los Angeles, CA 90019

Wallingford Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

4

Cobb Utilities
191 Honeysuckle Circle NE
Ranger, GA 54235

N2N Group
5 Webb Hill Rd
Great Neck, NY 11020

Wells Fargo Bank
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306

Cool Beanz
143 West Fulton St
Sanford, FL 32771

Navy Federal
PO Box 3000
Merrifield, VA 22119

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

NCR Digital Corp
237 Floyd Rd
Shirley, NY 11967

West Palm Holdings
2705 Via Vistosa
San Clemente, CA 92672

Dajo Properties
11360Chestnut Tree Rd
Honey Brook, PA 19344

New Mount Olive Church
2905 Macfarlane Crescent
Flossmoor, IL 60422

Zelco Properties
108 Patriot Dr A
Middletown, DE 19709

Darnell Development
1118 N Chinowth
Visalia, CA 93291

North Haven Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

*/s/ Robert E. Eggmann*

5