**IT IS SO ORDERED.**

**SIGNED THIS: August 10, 2026**

_(signature)_

**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:  David Choate Hughes II      Case No. 25−70566

Debtor

### ORDER

The following having been filed:

 1)  IH Mississippi Valley Credit Union's Withdrawal of Claim #6−1 (doc #466)

IT IS ORDERED THAT:

Matter Action

 1)  Allowed. Claim #6−1 of IH Mississippi Valley Credit Union is Withdrawn.


 Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

### ###