**IT IS SO ORDERED.**

**SIGNED THIS: August 10, 2026**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:        David Choate Hughes II                    Case No.   25−70566

Debtor

### ORDER

The following having been filed:

1)      Trustee's Objection to Claim 6−1 of IH Mississippi Valley Credit Union (doc #420)

IT IS ORDERED THAT:

Matter    Action

1)      Trustee's Objection to Claim 6−1 of IH Mississippi Valley Credit Union is moot due to the withdrawal of Claim #6−1 by IH Mississippi Valley Credit Union.

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

###