Form ostrkbk

# UNITED STATES BANKRUPTCY COURT

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

*In Re:* David Choate Hughes, II
  *Debtor*

*Case No.:* 25–70566

*Chapter:* 7

## Order Striking Deficient Document

*Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for Cases filed in the Springfield Division for additional information.*

**A(n) Response to Objection to Claim 17–1 of Heliosun LLC Filed by Creditor Ayo Agbejimi (doc #516) having been filed on 08/07/26 and being deficient for the following reason:**

☐ Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format

☐ Proof of Service not adequate:

  ☐ Service must be made upon the entire mailing matrix

  ☐ Service of amended schedule must be made on creditors added by the amended schedule

  ☐ Service on a corporation must be made per Rule 7004(b)(3)

☐ Proof of Service not filed

☐ Verified statement required per Rule 2014 missing/incomplete

☐ Plan (Amended Plan) not properly captioned/dated

☐ Plan (Amended Plan) paragraph 1 A, B and/or C not properly completed

☐ Official Form 106Dec or 202 missing or incomplete

☐ Official Form 427 – Reaffirmation Agreement Cover Sheet missing/incomplete

☐ Chapter 13 plans must be filed using the most current model plan form available on the Court's website per Standing Order dated March 20, 2023.

☑ Other:

  Doc #516 was filed by non–attorney individual with no connection to claim no.17–1. A response has already been filed by a representative of the holder of proof of claim 17–1.

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 8/12/26

  /S/   Mary P. Gorman
United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.