Form ostrkbk

## UNITED STATES BANKRUPTCY COURT

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217–492–4551

*In Re:*  David Choate Hughes, II
        ***Debtor***

*Case No.:* 25–70566

*Chapter:* 7

### Order Striking Deficient Document

***Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for
Cases filed in the Springfield Division for additional information.***

**A(n) Response Filed by Relco Industries LLC (doc #531) having been filed on 08/10/26 and being deficient for the following reason:**

☐  Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format

☐  Proof of Service not adequate:

   ☐   Service must be made upon the entire mailing matrix

   ☐   Service of amended schedule must be made on creditors added by the amended schedule

   ☐   Service on a corporation must be made per Rule 7004(b)(3)

☐  Proof of Service not filed

☐  Verified statement required per Rule 2014 missing/incomplete

☐  Plan (Amended Plan) not properly captioned/dated

☐  Plan (Amended Plan) paragraph 1 A, B and/or C not properly completed

☐  Official Form 106Dec or 202 missing or incomplete

☐  Official Form 427 – Reaffirmation Agreement Cover Sheet missing/incomplete

☐  Chapter 13 plans must be filed using the most current model plan form available on the Court's website per Standing Order dated March 20, 2023.

☑  Other:

   Doc #531 was late–filed by non–attorney individual on behalf of another.

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 8/12/26

    /S/   Mary P. Gorman
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.