Form clmtext

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:*  David Choate Hughes, II
  *Debtor(s)*

*Case No.:* 25–70566

*Chapter:*  7

---

## *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text–only order, no associated pdf) Order re: Objection to Claim: Claim 50–1 of Darnell Development LLC. Objection allowed as filed. (RE: related document(s)458 Objection to Claim filed by Trustee Robert E Eggmann). (court, emcc)**

Dated: 8/12/26

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.