Form ntchrgBK

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

***In Re:*** David Choate Hughes, II
***Debtor(s)***

***Case No.:*** 25−70566

***Chapter:*** 7

---

***PLEASE TAKE NOTICE*** that a Hearing will be held at

US Courthouse, Room 232, 600 E Monroe St, Springfield, IL 62701

on 9/15/26 at 09:00 AM

to consider and act upon the following:

Trustee's Objection to Claim 39−1 of Foster Group LLC and Response filed thereto

**Unless the Court orders otherwise in a particular case or as to a particular attorney or party, attorneys and parties in interest participating in this hearing have the option of appearing remotely via Zoom for Government® in lieu of appearing in person. To do so, launch Zoom® through your web browser or app and enter the following credentials as prompted.**

**Meeting ID: 161 8563 5975 Passcode: 1598**

**Multiple hearings may be set at the same time. Stay connected to the Zoom® conference until your hearing(s) are concluded. Keep your camera and microphone off or muted while waiting for your case(s) to be called.**

**Video access is available only to parties in interest and their attorneys participating in the hearing. Members of the public and others interested in observing the proceedings must do so in person in the courtroom or by telephone. To listen by telephone, dial 551−285−1373 and enter the Meeting ID (followed by the # sign) and Passcode (followed by the # sign) when prompted. Participation by telephone is limited to listening only.**

**For full details and connection information, see Judge Gorman's Zoom Video Hearing Guide for Participants on the Court's website. Participants are strongly encouraged to review the Guide prior to the scheduled hearing. www.ilcb.uscourts.gov/zoom−video−hearing−guide−participants**

*Please be advised that all hearings are recorded. Participants electing to appear via Zoom® are responsible for ensuring their ability to connect to the conference and compliance with applicable rules and procedures. A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the hearing.*

Dated: 8/27/26

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.