Form ostrkbk

**UNITED STATES BANKRUPTCY COURT**

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

217−492−4551

***In Re:*** David Choate Hughes, II
***Debtor***

***Case No.:*** 25−70566

***Chapter:*** 7

**Order Striking Deficient Document**

***Go to www.ilcb.uscourts.gov and click on Judge Gorman's Procedures for Cases filed in the Springfield Division for additional information.***

**A(n) Response to Trustee's Objection to Claim 21−1 of Brooklyn Heights (doc #479) having been filed on 07/22/26 and being deficient for the following reason:**

- ☐ Not signed/Not signed by attorney as required by Rule 9011/Electronic signatures not in proper format
- ☐ Proof of Service not adequate:
  - ☐ Service must be made upon the entire mailing matrix
  - ☐ Service of amended schedule must be made on creditors added by the amended schedule
  - ☐ Service on a corporation must be made per Rule 7004(b)(3)
- ☐ Proof of Service not filed
- ☐ Verified statement required per Rule 2014 missing/incomplete
- ☐ Plan (Amended Plan) not properly captioned/dated
- ☐ Plan (Amended Plan) paragraph 1 A, B and/or C not properly completed
- ☐ Official Form 106Dec or 202 missing or incomplete
- ☐ Official Form 427 − Reaffirmation Agreement Cover Sheet missing/incomplete
- ☐ Chapter 13 plans must be filed using the most current model plan form available on the Court's website per Standing Order dated March 20, 2023.
- ☑ Other:

  Claimant failed to comply with order entered August 4, 2026, requiring the entry of appearance of counsel.

**IT IS ORDERED** that the above described document is hereby **STRICKEN**.

If the stricken document was filed pursuant to a statutorily set or court ordered deadline, that deadline is not extended by the entry of this order. The striking of documents is generally without prejudice. Stricken documents **may not** be amended but may be refiled. If a filing fee was required for the stricken document, it will not be refunded and a new filing fee may be required if a corrected document is filed.

Dated: 8/27/26

/S/ Mary P. Gorman
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.