Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

***In Re:*** David Choate Hughes, II
***Debtor(s)***

***Case No.:*** 25−70566

***Chapter:*** 7

---

***NOTICE OF ENTRY OF TEXT ORDER***

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) ORDER Withdrawing: (RE: related document(s)652 Response filed by Creditor John Michael Cohan, 653 Response filed by Creditor John Michael Cohan, 654 Response filed by Creditor John Michael Cohan, 655 Response filed by Creditor John Michael Cohan, 656 Response filed by Creditor John Michael Cohan, 657 Response filed by Creditor John Michael Cohan). (court, emcc)**

Dated: 9/1/26

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.