Form clmtext

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

***In Re:*** David Choate Hughes, II
***Debtor(s)***

***Case No.:*** 25−70566

***Chapter:*** 7

***NOTICE OF ENTRY OF TEXT ORDER***

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) Order re: Objection to Claim: Claim 38−1 of Sunlight Storage LLC. Objection allowed as filed. (RE: related document(s)446 Objection to Claim filed by Trustee Robert E Eggmann). (court, emcc)**

Dated: 9/2/26

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.