UNITED STATES BANKRUPTCY COURT
for the
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

In re: Case No. 25-70566

DAVID CHOATE HUGHES, II,

Debtor. Chapter 7

# **MOTION TO CONTINUE HEARING**

COMES NOW Foster Group LLC , by and through undersigned counsel, hereby respectfully moves this Court for a brief continuance of the hearing currently scheduled for September 15, 2026 at 9:00a.m., and in support thereof states as follows:

1. The above-captioned matter is currently set for hearing on September 15, 2026 regarding *Trustee's Objection to Claim 39-1 of Foster Group LLC*.
2. Foster Group LLC previously proceeded *pro se* and, as a result, the matter was set for hearing.
3. Undersigned counsel has recently been retained to represent Foster Group LLC in this matter and has entered an appearance on behalf of the creditor.
4. Foster Group's counsel contacted the Chapter 7 Trustee, Rober Eggman, in an effort to discuss the Trustee's objection and determine whether the matter may be resolved without the necessity of a hearing.
5. Counsel has been advised that the Trustee is presently out of town and will not return until the date of the currently scheduled hearing.
6. Counsel emailed the Trustee to see if Trustee objected to the continuance. As of this writing, the Trustee has not yet responded to the email.
7. Counsel respectfully requests a brief continuance to allow counsel a reasonable opportunity to confer with the Trustee after his return regarding the objection and the creditor's newly obtained representation.
8. A brief continuance would allow the parties an opportunity to determine whether the Trustee's objection can be resolved without further litigation or the necessity of a hearing, thereby conserving the resources of the Court, the Trustee, and the parties.
9. Counsel respectfully requests a continuance of two weeks.
10. This request is made in good faith and not for purposes of delay. Foster Group LLC believes that a brief continuance may facilitate resolution of the matter and potentially eliminate the need for the currently scheduled hearing.

**WHEREFORE**, Foster Group LLC , by counsel, respectfully requests that the Court continue the hearing currently scheduled for September 15, 2026 and reset the matter for a date

and time convenient to the Court, preferably sufficiently after the Trustee's return to allow counsel an opportunity to confer with the Trustee.

Respectfully submitted,

By: /s/Jason T. Cranney
Jason Cranney (IN Bar #33221-41)
Turner Law LLC
716 West Street
Madison IN 47250
435-757-6675
jcranney@gmail.com

ATTORNEY FOR FOSTER GROUP LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certify that on September 10, 2026, a true and correct copy of the foregoing *Motion to Continue Hearing* was served upon the parties entitled to notice through the Court's CM/ECF system at the following addresses:

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

Thomas Bushnell Fullerton on behalf of Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc. at thomas.fullerton@akerman.com

and

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion to Continue Hearing* by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this September 10, 2026, as follows:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield, IL 62704

/s/Jason Cranney