**IT IS SO ORDERED.**

**SIGNED THIS: September 14, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, II, | ) | |
| | ) | BK 25-70566 |
| Debtor. | ) | |

**<u>ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE</u>**

This cause having come before the Court on the Trustee's *Application for Employment of Accountant for Trustee* and the Court being fully advised

IT IS HEREBY ORDERED that Trustee is authorized to employ the Roger W. Stone, as accountant for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications, pursuant to 11 U.S.C. § 330, subject to the approval of this Court.

###