FILED
U.S. Bankruptcy Court
Central District of Illinois
9/21/2026 8:58 AM

Adrienne D. Atkins, Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

In re:
DAVID CHOATE HUGHES, II,
Debtor.

Case No. 25-70566
Chapter 7

## DEBTOR'S MOTION TO CONTINUE OCTOBER 20, 2026, HEARING

David Choate Hughes, appearing pro se, respectfully moves to continue the hearing scheduled for October 20, 2026. The hearing concerns six matters identified in the Court's Notice of Hearing. In support, Debtor states:

1. The October 20 hearing concerns:

a. Document 624, relating to Claim No. 23-1 of Michael Thompson;

b. Document 625, relating to Claim No. 26-1 of Lea Muse;

c. Document 626, relating to Claim No. 44-1 of Charles Blake Stringer;

d. Document 627, relating to Claim No. 52-1 of H&M Essential Services LLC;

e. Document 658, relating to Claim No. 9-1 of Aaron R. Cohen, in his capacity as Chapter 7 trustee; and

f. Document 661, relating to Claim No. 15-1 of Mitchell Mims.

2. On September 11, 2026, the Court entered an order granting the Trustee's motion to abandon certain property of the estate.
3. The abandonment order includes the Zoomeral accounts receivable and any potential offset against Claim No. 9. It also includes Debtor's current, pending, and potential causes of action against various parties.
4. Related proceedings are pending in the United States Bankruptcy Court for the Middle District of Florida in In re Genie Investments NV, Inc., Case No. 3:24-bk-00496-BAJ.
5. The Florida Court has scheduled a November 9, 2026, hearing on Debtor's motion seeking relief under Rule 60(d)(3) from the August 12, 2024 order converting the Genie case from Chapter 11 to Chapter 7. A copy of the Florida notice is attached as **Exhibit A**.

6. The Florida Court has described that November 9 hearing as non-evidentiary. Debtor seeks, among other relief, consideration of an evidentiary hearing, discovery, and related relief concerning the alleged fraud-on-the-court issues.

7. The Florida Court has also scheduled November 9 proceedings concerning an injunction request filed on behalf of Chapter 7 Trustee Aaron R. Cohen and a separate motion filed by John Michael Cohan.

8. The Florida proceedings concern the conversion of the Genie case and related factual and legal issues that may affect Claim No. 9, the Zoomeral Offset Claim, and related claims, defenses, offsets, indemnification issues, alleged wrongful conversion, and causes of action.

9. Debtor contends that the matters scheduled for October 20 are connected to, or may be affected by, the Florida proceedings and the underlying facts and evidence at issue there.

10. Proceeding with the October 20 matters before the Florida Court addresses those issues could require Debtor, the Trustee, and other parties to take positions or incur expense concerning matters that may later be affected by the Florida proceedings.

11. A continuance would allow the Florida proceedings to occur first, reduce the risk of inconsistent positions, avoid potentially unnecessary expense, and permit the related matters to proceed in a more orderly sequence.

12. Debtor requests only a continuance of the October 20 hearing until after the November 9 Florida proceedings, or until another date selected by the Court.

13. Debtor does not request a stay of this bankruptcy case, a ruling on the merits of any Florida proceeding, or a determination through this motion that Claim No. 9 or any other claim must be allowed, disallowed, vacated, or withdrawn.

14. Debtor seeks to preserve all objections, defenses, offset rights, indemnification defenses, and other positions concerning the scheduled matters, Claim No. 9, the Zoomeral Offset Claim, the abandonment order, and the related Florida and Alabama proceedings.

15. This motion is made in good faith and not for purposes of unnecessary delay.

16. The October 20 hearing notice permits remote participation but states that a continuance requires a motion establishing good cause submitted at least two

business days before the hearing. Debtor submits this motion to address that requirement.

17. Debtor's position regarding the related proceedings is based on the need to avoid unnecessary expense and potentially inconsistent adjudications while the Florida Court considers the threshold issues identified above.

18. Debtor has contacted, or attempted to contact, the Trustee and the affected parties regarding this request.

WHEREFORE

Debtor David Choate Hughes respectfully requests that the Court:

A. Continue the October 20, 2026, hearing;

B. Continue all matters identified in the October 20 hearing notice;

C. Reset those matters for a date after the November 9, 2026, proceedings in the Florida bankruptcy case, or for another date selected by the Court;

D. Preserve Debtor's objections, defenses, offset rights, indemnification defenses, and other positions concerning the scheduled matters; and

E. Grant any other relief the Court considers appropriate.

Respectfully submitted,

/s/ David Hughes
DAVID CHOATE HUGHES
3309 Robbins Road, PMB 160
Springfield, Illinois 62704
Telephone: 217-416-5059
Email: davidchoatehughes@gmail.com
Debtor, pro se

Date: September 21st, 2026

# CERTIFICATE OF SERVICE

I certify that on September 21st, 2026, I served a true and correct copy of DEBTOR'S MOTION TO CONTINUE OCTOBER 20, 2026, HEARING as follows:

Electronic Service

The document was served electronically through the Court's CM/ECF system on all parties registered to receive electronic notices in this case, including:

Robert E. Eggmann
ree@carmodymacdonald.com

Thomas H. Riske
thr@carmodymacdonald.com

United States Trustee
USTPRegion10.PE.ECF@usdoj.gov
james.salina@usdoj.gov

Thomas Bushnell Fullerton on behalf of Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc. at thomas.fullerton@akerman.com

and

The undersigned hereby certifies that a true and correct copy of the foregoing was served by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 21st day of September, 2026 as follows:

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 85065

Mitchell Mims
1627 7th St S
Clanton, AL 35045

H&M Essential Services
Michael Calvitto
12103 Floramorgan Lane
Houston, TX 77089

Lea Muse
1133 E 83rd St.
Chicago, IL 60619

Charles Blake Stringer
Nutra-Acres LLC
149 South Shore Drive
Amarillo, TX 79118

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21st, 2026

Respectfully submitted,

/s/ David Hughes
DAVID CHOATE HUGHES
3309 Robbins Road, PMB 160
Springfield, Illinois 62704
Telephone: 217-416-5059
Email: davidchoatehughes@gmail.com
Debtor, pro se

Date: September 21st, 2026

1. **Exhibit A**.

**[Dntchrg]** [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case Number:
3:24−bk−00496−BAJ
Chapter 7

Genie Investments NV Inc.

Debtor* /

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1. The Honorable Jason A. Burgess will conduct a non−evidentiary hearing on **November 9, 2026 at 12:00 PM in Courtroom 4A, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202** to consider the following:

**Motion under Rule 60(d)(3) for Relief from the August 12, 2024, Conversion Order based on Fraud on the Court, for an Evidentiary Hearing, Discovery, and Related Relief Filed by Interested Party David Hughes, Doc. No. 651**

2. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/burgess/.

3. A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated September 16, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.