**IT IS SO ORDERED.**

**SIGNED THIS: September 21, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

In re: David Choate Hughes II Case No. 25−70566

Debtor

**ORDER**

The following having been filed:

1) Debtor's Motion to Continue Hearing Set October 20, 2026.

IT IS ORDERED THAT:

Matter Action

1) Denied.

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###