**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**FILED**
**U.S. Bankruptcy Court**
**Central District of Illinois**
9/22/2026 11:39 AM
**Adrienne D. Atkins, Clerk**

In re:
DAVID CHOATE HUGHES II,
Debtor.

Case No. 25-70566
Chapter 7

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PRIOR MOTION**

The undersigned Debtor submits the accompanying exhibits in support of the previously filed Debtor's Verified Motion to Compel Production of the Retherford Memorandum and Any Subsequent Memorandum Prepared for the Trustee.

These exhibits are intended to supplement and be filed with that prior motion. They are not submitted as a separate motion or request for additional relief.

EXHIBITS

- Exhibit A: December 29, 2025, Order Concerning the Alabama Properties
- Exhibit B: August 28, 2026, Order of Dismissal Without Prejudice
- Exhibit C: September 11, 2026, Order Granting Trustee's Motion to Abandon Certain Property of the Bankruptcy Estate
- Exhibit D: September 2, 2025, Order Concerning the setting aside of prior order to dismiss as a mistake

Respectfully submitted,

/s/ David Choate Hughes II
David Choate Hughes II
Debtor, pro se
3309 Robbins Road, PMB 160
Springfield, Illinois 62704
Telephone: 217-416-5059
Email: davidchoatehughes@gmail.com

Dated: September 22, 2026

- Exhibit A: December 29, 2025, Order Concerning the Alabama Properties

AlaFile E-Notice

14-CV-2025-900132.00

Judge: JOY PACE BOOTH

To: DAVID CHOATE HUGHES II
davidchoatehughes@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MIMS-IPR, LLC V. GENIE INVESTMENTS, LLC ET AL
14-CV-2025-900132.00

The following matter was FILED on 12/29/2025 7:00:10 AM

Notice Date: 12/29/2025 7:00:10 AM

NICK BURNETT
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
500 2ND AVENUE NORTH
CLANTON, AL, 35046

205-755-4275
nick.burnett@alacourt.gov

ELECTRONICALLY FILED
12/29/2025 7:00 AM
14-CV-2025-900132.00
CIRCUIT COURT OF
CHILTON COUNTY, ALABAMA
NICK BURNETT, CLERK

**IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA**

| | | |
|---|---|---|
| MIMS-IPR, LLC,<br>Plaintiff,<br><br>V.<br><br>GENIE INVESTMENTS, LLC,<br>TENANT FIRST HOMES,<br>HUGHES DAVID,<br>COHAN JOHN MICHAEL ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No.: CV-2025-900132.00 |

**ORDER**

Defendant's Motion to Strike is denied.

Upon review, the Court hereby ORDERS all property/assets subject of this cause of action are frozen and shall not be used, transferred, modified or otherwise touched in any manner.

This case is temporarily STAYED pending bankruptcy proceedings.

Any future action in this case on behalf of any LLC/corporate entity must have representation by a licensed attorney.

**DONE this 29th day of December, 2025.**

**/s/ JOY PACE BOOTH**
**CIRCUIT JUDGE**

- Exhibit B: August 28, 2026, Order of Dismissal Without Prejudice

AlaFile E-Notice

14-CV-2025-900132.00

Judge: JOY PACE BOOTH

To: DAVID CHOATE HUGHES II
davidchoatehughes@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MIMS-IPR, LLC V. GENIE INVESTMENTS, LLC ET AL
14-CV-2025-900132.00

The following matter was FILED on 8/28/2026 2:34:35 PM

Notice Date: 8/28/2026 2:34:35 PM

NICK BURNETT
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
53 ROBERT THRELKELD PKWY
CLANTON, AL, 35046

205-755-4275
nick.burnett@alacourt.gov

DOCUMENT 306

ELECTRONICALLY FILED
8/28/2026 2:34 PM
14-CV-2025-900132.00
CIRCUIT COURT OF
CHILTON COUNTY, ALABAMA
NICK BURNETT, CLERK

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MIMS-IPR, LLC, )
Plaintiff, )
)
v. ) Case No.: CV-2025-900132.00
)
GENIE INVESTMENTS, LLC, )
TENANT FIRST HOMES, )
HUGHES DAVID, )
COHAN JOHN MICHAEL, )
Defendants. )

Order of Dismissal

The action against Defendant(s) GENIE INVESTMENTS, LLC ,TENANT FIRST HOMES ,HUGHES DAVID ,COHAN JOHN MICHAEL is hereby dismissed without prejudice for lack of service of the summons and complaint pursuant to Alabama Rule of Civil Procedure 4.

