Form gendfnod

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

***In Re:*** David Choate Hughes, II
***Debtor***

***Case No.:*** 25−70566

***Chapter:*** 7

# DEFICIENCY NOTICE

On 10/19/26, Foster Group LLC's Agreed Motion to Continue Hearing [Doc 746] was filed and found to be deficient for the following reason:

The opening paragraph misstates the hearing date. The Certificate of Service contains incorrect dates of service for both electronic and regular mail. The Certificate of Service does not show electronic service on the Chapter 7 Trustee.

No further action will be taken on this document.

***Dated:*** 10/19/26

/S/ Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.