UNITED STATES BANKRUPTCY COURT
for the
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| In re: | Case No. 25-70566 |
| DAVID CHOATE HUGHES, II, | |
| Debtor. | Chapter 7 |

# AGREED MOTION TO CONTINUE HEARING

COMES NOW Foster Group LLC , by and through undersigned counsel, hereby respectfully moves this Court for a brief continuance of the hearing currently scheduled for October 20, 2026, and in support thereof states as follows:

1. The above-captioned matter is currently set for hearing on October 20, 2026 regarding *Trustee's Objection to Claim 39-1 of Foster Group LLC*.
2. Foster Group's counsel contacted the Chapter 7 Trustee, Rober Eggman, to discuss the Trustee's objection and determine whether the matter may be resolved without the necessity of a hearing.
3. Counsel for Foster Group LLC and the Chapter 7 Trustee have conferred regarding the pending Objection and are engaged in discussions concerning a potential resolution of the matter without the necessity of a contested hearing.
4. The parties believe additional time may facilitate resolution of the Objection and avoid unnecessary litigation and expenditure of judicial resources.
5. The Chapter 7 Trustee has been consulted and agrees to the requested continuance and extension of the response deadline.
6. This Motion is made in good faith and not for purposes of unnecessary delay.

**WHEREFORE**, Foster Group LLC , by counsel, respectfully requests that the Court continue the hearing currently scheduled for October 20, 2026 and reset the matter for a date and time convenient to the Court.

Respectfully submitted,

By: /s/Jason T. Cranney
Jason Cranney (IN Bar #33221-41)
Turner Law LLC
716 West Street
Madison IN 47250
435-757-6675

jcranney@gmail.com

ATTORNEY FOR FOSTER GROUP LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certify that on October 19, 2026, a true and correct copy of the foregoing *Agreed Motion to Continue Hearing* was served upon the parties entitled to notice through the Court's CM/ECF system at the following addresses:

Robert Eggman as Chapter 7 Trustee of the bankruptcy of David Hughes II at ree@carmodymacdonald.com

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

Thomas Bushnell Fullerton on behalf of Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc. at thomas.fullerton@akerman.com

and

The undersigned hereby certifies that a true and correct copy of the foregoing *Agreed Motion to Continue Hearing* by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this October 19, 2026, as follows:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield, IL 62704

/s/Jason Cranney