# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 25-70566 | **Trustee Name:** | Robert E. Eggmann |
| **Case Name:** | HUGHES, DAVID CHOATE II | **Date Filed (f) or Converted (c):** | 02/10/2026 (c) |
| **For the Period Ending:** | 09/30/2026 | **§341(a) Meeting Date:** | 03/11/2026 |
| | | **Claims Bar Date:** | 06/23/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2812 Pat Tillman Drive, Springfield, IL 62711 | $15,000.00 | $423,092.86 | | $726,000.00 | FA |
| **Asset Notes:** | 10/23/25 Amended Schedule C<br>5/26/26 Amended Schedule A/B | | | | | |
| 2 | 2024 Jeep Cherokee | $45,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 10/23/25 Amended Schedule C<br>5/26/26 Amended Schedule A/B | | | | | |
| 3 | Cash | $3,250.00 | $3,250.00 | | $0.00 | FA |
| 4 | Axos DIP (GO) Account Curretnly In Process Of Ope | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 5 | Axos DIP Tax Account Currently In Process Of Openi | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 6 | 801 15th Ave N, Clanton, AL 35046 | $122,000.00 | $61,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 7 | 1602 Mt Pleasant Rd, Clanton, AL 35046 | $80,177.00 | $40,089.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 8 | 1603 Mt Pleasant Rd, Clanton, AL 35046 | $197,295.00 | $98,648.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 9 | 1505 8th St N, Clanton, AL 35046 | $159,625.00 | $79,813.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 10 | 201 14th St N, Clanton, AL 35046 | $138,131.00 | $69,066.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 11 | 201 3rd Ave S, Clanton, AL 35046 | $151,280.00 | $75,640.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 12 | 405 2nd St S, Clanton, AL 35046 | $102,035.00 | $51,018.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 13 | 0 3rd Ave S, Clanton, AL 35046 | $79,500.00 | $39,750.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 14 | 105 3rd Ave S, Clanton, AL 35046 | $143,948.00 | $71,974.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 15 | 3985 US Hwy 31, Clanton, AL 35046 | $695,000.00 | $347,500.00 | OA | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | 6800 US Hwy 31, Clanton, AL 35046 | $214,209.00 | $107,105.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 17 | 0 4th Ave N, Clanton, AL 35046 | $172,100.00 | $86,050.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 18 | 405 1st Ave, Clanton, AL 35046 | $208,100.00 | $104,050.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 19 | 1400 Taylor Ave, Clanton, AL 35046 | $238,579.00 | $119,290.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 20 | 802 15th Ave N, Clanton, AL 35046 | $85,000.00 | $42,500.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 21 | 1604 Lee Ave, Clanton, AL 35046 | $175,784.00 | $87,892.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 22 | 60 Nancy St, Clanton, AL 35046 | $373,000.00 | $186,500.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 23 | 105 4th Ave S, Clanton, AL 35046 | $130,400.00 | $65,200.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 24 | 407 2nd St S, Clanton, AL 35046 | $146,000.00 | $73,000.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 25 | 503 2nd St S, Clanton, AL 35046 | $140,500.00 | $70,250.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 26 | 1501 8th St N, Clanton, AL 35046 | $110,300.00 | $55,150.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 27 | 308 2nd St S, Clanton, AL 35046 | $156,400.00 | $78,200.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 28 | 407 2nd St S, Clanton, AL 35046 | $122,100.00 | $122,100.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 29 | 1404 Taylor Ave, Clanton, AL 35046 | $120,400.00 | $60,200.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 30 | 1810 4th Ave N, Clanton, AL 35046 | $102,000.00 | $51,000.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 31 | 135 Shaw St, Clanton, AL 35046 | $167,400.00 | $83,700.00 | OA | $0.00 | FA |
