**IT IS SO ORDERED.**

**SIGNED THIS: October 28, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

U.S. BANKRUPTCY COURT
Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | David Choate Hughes, II | Case No. | 25-70566 |

Debtor

## ORDER

The following having been filed:

1) Debtor's Motion for Leave to File Amended Objection to Proof of Claim No. 9.1 and Amended Objection Thereto [Doc 765]
2) Debtor's Motion for Leave to File Amended Objection to Proof of Claim No 26 Filed by Lea Muse [Doc 767]
3) Debtor's Motion for Leave to File Amended Objection to Proof of Claim No. 15-1 Filed by Mitchell Mims [Doc 769]
4) Debtor's Motion for Leave to File Amended Objection to Proof of Claim No. 52-1 Filed by H&M Essential Services LLC [Doc 770]
5) Debtor's Motion for Leave to File Amended Objection to Proof of Claim No. 44-1 Filed by Charles Blake Stringer [Doc 771]

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1-5 | Denied. No leave is required to file an objection to claim. Issues regarding the Debtor's standing to object to claims will be resolved as part of the claim objection process. |

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.

###