**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, II, | ) | |
| | ) | Case No. 25-70566 |
| Debtor. | ) | |

**NOTICE OF MOTION OF TRUSTEE FOR ORDER APPROVING THE COMPROMISE AND SETTLEMENT OF TRUSTEE'S OBJECTION TO CLAIM NO. 9-1 FILED BY AARON R. COHEN IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**

PLEASE TAKE NOTICE that Robert E. Eggmann, in his capacity as Trustee of the Bankruptcy Estate of David Choate Hughes, II ("Trustee"), has filed his *Motion of Trustee for Order Approving the Compromise and Settlement of Trustee's Objection to Claim No. 9-1 Filed by Aaron R. Cohen in his Capacity as Chapter 7 Trustee* (the "Motion"). The Trustee is seeking approval of the settlement as to this controversy with respect to the Objection to Claim No. 9-1 of Aaron R. Cohen in his Capacity as Chapter 7 Trustee and the Zoomeral Transfers by allowing the Direct Claims, against Debtor and the bankruptcy estate are undisputed, shall be allowed in full and the Cohen Claim shall be allowed in full but shall be subordinate to the Direct Claims..

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one. If no objections are filed with the Clerk of the U U.S. Bankruptcy Court at 226 US Courthouse, 600 E Monroe Street, Springfield, IL 62701 to the Motion or before **November 23, 2026** an Order may be entered approving the settlement of the controversy upon the terms set forth in the Motion. Go to www.ilcb.uscourts.gov for information regarding this Court's mandatory electronic filing policy.

Date: November 2, 2026

Respectfully submitted,

CARMODY MACDONALD P.C.

*/s/ Robert E. Eggmann*

ROBERT E. EGGMANN (IL Bar #6203021)
BECKY R. EGGMANN (IL Bar #6203020)
120 South Central Ave., Suite 1800
St. Louis, MO 63105
(314) 854-8600
(314) 854-8660 (fax)
ree@carmodymacdonald.com
bre@carmodymacdonald.com

ATTORNEYS FOR ROBERT E. EGGMANN, TRUSTEE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Motion of Trustee for Order Approving the Compromise and Settlement of Trustee's Objection to Claim No. 9-1 Filed by Aaron R. Cohen in his Capacity as Chapter 7 Trustee* and *Notice of Motion of Trustee for Order Approving the Compromise and Settlement of Trustee's Objection to Claim No. 9-1 Filed by Aaron R. Cohen in his Capacity as Chapter 7 Trustee* was served electronically on all parties scheduled on the Court's ECF Notice List on this 2nd day of November, 2026 as follows:

Allison Walsh on behalf of IH Mississippi Valey Credit Unionl at aew@brookslawfirmpc.com

Dana N. O'Brien on behalf of LendSure Mortgage Corp at dana.obrien@mccalla.com, mccallaecf@ecf.courtdrive.com

Jason Cranney on behalf of Foster Group LLC at jcranney@gmail.com

Kinnera Bhoopal on behalf of LendSure Mortgage Corp at kinnera.bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com

Thomas Bushnell Fullerton on behalf of Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc. at thomas.fullerton@akerman.com

Thomas H. Wilson on behalf of MIMS-IPR LLC and Mitchell Mims at thw@heplerbroom.com

Gregory D. Latham on behalf of Michelle Seiler Tucker at glatham@iplawconsulting.com

US Trustee at USTPRegion10.PE.ECF@usdoj.gov , james.salina@usdoj.gov

Thomas Bushnell Fullerton on behalf of Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc. at thomas.fullerton@akerman.com

and

was served by mail upon interested parties and all creditors in the above-captioned cause by enclosing the same in an envelope addressed to each party at the addresses disclosed by the pleadings of record, by U.S. Mail with postage fully prepaid, on this 2nd day of November, 2026 as follows:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield, IL 62704

David Hughes II
1409 E Dove Pl
Casa Grande AZ 85122

New Mount Olive Church
Ferlander Lewis, Pastor
2905 Macfarlane Crescent
Flossmoor, IL 60422-2905

20Twenty Development LLC
494 N Emery Ave
Orem, UT 84057

Eastern Account System of Connecticut, Inc.
3 Corporate Drive, Ste 2
Danbury, CT 06810

North Haven Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real, Ste 400
San Diego, CA 92130

