**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

In re:

DAVID CHOATE HUGHES II,

Debtor.

Case No. 25-70566

Chapter 7

**AMENDED[1] RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 9-1 OF AARON R. COHEN IN HIS CAPACITY AS CHAPTER 7 TRUSTEE**

Aaron R. Cohen, in his capacity as Chapter 7 Trustee (the "Genie Trustee") of the bankruptcy estate of Genie Investments NV, Inc. ("Genie") which is a debtor in a bankruptcy case pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (the "Florida Bankruptcy Court"), Case Number 3:24-bk-00496-BAJ, responds to the Trustee's Objection to Claim No. 9-1 of Aaron R. Cohen in his Capacity as Chapter 7 Trustee (Doc. 469) (the "Objection") as follows:

1. On February 21, 2024, Genie filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code in the Florida Bankruptcy Court.

2. On August 12, 2024, Genie's bankruptcy case was converted to a Chapter 7 liquidation case and the Genie Trustee was appointed to administer Genie's estate.

3. At all relevant times, David Choate Hughes II ("Hughes"), the Debtor in this case, owned 50% of Genie. Hughes owned an 82.5% interest in a company called Zoomeral, Inc. ("Zoomeral"). The remaining 17.5% of Zoomeral was owned by John Michael Cohan.

4. The Genie Trustee determined that Genie's funds in the amount of $1,771,555.74 were fraudulently transferred to Zoomeral.

5. On February 6, 2025, the Genie Trustee filed an adversary complaint against

[1] Amended only to correct the Debtor's ownership percentage of Zoomeral, Inc.in paragraph 3.

Zoomeral for recovery of fraudulent transfers in the adversary proceeding styled *Aaron R. Cohen, Chapter 7 Trustee v. Zoomeral, Inc., et. al.*, United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Adversary Proceeding Number 3:25-ap-00011-BAJ.

6. On May 2, 2025, the Florida Bankruptcy Court entered Final Judgment against Zoomeral and in favor of the Genie Trustee in the amount of $1,771,555.74 (the "Judgment").

7. The Genie Trustee propounded discovery in aid of execution of the Judgment including obtaining bank statements for Zoomeral's bank accounts. The Zoomeral bank statements showed that from September 2022 to December 2024 over $2.8 million was transferred from Zoomeral to Hughes' personal investment accounts or spent by Hughes on personal expenses. Hughes essentially used the Zoomeral bank account as a personal bank account and provided no consideration to Zoomeral for the transfers. The transfers to Hughes from Zoomeral are fraudulent transfers pursuant to the Florida Uniform Fraudulent Transfer Act, Fla. Stat. § 726.101, *et. seq.* and the Illinois Uniform Fraudulent Transfer Act, 740 ILCS 160/1, *et. seq*.

8. Hughes filed this bankruptcy case on July 10, 2025 which prevented the Genie Trustee from filing in the Florida Bankruptcy Court a fraudulent transfer complaint against Hughes for the transfers made by Zoomeral to Hughes.

9. While the Trustee in his Objection states that the Genie Trustee's claim should be asserted as an objection to dischargeability in Hughes' bankruptcy case, Hughes has already been denied a discharge in this case as a result of the Complaint Objecting to Discharge filed by the Acting United States Trustee in Adversary Proceeding Case No. 26-7013. As a result, there is no need for the Genie Trustee to file an objection to discharge and the Genie Trustee should be allowed to receive a distribution in this case as an unsecured creditor.

WHEREFORE, Aaron R. Cohen, in his capacity as Chapter 7 Trustee of the bankruptcy

estate of Genie Investments NV, Inc. requests that the Court overrule the Trustee's Objection to Claim 9-1 and for such other relief as the Court deems just.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Thomas B. Fullerton*
Thomas B. Fullerton (6296539)
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700
thomas.fullerton@akerman.com

*Attorneys for Aaron R. Cohen as Chapter 7 Trustee of the bankruptcy estate of Genie Investments NV, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically filed the Amended Response To Trustee's Objection To Claim No. 9-1 of Aaron R. Cohen In His Capacity As Chapter 7 Trustee with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following by electronic mail:

- Kinnera Bhoopal Kinnera.Bhoopal@mccalla.com, mccallaecf@ecf.courtdrive.com
- Robert E Eggmann ree@carmodymacdonald.com; ala@carmodymacdonald.com; kxd@carmodymacdonald.com
- Robert E Eggmann reetrustee@carmodymacdonald.com; ala@carmodymacdonald.com; kxd@carmodymacdonald.com; ree@trustesolutions.net; cree11@trustesolutions.net; ree@ecf.courtdrive.com
- Emmet A Fairfield efairfield@bhslaw.com; arutledge@bhslaw.com
- Natalia Galica ngalica@bhslaw.com
- Gregory D Latham glatham@iplawconsulting.com
- Dana N O'Brien dana.obrien@mccalla.com; mccallaecf@ecf.courtdrive.com
- Thomas H Riske thr@carmodymacdonald.com; triske@ecf.inforuptcy.com; ala@carmodymacdonald.com; kxd@carmodymacdonald.com
- James Anthony Salinas james.salinas@usdoj.gov
- U.S. Trustee USTPRegion10.PE.ECF@usdoj.gov
- Allison Walsh AEW@Brookslawfirmpc.com
- Thomas H Wilson thw@heplerbroom.com; js7@heplerbroom.com; js9@heplerbroom.com

and I hereby certify that on November 2, 2026, I mailed such document by first-class U.S. mail, postage prepaid, and properly addressed to the following:

David Choate Hughes II
3309 Robbins Rd PMB 160
Springfield, IL 62704

and I hereby certify that on November 2, 2026, I sent such document by electronic mail to the following:

David Choate Hughes II
davidchoatehughes@gmail.com

October __, 2026 *_/s/ Thomas B. Fullerton*