**IT IS SO ORDERED.**

**SIGNED THIS: November 13, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| DAVID CHOATE HUGHES, II, | ) | |
| | ) | Case No. 25-70566 |
| Debtor. | ) | |

**ORDER APPROVING TRUSTEE'S APPLICATION FOR SPECIAL COUNSEL COMPENSATION**

This cause having come before the Court on the Trustee's Application for Special Counsel Compensation (the "Application"), and the Court being fully advised;

IT IS HEREBY ORDERED that the Application is Approved.

IT IS FURTHER ORDERED that the Trustee is authorized to pay $19,532.50 in compensation and $20.00 in expenses to Balch & Bingham LLP for services rendered by Jeremy L. Retherford, Gabriel Quistorff, and the law firm of Balch & Bingham LLP.

###