DONE this 28th day of August, 2026

/s/ JOY PACE BOOTH

CIRCUIT JUDGE

- Exhibit C: September 11, 2026, Order Granting Trustee's Motion to Abandon Certain Property of the Bankruptcy Estate

**IT IS SO ORDERED.**

**SIGNED THIS: September 11, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| DAVID CHOATE HUGHES, II, | ) | Case No. 25-70566 |
| | ) | |
| Debtor. | ) | |

**<u>ORDER GRANTING TRUSTEE'S MOTION TO ABANDON CERTAIN PROPERTY OF THE BANKRUPTCY ESTATE, PURSUANT TO 11 U.S.C. § 554</u>**

The matter before the Court on *Trustee's Motion to Abandon Certain Property of the Bankruptcy Estate, Pursuant to 11 U.S.C. § 554* (the "Motion"). Upon review of the Motion, notice to all creditors and parties in interest, and no objections having been received,

IT IS HEREBY ORDERED that the Trustee's Motion is GRANTED.

IT IS FURTHER ORDERED that Trustee Robert E. Eggmann is authorized to abandon the bankruptcy estate's interest in certain property defined in the Motion, pursuant to 11 U.S.C. § 554, including the following:

a. approximately 26 parcels of real estate located in Clanton, Alabama (the "Alabama Real Estate");

b. a certain claim alleged by Debtor against the Illinois Department of Children and Family Services (the "DCFS Claim");

c. an interest in the accounts receivable of Zoomeral, Inc. and any potential offset against filed Claim No. 9 (the "Zoomeral Offset Claim");

d. Debtor's current pending and potential causes of action (the "Debtor Causes of Action") against various other parties, including, as defined in greater detail in the Motion, the MIMS Litigation, the Mims-IPR LLC Litigation, the Gross Misconduct Litigation, the Legal Malpractice Litigation, the Mitchell Mims Claim, the Derivative Claims, the Mickler Claim, the Yip Claims, the UST Claims, the Stringer Claims, the Third-Party Bankruptcy Claims, the Stegent Claims, the Byrd Claim, as well as any other potential litigation claims asserted by Debtor (the Undisclosed Claims).

IT IS FURTHER ORDERED that grounds exist to abandon any and all such property for the reason that it is of inconsequential value and benefit to the bankruptcy estate and any attempts to collect the same would impose an undue burden upon Trustee and the estate.

###

- Exhibit D: September 2, 2025, Order Concerning the setting aside of prior order to dismiss as a mistake

AlaFile E-Notice

14-CV-2025-900132.00

Judge: JOY PACE BOOTH

To: DAVID CHOATE HUGHES II
davidchoatehughes@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA

MIMS-IPR, LLC V. GENIE INVESTMENTS, LLC ET AL
14-CV-2025-900132.00

The following matter was FILED on 9/2/2026 2:50:02 PM

Notice Date: 9/2/2026 2:50:02 PM

NICK BURNETT
CIRCUIT COURT CLERK
CHILTON COUNTY, ALABAMA
53 ROBERT THRELKELD PKWY
CLANTON, AL, 35046

205-755-4275
nick.burnett@alacourt.gov

ELECTRONICALLY FILED
9/2/2026 2:50 PM
14-CV-2025-900132.00
CIRCUIT COURT OF
CHILTON COUNTY, ALABAMA
NICK BURNETT, CLERK

**IN THE CIRCUIT COURT OF CHILTON COUNTY, ALABAMA**

| | | |
|---|---|---|
| MIMS-IPR, LLC,<br>Plaintiff, | ) | |
| V. | ) | Case No.: CV-2025-900132.00 |
| GENIE INVESTMENTS, LLC,<br>TENANT FIRST HOMES,<br>HUGHES DAVID,<br>COHAN JOHN MICHAEL ET AL,<br>Defendants. | ) | |

**ORDER**

The Dismissal Order entered on 8/28 was entered in error and is hereby SET ASIDE.

**DONE this 2nd day of September, 2026.**

**/s/ JOY PACE BOOTH**
**CIRCUIT JUDGE**