| Asset Notes: | 5/26/26 Amended Schedule A/B | | | | | |
| 32 | Miscellaneous Personal Property | $10,880.00 | $130.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | 10/23/25 Amended Schedule C<br>5/26/26 Amended Schedule A/B | | | | | |
| 33 | Insurance Proceeds - Pool Damage Claim and Roof Claim (u) | $0.00 | $33,713.85 | | $33,713.85 | FA |
| 34 | Household Goods | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 35 | Televisions, laptops, printer, cell phone, speakers, vacuum cleaners | $1,720.00 | $1,720.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 36 | Various Artwork, framed photos, decorative items | $270.00 | $270.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 37 | Golf clubs, exercise equipment (elliptical, dumbells), smoker grill | $1,035.00 | $1,035.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 38 | Various firearms and ammunition | $1,160.00 | $1,160.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 39 | All Necessary Essential Clothing | $205.00 | $205.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 40 | Other Personal Property | $1,070.00 | $1,070.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 41 | IHMVCU Checking | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 42 | IHMVCU Savings | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 43 | Navy Federal Checking | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 44 | Navy Federal Savings | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 5/26/26 Amended Schedule A/B | | | | | |
| 45 | Claim 15: Zoomeral receivable transferred to Debtor; $175,729.95;Claim No. 9 offset. | $175,729.00 | $175,729.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 46 | Sangamon County, Illinois Action re MIMS-IPR LLC / Alabama Real Estate | Unknown | $0.00 | OA | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 47 | Chilton County, Alabama Action re IPR LLC / Asset Freeze / Insurance Production | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 48 | Sangamon County, Illinois Action re Gross Misconduct | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 49 | Middle District of Florida Action re Malpractice / Fiduciary Breach | $0.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 50 | Potential Claims Relating to Mitchell Mims, MIMS-IPR LLC, and Related Parties | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 51 | Pending Claims and Potential Derivative Claims Arising from Florida Bankruptcy Litigation and related proceedings | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 52 | Potential Claims Against Brian Mickler | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 53 | Potential Claims Against Maria Yip, Hal Levenberg, Yip-Related Entities, and Related Professionals | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 54 | Potential Claims Relating to Conversion Proceedings, Fraud on the Court Allegations, and Related Conduct | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 55 | Potential Claims Against Blake Stringer and Other Creditors or Participants | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 56 | Potential Claims Relating to Debtor’s Illinois Bankruptcy Proceedings | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 57 | Potential Claims Against Kristin Stegent, Rolling By The Dozen, and Related Parties | Unknown | $0.00 | OA | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 58 | Reservation of Rights / Continuing Investigation | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 59 | Claim Against Will Byrd | $9,000,000.00 | $9,000,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |
| 60 | Zoomeral, Inc. Accounts Receivable and Debtor's Allocable Interest; Potential Offset Against Claim No. 9 | $175,729.95 | $175,729.95 | OA | $0.00 | FA |
| **Asset Notes:** | 8/19/26 Amended Schedule A/B filed | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | **$13,966,311.95** | **$12,147,790.66** | | **$759,713.85** | **$0.00** |