A Complete Home Inspection
110 Velsco Lane
Port Sulphur, LA 70083

Aaron R Cohen in his capacity
as Chapter 7 Trustee
c/o Raye C. Elliott, Esq.
Akerman LLP
401 E Jackson St, Ste 1700
Tampa, FL 33602

Acres & Royalty LLC
P.O. Box 1087
Ruston, LA 71273-1087

Alere LLC
1530 E. Williams Field Rd 201
Gilbert, AZ 85295

All Day Lawn Service LLC
3900 Rochester Rd
Springfield, IL 62712-9125

Ally
PO Box 9222
Old Bethpage, New York 11804

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

ALV Capital LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford, NH 03110

American Express Natl Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AMRODDO Holdings, LLC
625 Woodmont Ave
Berkeley, CA 94708

Faith Investors Services LLC
1522 4th Ave
Asbury Park, NJ 07712

Foster Group LLC
322 E 2600 N
Lehi, UT 84043

Garrett Chase Buxton
PO Box 1087
Ruston, LA 71273-1087

Global Verse Holdings LLC
1709 Vintage Lane
Wylie, TX 75098

Goldman Sachs Bank
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

Heliosun LLC DBA Odin
1600 S Litchfield Rd 230A
Goodyear, AZ 85338

Heliosun, LLC
17792 W Valentine St
Surprise, AZ 85388

Hospitality Growth Capital LLC
264 South River Road, Box 552
Bedford, NH 03110

IH Mississippi Valley CU
2500 River Dr
Moline, IL 61265

IHMVCU
PO Box 1010
Moline, IL 61266

Nortical Capital Inc
921 E. Parker Street 1
Lakeland, FL 33801

Nutre Leasing LLC
264 South River Road, Box 552
River Road, Bedford, NH 03110

Onsite Lifecare Inc
23 Dora Lane
Holmdel, NJ 07733

Onslow Bay Financial LLC
PO Box 65250
Salt Lake City, UT 84165-0250

Pacer Service Center
P.O. Box 5208
Portland, OR 97208-5208

Quantum3 Group for Mercury
FinancialFirst Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

Relco Industries LLC
Richard L Ellison
75 Lambert Avenue
Clifton, NJ 07013

Rolling By The Dozen RV Park
40 Country Road 267
Somerville, TX 77879

Rolling by the Dozen RV Park
PO Box 184
Snook, TX 77878

Rowehl & Russo Properties
237 Floyd Rd
Shirley, NY 11967

Another Chance Group Home
54 N Vista Ave
Casa Grande, AZ 85122

Anvil Construction Inc.
470 N Main St
Brigham City, UT 84302

Archer Capital Investments
Michael Thompson
1448 W. Salmon Caddis Dr.
Bluffdale, UT 84065

Autonomous Drone Solutions
2121 Brittmoore 2200
Houston, TX 77043

Belle Maison Realty, LLC
Attn: Lea Muse
1133 E 83rd Street 171
Chicago, IL 60619

Bild Credit LLC
30 N Gould Street 30212
Sheridan, WY 82801

Braces at Brick, PA
Dr John Young
900 Cedar Bridge Ave Ste B15
Brick, NJ 08723

Brian Bevan
282 East 300 South
Smithfield, UT 84335-1636

Brooklyn Heights
307 N Lincoln Street
Tallulah, LA 71282

Brooklyn Heights LLC
701 N Chestnut St
Tallulah, LA 71282

Illinois Department of Revenue
Bankruptcy Section,
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Jennifer R. Dowd
57 Country Place
Springfield, IL 62703

Knut LLC
697 N 740 E
Lehi UT 84043

Latent Wealth Group, LLC
302 N. Abajo Peak Way
Heber City, UT 84032

Lea Muse
1133 E 83rd St.
Chicago, IL 60619

Legacy Land Developers LLC
1651 W 100th St
Chicago, IL 60643-2128

LendSure Mortgage Corp.
Legal Department
12230 World Trade Drive #250
San Diego, CA 92128

Limitless Investment Group
3855 South 500 West Unit B
Salt Lake City, UT 84115

Log Cabin Building LLC
289 Parker Drive
Pittsburgh, PA 15216

S&L Zeppeteli dba SLZ Waste
191 Moonachie Road
Moonachie, NJ 07074

Seiler Tucker Inc.
400 Poydras Street, Ste. 1460
New Orleans, LA 70130

Solace Realty Concepts LLC
112 Lehigh Ave
Newark, NJ 07112

Solar Capital Funding LLC
c/o Strauss Law Group PLLC
264 South River Road, Box 552
Bedford NH 03110