**Major Activities affecting case closing:**

FIle Application for Special Counsel Compensation and Notice
File Objection to Claim 26-2
Order Granting Supplemental Application to Employ Gabriel Quistorff entered
Email to REE and BRE
Email exchange with REE and BRE
Order Denying Motion to Compel entered
Debtor filed Motion to Compel
Order Denying Debtor's Motion to Continue 10/20/26 Hearing entered
Debtor filed Motion to Continue 10/20/26 Hearing
Order Striking Deficient Document entered
Order re: Objection to Claim: Claim 17-1 of Heliosun LLC. Objection allowed as filed.
Order re: Objection to Claim: Claim 22-1 of Brooklyn Heights. Objection allowed as filed.
Order re: Objection to Claim: Claim 43-1 of Another Chance Group Home Inc. Objection allowed as filed.
Order Granting Application to Employ Roger Stone entered
Order Granting Motion to Abandon entered
Order re: Objection to Claim: Claim 54 of New Mount Olive Church entered
Email from Attorney Raye Elliott re claims analysis
Five Orders Striking Deficient Document entered
Order re: Objection to Claim: Claim 18-1 of TnC NOLA Holdings LLC. Objection allowed as filed.

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Order re: Objection to Claim: Claim 35-1 of Braces@Brick PA. Objection allowed as filed.
Order re: Objection to Claim: Claim 46-1 of New Mount Olive Church. Objection allowed as filed.
Order re: Objection to Claim: Claim 51-1 of Latent Wealth Group LLC
Order re: Objection to Claim: Claim 32-1 of Latent Wealth Group, LLC
Order re: Objection to Claim: Claim 38-1 of Sunlight Storage LLC
Order re: Objection to Claim: Claim 24-1 of Business Live Global USA LLC
Order Withdrawing Debtor's Motion to Reconsider entered
Order re: Objection to Claim: Claim 53-1 of David Hughes II. Objection allowed as filed.
File Application to Employ Accountant and Notice
File Response to Debtor’s Verified Emergency Motion to Reconsider Order Approving Trustee’s Supplemental Application to Employ Counsel, to Define the Scope of Employment, for an Evidentiary Hearing, and to Suspend Nonessential Compensable Work
File Trustee’s Response to Debtor’s Objection to Trustee’s Supplemental Application to Employ Jeremy L. Retherford, Gabriel J. Quistorff, and Balch & Bingham LLP as Special Counsel
Email from accountant. Response sent.
Order Striking Deficient Document (RE: related document(s)[477] Response filed by Creditor Another Chance Group Home Inc entered
Order re: Objection to Claim: Objection to Claim 27-1 of David Hughes II). Objection allowed as filed.
Order Striking Deficient Document (RE: related document(s)[479] Response filed by Creditor Brooklyn Heights entered
Order re: Objection to Claim: Claim 21-1 of Brooklyn Heights. Objection allowed as filed.
Order Striking Deficient Document (RE: related document(s)[481] Response filed by Creditor Rolling by the Dozen RV Park LLC entered
Order re: Objection to Claim: Claim 20-1 of Rolling by the Dozen RV Park LLC. Objection allowed as filed.
Order Striking Deficient Document (RE: related document(s)[496] Response filed by Creditor Meetoplois LLC) entered
Order re: Objection to Claim: Claim 16-1 of Meetopolis LLC. Objection allowed as filed.
Order Striking Deficient Document (RE: related document(s)[498] Response filed by Creditor OnSite LifeCare Inc) entered
Order re: Objection to Claim: Claim 31-1 of Onsite Lifecare Inc. Objection allowed as filed.
Order Striking Deficient Document (RE: related document(s)[499] Response filed by Creditor A Complete Home Inspection LLC/Kipp Nash) entered
Order re: Objection to Claim: Claim 29-1 of A Complete Home Inspection LLC. Objection allowed as filed.
File Supplemental Application to Employ Special Counsel and Notice
Email to accountant
Order Granting Heliosun's Motion to Extend Time to Obtain Counsel entered
File Motion to Abandon and Notice
Order Concerning Claims Regarding Claim19-1 of Jennifer Dowd entered
Debtor filed Amended Schedule A/B
Letter from State Farm re Form W-9
Mail checks to Coady Roofing and Redwood Signs
Orders Striking Responses to Objections to Claims of Ayo Agbejimi/Heliosun LLC and Relco Industries LLC entered