Springer Farms Landholdings
325 N 1200 E
American Fork, UT 84003

Sun Coast Entertainment Live
6960 Brescia Way
Orlando, FL 32819

Sunlight Storage LLC
(Doug Daniels)
3344 Bear Canyon Ln
Cedar Hills, UT 84062

Temidayo Adebayo
148 Undercliff Avenue Suite 9
Edgewater, NJ 07020

The Farming Co Pty Ltd
86 Lakeside Drive
Helena Valley
6056, Western Australia

The Generations Group
Don Strickland
14312 Zion Gate Xing
Conroe, TX 77384-2516

Bull & Bear Properties LLC
1140 E 87th Street
Chicago, IL 60619

Business Live Global USA LLC
4538 Walnut Ridge Circle
McDonald, PA 15057

Cavalry SPV I, LLC
for Citibank, N.A.
PO Box 4252
Greenwich, CT 06831

Charles Blake Stringer
Nutra-Acres LLC
149 South Shore Drive
Amarillo, TX 79118

Cobb Utilities Inc.
191 Honeysuckle Circle NE
Ranger, GA 54235

Cool Beanz, LLC
143 West Fulton Street
Sanford, FL 32771

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Dajo Properties LLC
11360Chestnut Tree Rd
Honey Brook, PA 19344

Darnell Development
1118 N Chinowth
Visalia, CA 93291-2814

Darnell Development LLC
2920 W Main St
Visalia, CA 93291

Meetopolis LLC
Attn: Lisa Butkiewicz
5434 E Kathleen Road
Scottsdale, AZ 85254

Mercury Card Services
PO Box84064
Columbus, GA 31908

Michael Calvitto,
H&M Essential Services LLC
15714 Torry Pines Rd.
Houston, TX 77062-4512

Michael Thompson
1448 W Salmon Caddis Dr
Bluffdale, UT 85065

Mitchell Mims
1627 7th St S
Clanton, AL 35045

Moser Holdings, LLC
537 S. 150 E.
Smithfield, UT 84335

N2N Group, Inc
5 Webb Hill Road
Great Neck, NY 11020

Navy Federal
PO Box 3000
Merrifield, VA 22119-3000

NCR Digital Corp
237 Floyd Road
Shirley, NY 11967

20Twenty Development, LLC
Bryan Olson
11980 S 1300 W
Riverton, UT 84065

TnC NOLA Holdings LLC
1461 Annunciaction Street B
New Orleans, LA 70130

TruGreen
1790 Kirby Pkwy Ste 300
Memphis, TN 38138

Uncle Willie Green Wings
141 Lehigh Ave
Newark, NJ 07112

WAI Holdings, LLC
1275 S Lucerne Blvd
Los Angeles, California 90019

Wallingford Lodging Partners
Benjamin J. Morris
c/o Foley & Lardner
11988 El Camino Real Ste 400
San Diego, CA 92130

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
PO Box 9187
Minneapolis, MN 55480-9920

West Palm Holdings Inc
2705 Via Vistosa
San Clemente, CA 92672

Zelco Properties LLC
108 Patriot Dr A
Middletown, DE 19709

Ayo Agbejimi
112 Lehigh Avenue
Newark, NJ 07112

Another Chance Group Home
c/o Skylar Whitfield
4186 S Spring Dr.
Chandler, AZ 85249

John Michael Cohan
PO Box 6693
Jacksonville, FL 32236

Doug Daniels
c/o Sublight Storage LLC
3344 Bear Canyon LN
Cedar Hills, UT 84062

H&M Essential Services
Michael Calvitto
12103 Floramorgan Lane
Houston, TX 77089

Deborah Lee
c/o Business Live Global USA
4538 Walnut Ridge Circle
McDonald, PA 15057

Lourndy St. Louis
1522 4th Ave
Asbury Park, NJ 07712

Meetoplois LLC
Attn Lisa Butkiewicz
6501 E Greenway Pkwy
#103-218
Scottsdale, AZ 85254

OnSite LifeCare Inc
41 Flatbush Avenue Suite 233
Brooklyn, NY 11217

TnC Nola Holdings LLC
Christopher J Lovett
7718 Benjamin St
New Orleans, LA 70118

*/s/ Robert E. Eggmann*