**SUBTOTALS** $0.00 $0.00

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Orders re Objections to Claims 5-1 of of Seiler Tucker Inc, Claim 10-1 of LendSure Mortgage Corp, Claim 12-1 of All Day Lawn Service LLC, Claim 13-1 of Legacy Land Developers LLC, Claim 14-1 of Knut LLC, Claim 25-1 of Sun Coast Entertainment Live LLC, Claim 28-1 of Global Verse Holdings LLC, Claim 30-1 of Nortical Capital Inc, Claim 33-1 of Solace Realty Concepts LLC, Claim 34-1 of Faith Investors Services LLC, Claim 36-1 of David Hughes II, Claim 37-1 of Temidayo Adebayo, Claim 40-1 of 20Twenty Development LLC, Claim 41-1 of Garrett Chase Buxton, Claim 42-1 of Amroddo Holdings LLC, Claim 45-1 of David Hughes II, Claim 47-1 of NCR Digital Corp, Claim 48-1 of Rowehl & Russo Properties LLC, Claim 49-1 of David Hughes II, and Claim 50-1 of Darnell Development LLC
Orders re: Responses to Objections to Claims filed by Braces at Brick PA, Deborah Lee/Business Live Global USA Inc, TnC Nola Holdings LLC, New Mount Olive Baptist Church, Doug Daniels/Sunlight Storage LLC, and Latent Wealth Group LLC (x2) entered
File Objection to Claim 54-1
File Supplemental Application to Employ CM as Attorney and Notice
Relco Industries LLC filed Response to Objection to Claim
Order Granting Motion to Pay entered
Order re Withdrawal of Claim 6-1 of IH Mississippi Valley Credit Union entered
Order Concerning Claim 6-1 of IH Mississippi Valley Credit Union entered
Latent Wealth Group LLC (x2), Mitchell Mims, Heliosun LLC, Sunlight Storage LLC, Michael Thompson, and Business Live Global USA LLC filed Responses to Objections to Claims
TnC Nola Holdings LLC, Braces at Brick PA, New Mount Olive Baptist Church, H&M Essential Services filed Responses to Objections to Claims
Orders re: Responses to Objections to Claims filed by OnSite LifeCare Inc, A Complete Home Inspections LLC/KipNash, Another Chance Group Home Inc, Heliosun LLC, Rolling by the Dozen RV Park LLC, Brooklyn Heights, Foster Group LLC, Meetopolis LLC entered
OnSite LifeCare Inc and A Complete Home Inspection filed Responses to Objection to Claim
Meetopolis LLC andHeliosun LLC filed Responses to Objection to Claim
File Objection to Claim 53-1
Order Striking Incorrect or Incomplete Document entered
File revised Objection to Claim 53-1
Lea Muse filed Response to Objection to Claim
Foster Group filed Notice of Change of Mailing Address
Debtor filed Certificate of Service and Notice of Amendment
Email exchange between Dana O'Brien and REE
Charles Blake Stringer filed Response to Objection to Claim
Rolling by the Dozen RV Park LLC filed Response to Objection to Claim
Brooklyn Heights filed Response to Objection to Claim
Another Chance Group Home Inc and Foster Group LLC filed Responses to Objection to Claim
File Motion to Pay and Notice
Debtor filed Revised Amended Schedules
Amendment Deficiency Notice entered
Order Denying Discharge of Debtor entered
File Objections to Claims 9-1 and 15-1

**SUBTOTALS** $0.00 $0.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

File Objection to Claim 52-1
Email from REE to debtor
File Objections to Claims 5-1, 6-1, 10-1, 12-1, 13-1, 14-1, 16-1, 17-1, 18-1, 20-1, 21-1, 22-1, 23-1, 24-1, 25-1, 26-1, 27-1, 28-1, 29-1, 30-1, 31-1, 32-1, 33-1, 34-1, 35-1, 36-1, 37-1, 38-1, 39-1, 40-1, 41-1, 42-1, 43-1, 44-1, 45-1, 46-1, 47-1, 48-1, 49-1, 50-1, and 51-1
File Complaint to Compel Turnover 26-7016
File Summons Service Executed 26-7016
Mail checks and invoices to Coady Roofing and Cardinal Cleaning
Email to REE
Email from REE
Initial DSO Letters
Email to REE
Email from REE
Email from BRE
File Amended Objection to Claim 19-1 and Memorandum of Law in Support of Amended Objection to Claim 19-1
Email from REE to Jennifer Dowd with Amended Objection to Claim 19-1 and Memorandum of Law in Support of Amended Objection to Claim 19-1
Debtor filed Amended Schedule E/F to add DSO debt
Amendment Deficiency Notice entered
Email to REE re POC 19
File Objection to Claim 19 of Jennifer Dowd
Email from REE
File Motion to Pay and Notice
Email to REE
Email to REE
Email from REE
Email from REE to Navy FCU re check
Order Striking Incorrect or Incomplete Document entered
Order Striking Deficient Document entered
Debtor filed Amended Schedules A/B, Amended Schedule D, Amended Summary of Assets Liabilities
Debtor filed Certificate of Service
Order Requiring Filing Fee entered
Amended Schedules I and J filed
Amendment Deficiency Notice entered
Debtor filed Amended Schedules A/B, C, and Declaration
Amendment Deficiency Notice entered
Debtor filed Notice of Change of Address

**SUBTOTALS** $0.00 $0.00

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 25-70566 | **Trustee Name:** | Robert E. Eggmann |
| **Case Name:** | HUGHES, DAVID CHOATE II | **Date Filed (f) or Converted (c):** | 02/10/2026 (c) |
| **For the Period Ending:** | 09/30/2026 | **§341(a) Meeting Date:** | 03/11/2026 |
| | | **Claims Bar Date:** | 06/23/2026 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

File Motion to Pay Exemption
File Certificate of Service for Order Approving Amended Application to Employ Balch & Bingham as Special Counsel
File Notice of Filing of Addendum to Amended Motion to Sell
Instruction Letter to FCI Lender Services Inc with checks
Order Striking Deficient Document entered
File Certificate of Service
Deficiency Notice entered
File Amended Motion to Sell, Notice of Amended Motion to Sell, Motion for Authority to Use Insurance Proceeds as Motion to Use Cash Collateral, Notice of Motion to Use Insurance Proceeds, Amended Motion to Shorten Time, and Certificate of Service
Notice of Sale Document Deficiency entered
File Motion to Sell, Notice of Motion to Sell, Application for Realtor Compensation, Notice of Application for Realtor Compensation, Motion for Authority to Use Insurance Proceeds, Notice of Motion to Use Insurance Proceeds, Motion to Shorten Time, Amended Notice of Motion to Use Insurance Proceeds, and Certificate of Service
Email from BRE. Response sent.
Email from REE
Order Setting Last Day To File Proofs of Claim entered
Email from REE. Response sent.
Deficiency Notice Re: Counsel's Address Required entered
Order Approving Application to Employ CM as Attorney entered
File Amended Application to Employ Special Counsel, Notice, and proposed order
Email from REE. Email to Jeremy Retherford.
File Application to Employ Special Counsel, Notice, and proposed order
Debtor filed Motion to Extend Time
Order Granting Motion to Extend Time entered
Email exchange with REE
Signed Declaration and Listing Agreement from Realtor
File Application to Employ Realtor and Notice
Debtor filed Chapter 7 Statement of Current Monthly Income
Debtor filed Amended Schedule A/B and Motion to Extend Time.
Amendment Deficiency Notice entered.
Order Granting Motion to Extend Time entered
File Objection to Motion for Adequate Protection
Debtor filed Motion to Extend Time
Debtor filed Statement of Current Monthly Income
Order Striking Statement of Current Monthly Income
Debtor filed Motion to Extend Time

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**For the Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Date Filed (f) or Converted (c):** 02/10/2026 (c)
**§341(a) Meeting Date:** 03/11/2026
**Claims Bar Date:** 06/23/2026

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Order Granting Motion to Extend Time entered
Email exchange with REE
File Application to Employ CM as Attorney and Notice. Upload proposed order.
Email exchange between REE and Jeremy Retherford
Email list of creditors to Jeremy Retherford
Debtor filed Motion to Extend Time
Order Granting Motion to Extend Time entered
Pro Se Letter
Order Requiring Filing Fee entered

**Initial Projected Date Of Final Report (TFR):** 12/31/2026

**Current Projected Date Of Final Report (TFR):** 12/31/2027

/s/ ROBERT E. EGGMANN
ROBERT E. EGGMANN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



**Case No.** 25-70566
**Case Name:** HUGHES, DAVID CHOATE II
**Primary Taxpayer ID #:** **-***6285
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/01/2025
**For Period Ending:** 09/30/2026

**Trustee Name:** Robert E. Eggmann
**Bank Name:** Texas Traditions Bank
**Checking Acct #:** ******0094
**Account Title:**
**Blanket bond (per case limit):** $36,630,939.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/20/2026 | (33) | State Farm Fire & Casualty Co | Insurance Proceeds - Roof Damage Claim | | 1290-000 | $20,580.45 | | $20,580.45 |
| 04/20/2026 | (33) | State Farm Fire & Casualty Co | Insurance Proceeds - Pool Damage Claim | | 1290-000 | $3,910.00 | | $24,490.45 |
| 04/27/2026 | | Allied Capital Title LLC | 2812 Pat Tillman Dr Sale Proceeds | | * | $306,286.45 | | $330,776.90 |
| | {1} | | Gross Sale Proceeds | $726,000.00 | 1110-000 | | | $330,776.90 |
| | | | Realtor Commission | ($43,560.00) | 3510-000 | | | $330,776.90 |
| | | | 1/1/26 - 4/23/26 Prorated Property Taxes | ($4,273.14) | 6820-000 | | | $330,776.90 |
| | | | 2025 Property Taxes | ($13,802.62) | 6820-000 | | | $330,776.90 |
| | | | Seller Credit | ($8,900.00) | 2990-000 | | | $330,776.90 |
| | | | Mortgage Payoff | ($344,803.18) | 4110-000 | | | $330,776.90 |
| | | | Closing Costs | ($4,374.61) | 2500-000 | | | $330,776.90 |
| 05/28/2026 | 201 | DAVID HUGHES | Homestead Exemption | | 8100-002 | | $15,000.00 | $315,776.90 |
| 07/07/2026 | 202 | Coady Roofing | 7/7/26 Order Granting Motion to Pay | | 3991-000 | | $20,580.45 | $295,196.45 |
| 07/07/2026 | 203 | Cardinal Cleaning | 7/7/26 Order Granting Motion to Pay | | 3991-000 | | $1,055.00 | $294,141.45 |
| 08/11/2026 | (33) | State Farm Fire & Casualty Company | Additional Insurance Proceeds - Roof Damage Claim | | 1290-000 | $9,223.40 | | $303,364.85 |
| 08/11/2026 | 204 | Redwood Signs | 8/10/26 Order Granting Motion to Pay | | 3991-000 | | $710.00 | $302,654.85 |
| 08/11/2026 | 205 | Coady Roofing | 7/7/26 Order Granting Motion to Pay | | 3991-000 | | $7,121.54 | $295,533.31 |

**SUBTOTALS** $340,000.30 $44,466.99

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-70566 | **Trustee Name:** | Robert E. Eggmann |
| **Case Name:** | HUGHES, DAVID CHOATE II | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***6285 | **Checking Acct #:** | ******0094 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2025 | **Blanket bond (per case limit):** | $36,630,939.00 |
| **For Period Ending:** | 09/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $340,000.30 | $44,466.99 | $295,533.31 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $340,000.30 | $44,466.99 | |
| | | | **Less: Payments to debtors** | | $0.00 | $15,000.00 | |
| | | | **Net** | | $340,000.30 | $29,466.99 | |

**For the period of 10/01/2025 to 09/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $759,713.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $759,713.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $449,180.54 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $464,180.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2026 to 9/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $759,713.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $759,713.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $449,180.54 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $464,180.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-70566 | **Trustee Name:** | Robert E. Eggmann |
| **Case Name:** | HUGHES, DAVID CHOATE II | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***6285 | **Checking Acct #:** | ******0094 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2025 | **Blanket bond (per case limit):** | $36,630,939.00 |
| **For Period Ending:** | 09/30/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $340,000.30 | $44,466.99 | $295,533.31 |

**For the period of 10/01/2025 to 09/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $759,713.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $759,713.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $449,180.54 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $464,180.54 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2026 to 9/30/2026**

| | |
|---|---|
| Total Compensable Receipts: | $759,713.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $759,713.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $449,180.54 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $464,180.54 |
| Total Internal/Transfer Disbursements: | $0.00 |